UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IGLESIA CRISTIANA CASA DEL
ALTISIMO, INC.,

      Plaintiff,

v.                                                                Case No. _____

OHIO SECURITY INSURANCE
COMPANY,

      Defendant.

_____/

## NOTICE OF REMOVAL

Defendant Ohio Security Insurance Company ("Ohio Security"), pursuant to 28 U.S.C. sections 1332 and 1441, removes an action pending in the Circuit Court of the Tenth Judicial Circuit of Florida, in and for Polk County, styled Iglesia Cristiana Casa Del Altisimo, Inc. v. Ohio Security Insurance Company, Case No. 2023-CA-006597, where Plaintiff Iglesia Cristiana Casa Del Altisimo, Inc. ("Plaintiff") sued Ohio Security, and states:

## TIMELY NOTICE OF REMOVAL

1.    Plaintiff sued Ohio Security in Polk County Circuit Court for breach of contract arising from an alleged property loss.

2.    On November 13, 2023, the State of Florida Department of Financial Services served Ohio Security with the Complaint by electronic

delivery to Lynette Coleman, the designated agent for Ohio Security.[1]

3.    This Notice of Removal is filed timely within 30 days of Ohio Security's receipt through service of a copy of the initial pleading setting forth a claim for relief, pursuant to 28 U.S.C. section 1446(b).

## **VENUE**

4.    Venue is proper in the United States District Court for the Middle District of Florida, Tampa Division, because the state court action originated in Polk County, Florida.[2]

## **JURISDICTION**

5.    This Court has jurisdiction. The state court action is a civil action that falls under this Court's original jurisdiction, pursuant to 28 U.S.C. section 1332(a), because the parties are completely diverse and the amount in controversy exceeds $75,000, exclusive of interest and costs.

6.    Ohio Security is entitled to remove this action, pursuant to 28 U.S.C. section 1441.

## **COMPLETE DIVERSITY EXISTS**

7.    At the time of the lawsuit and the filing of this Notice of Removal, there was, and still is, complete diversity between Plaintiff (a citizen of Florida) and Ohio Security (not a citizen of Florida).

---

[1] Exhibit A, Notice of Service of Process, Summons, and Complaint.
[2] *See* Local Rules 1.04(a) and 1.06(a).

8.     Ohio Security is not a citizen of Florida. Ohio Security is not incorporated under the laws of Florida and does not have its principal place of business in Florida. Ohio Security is a corporation organized under the laws of New Hampshire, and its principal place of business is in Boston, Massachusetts. Ohio Security is a citizen of New Hampshire and Massachusetts for purposes of determining diversity under 28 U.S.C. section 1332(c)(1).

9.     Plaintiff is a citizen of Florida. It is a Florida Not For Profit Corporation organized under the laws of Florida. Plaintiff's current principal place of business is in Haines City, Florida. The Annual Reports from 2022 and 2023 list its officers and directors. All of them are Florida citizens. Plaintiff is a Florida citizen for purposes of diversity jurisdiction.[3]

### **AMOUNT IN CONTROVERSY EXCEEDS $75,000**

10.    Ohio Security issued an insurance policy ("Policy") to Plaintiff.[4]

11.    The Policy has a 5 percent windstorm or hail deductible of $98,821.34 that applies to the claim.[5]

12.    In support of the claim, Plaintiff gave Ohio Security an estimate

---

[3] Exhibit B. The Annual Reports filed by Plaintiff are official state documents from the Florida Department of State, Division of Corporations.
[4] Exhibit C, Policy.
[5] *Id*. at pg. 7 of 201.

for $391,819.34[6] and Sworn Statement in Proof of Loss.[7]

13.   Ohio Security has not paid Plaintiff anything for the claim.

14.   The amount in controversy between Plaintiff and Ohio Security exceeds the $75,000 amount in controversy requirement for diversity jurisdiction, exclusive of interest and costs.

15.   The amount in controversy for indemnity related to the claim is $292,998.00.[8]

## COMPLIANCE WITH 28 U.S.C. SECTION 1446

16.   Ohio Security files copies of all process, pleadings, and orders served on it, and such other papers that are exhibits, as required by 28 U.S.C. section 1446, and the Local Rules of this Court.[9]

17.   Pursuant to 28 U.S.C. section 1446(d), Ohio Security provided written notice of the Notice of Removal filing, along with copies of this Notice of Removal and all attachments, to all adverse parties and with the Clerk of the Circuit Court of the Tenth Judicial Circuit in and for Polk County. Attached to this Notice of Removal is a copy of all process, pleadings, and orders served upon Ohio Security, as required by 28 U.S.C. section 1446(a).[10]

---

[6] Exhibit D, Estimate.
[7] Exhibit E, Proof of Loss.
[8] This amount is calculated based on the claim for $391,819.34 minus the Policy's windstorm or hail percentage deductible of $98,821.34.
[9] *See* Local Rule 1.06(b).
[10] Exhibit A.

WHEREFORE, Defendant Ohio Security Insurance Company respectfully requests that this Court exercise jurisdiction over this matter.

BUTLER WEIHMULLER KATZ CRAIG LLP

s/ Paul Hudson Jones II

J. PABLO CACERES
Florida Bar No.: 131229
pcaceres@butler.legal
PAUL HUDSON JONES II
Florida Bar No.: 44290
hjones@butler.legal
Secondary: jmohammed@butler.legal
400 North Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Attorneys for Defendant Ohio Security
Insurance Company

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy has been served on:

Julianna Weiss
The Law Offices of Carrington Jones, PLLC
3333 South Orange Avenue, Suite 104
Orlando, Florida 32806
Carrington@mylawyercan.com
Julianna@mylawyercan.com
Paul@mylawyercan.com
Attorneys for Plaintiff

by CM/ECF portal on December 1, 2023.

s/ Paul Hudson Jones II

PAUL HUDSON JONES II

*23-000548499*

**CHIEF FINANCIAL OFFICER**
**JIMMY PATRONIS**
STATE OF FLORIDA

IGLESIA CRISTIANA CASA DEL ALTISIMO, INC.

PLAINTIFF(S)

VS.

OHIO SECURITY INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT, DISCOVERY, CIVIL COVER SHEET, NOED

| | |
|---|---|
| **CASE #:** | **2023-CA-006597** |
| **COURT:** | **10TH JUDICIAL CIRCUIT** |
| **COUNTY:** | **POLK** |
| **DFS-SOP #:** | **23-000548499** |

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Thursday, November 9, 2023 and a copy was forwarded by ELECTRONIC DELIVERY on Monday, November 13, 2023 to the designated agent for the named entity as shown below.

OHIO SECURITY INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

Jimmy Patronis
Chief Financial Officer

CARRINGTON  JONES
OWNER
THE LAW OFFICES OF CARRINGTON JONES, PLLC
2307 LEE RD
2307 LEE RD
WINTER PARK , FL 32789



EXHIBIT

A

IGLESIA CRISTIANA CASA DEL
ALTISIMO, INC.,

          Plaintiff,

v.

OHIO SECURITY INSURANCE
COMPANY,

          Defendant.

_____/

IN THE CIRCUIT COURT OF THE 10TH
JUDICIAL CIRCUIT IN AND FOR POLK
COUNTY, FLORIDA

CIVIL DIVISION

CASE NO.:  2023-CA-006597

SUMMONS

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

YOU ARE COMMANDED to serve this summons and a copy of the Complaint of Petition in this action on INSURANCE COMMISSIONER pursuant to F.S. 48.151.

**By Serving:**

        Ohio Security Insurance Company,
        Insurance Commissioner
        State of Florida
        PROCESS SECTION
        200 East Gaines Street
        Tallahassee, Florida 32399

Each defendant is required to serve written defense to the Complaint of petition on Carrington E. Jones, Counsel for the Plaintiff, The Law Offices Of Carrington Jones, PLLC, 3333 S. Orange Ave. Suite 104, Orlando, FL 32806 within twenty (20) days after service, of this summons on that defendant exclusive of the day of service, and to file the original of the Defense with the clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a Default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

STACY M. BUTTERFIELD
CLERK OF THE COURT
52 2023CA-006597-0000-
BY 11/8/2023 12:35:59 PM , Deputy Clerk

**11/08/2023**

DATE:_____, 2023



Page **1** of 1

IGLESIA CRISTIANA CASA DEL
ALTISIMO, INC.,

        Plaintiff,

v.

OHIO SECURITY INSURANCE
COMPANY,

        Defendant.

_____/

IN THE CIRCUIT COURT OF THE 10TH
JUDICIAL CIRCUIT IN AND FOR POLK
COUNTY, FLORIDA

CIVIL DIVISION

CASE NO.:

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff sues Defendant and allege as follows:

## PARTIES, JURISDICTION & VENUE

1. This is an action for damages that exceed $50,000.00 exclusive of interest, costs and attorneys' fees.

2. Defendant is a Florida Corporation, organized and existing under the laws of Florida, qualified to do business in Florida, and has at all times material hereto been conducting business in Polk County, Florida.

3. Venue is proper in Polk County, Florida, because the contract, which forms the subject matter of this lawsuit, was executed in Polk County, Florida, the subject property is located in Polk County, Florida, and Defendant has engaged in substantial and not isolated activity within Polk County, Florida, pursuant to Fla. Stat. § 48.193(2).

4. All conditions precedent to the filing of this lawsuit have occurred, have been waived, or have been performed, including but not limited to the Filing of the Notice of Intent with the Department of Financial Services.

## GENERAL ALLEGATIONS

Page **1** of **4**

5. At all times material hereto, in consideration of a premium paid by Plaintiff, there was in full force and effect a certain commercial insurance policy issued by Defendant with a policy number of BKS (23) 58838541 (Policy).

6. Plaintiff is in possession of a full copy of the commerical insurance policy sued upon herein. Please See Policy Attached as Exhibit A.

7. Accordingly, under the terms of the Policy, the Defendant agreed to provide insurance coverage to Plaintiff' property against certain losses.

8. Plaintiff's property is located at 201 Oak Ave., Haines City, FL 33844. (Property).

9. On or about September 28, 2022, while the Policy was in full force and effect, the Property sustained a covered loss as a result of Hurricane Ian (Loss).

10. Shortly thereafter Plaintiff reported the Loss to the Defendant.

11. Accordingly, Defendant assigned claim number 24069582 and inspected the Property.

12. Subsequently, Defendant failed to adequately indemnify Plaintiff for the Loss.

13. By its failure to tender an appropriate amount to repair the Property, Defendant has materially breached the Policy.

14. Defendant failed to properly indemnify Plaintiff for Plaintiff' losses stemming from the Loss.

15. Plaintiff suffered and continues to suffer damages resulting from Defendant's breach of the Policy.

16. Plaintiff was obligated to retain the undersigned attorneys for the prosecution of this action and is entitled to reasonable attorneys' fees pursuant to Fla. Stat. § 627.428 and or 627.70152.

## COUNT I: BREACH OF CONTRACT

17. Plaintiff reincorporates paragraphs one (1) through sixteen (16) as if fully set forth herein.

18. It is undisputed that Plaintiff and Defendant entered into a written contract, the Policy, wherein Plaintiff agreed to pay a premium and in exchange Defendant agreed to insure the Property.

19. Plaintiff paid all premiums due and owing as contemplated by the Policy, thus, fully performing Plaintiff' obligations under the Policy.

20. Further, at all times material hereto, Plaintiff satisfied all post-loss obligations accorded in the Policy, including but not limited to: (i) promptly reporting the Loss to Defendant; (ii) providing all documents in Plaintiff' possession and control; and (iii) making the property available for inspection.

21. Defendant failed to properly indemnify Plaintiff for Plaintiff' losses stemming from the covered peril.

22. As a result of the foregoing, Defendant breached the Policy.

23. As a direct and proximate result of Defendant's breach of the Policy, Plaintiff sustained damages.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment against Defendant for damages, plus interest, court costs and reasonable attorneys' fees pursuant to Fla. Stat. § 627.428 and or 627.70152, and that the drafts for insurance proceeds comply with Fla. Stat. § 627.70121.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues triable as a matter of right.

Dated November 7, 2023.

Respectfully submitted,

**The Law Offices of Carrington Jones, PLLC**
Counsel for the Plaintiff(s)
3333 South Orange Ave, Suite 104
Orlando, Fl 32806
T:407.232.8928
F:407.232.7748
Email: Carrington@mylawyercan.com
Julianna@mylawyercan.com
Paul@mylawyercan.com

By: _/s/ **Julianna L. Weiss**_
Julianna L. Weiss, Esq
Florida Bar No.: 1038521

## 2022 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# N07000005030

**Entity Name:** IGLESIA CRISTIANA CASA DEL ALTISIMO, INC.

**FILED**

**Mar 08, 2022**
**Secretary of State**
**7696069111CC**

**Current Principal  Place of Business:**

201 OAK AVENUE
HAINES CITY,  FL  33844

**Current Mailing Address:**

P O BOX 2683
DAVENPORT,  FL  33836

**FEI Number: 26-0207491**                                              **Certificate of Status Desired:**  Yes

**Name and Address of Current Registered Agent:**

JAIME, MARIBEL
201 OAK AVENUE
HAINES CITY, FL  33844  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   **MARIBEL JAIME**                                                                      03/08/2022

              Electronic Signature of Registered Agent                                                                  Date

**Officer/Director Detail :**

| Title | PRESIDENT | Title | PASTOR, CO |
|---|---|---|---|
| Name | JAIME, MARIBEL | Name | JAIME, AWILDA |
| Address | 201 OAK AVENUE | Address | 201 OAK AVENUE |
| City-State-Zip: | HAINES CITY      FL  33844 | City-State-Zip: | HAINES CITY FL  33844 |

| Title | TREASURER | Title | ASST. TREASURER |
|---|---|---|---|
| Name | RIVERA, ROSA | Name | VALENTIN, DENISE |
| Address | 201 OAK AVENUE | Address | 201 OAK AVENUE |
| City-State-Zip: | HAINES CITY FL  33844 | City-State-Zip: | HAINES CITY FL  33844 |

| Title | SECRETARY |
|---|---|
| Name | RODRIGUEZ, MARITZA |
| Address | 201 OAK AVENUE |
| City-State-Zip: | HAINES CITY  FL  33844 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MARIBEL JAIME                                        PRESIDENT                  03/08/2022

          Electronic Signature of Signing Officer/Director Detail                                                        Date



EXHIBIT
B

**2023 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# N07000005030

**Entity Name:** IGLESIA CRISTIANA CASA DEL ALTISIMO, INC.

**FILED**
**Mar 07, 2023**
**Secretary of State**
**1179959296CC**

**Current Principal  Place of Business:**

201 OAK AVENUE
HAINES CITY,  FL  33844

**Current Mailing Address:**

P O BOX 2683
DAVENPORT,  FL  33836

**FEI Number: 26-0207491**                    **Certificate of Status Desired:**  Yes

**Name and Address of Current Registered Agent:**

JAIME, MARIBEL
201 OAK AVENUE
HAINES CITY, FL  33844  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: | MARIBEL JAIME | | 03/07/2023 |
|---|---|---|---|
| | Electronic Signature of Registered Agent | | Date |

**Officer/Director Detail :**

| Title | PRESIDENT | | Title | PASTOR, CO |
|---|---|---|---|---|
| Name | JAIME, MARIBEL | | Name | JAIME, AWILDA |
| Address | 201 OAK AVENUE | | Address | 201 OAK AVENUE |
| City-State-Zip: | HAINES CITY      FL  33844 | | City-State-Zip: | HAINES CITY FL  33844 |

| Title | TREASURER | | Title | SECRETARY |
|---|---|---|---|---|
| Name | RIVERA, ROSA | | Name | RODRIGUEZ, MARITZA |
| Address | 201 OAK AVENUE | | Address | 201 OAK AVENUE |
| City-State-Zip: | HAINES CITY FL  33844 | | City-State-Zip: | HAINES CITY  FL  33844 |

| Title | ASST. TREASURER |
|---|---|
| Name | GONZALEZ, MARANGELES |
| Address | 201 OAK AVENUE |
| City-State-Zip: | HAINES CITY FL  33844 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: | MARIBEL JAIME | PRESIDENT | 03/07/2023 |
|---|---|---|---|
| | Electronic Signature of Signing Officer/Director Detail | | Date |

# AFFIDAVIT

State of Indiana

County of Hamilton

NAME OF INSURED:       IGLESIA CRISTIANA CASA DEL
                       ALTISIMO, INC.

POLICY NUMBER:         BKS 58838541

POLICY DATES:          01-02-2022 TO 01-02-2023

David Hager, archivist of

Ohio Security Insurance Company       and has compared the

attached copies of the insurance policy number listed above and its

endorsements with the original records of the policy of insurance and

endorsements contained in the Company's files and that the same is

a true and exact recital of all the provisions in the said original policy and

endorsements attached thereto.

David Alan Hager

David Hager
Policy Copy Archivist

May 1, 2023



EXHIBIT

C

Coverage Is Provided In:
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BKS  (23)  58 83 85 41**
Policy Period:
**From 01/02/2022 To 01/02/2023**
Endorsement Period:
**From 05/20/2022 to 01/02/2023**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY  OF LOCATIONS

0001 201 Oak Ave, Haines City, FL 33844-5121

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 02 20 03 12 | Florida Changes - Cancellation And Nonrenewal |
| CG 20 22 10 01 | Additional Insured - Church Members and Officers |
| CG 21 06 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |
| CG 85 00 04 12 | Florida Changes - Non-Cumulation Of Liability Limits Same Occurrence |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 60 12 08 | Each Location General Aggregate Limit |
| CG 88 61 12 08 | Property Damage - Customers' Goods |
| CG 88 64 12 08 | Religious Organizations-Property Damage Extension With Voluntary Payments |

| Issue Date | 05/20/22 | Authorized  Representative |
|---|---|---|

*To report a claim,  call your Agent or 1-844-325-2467*

**DS 70 27 01 08**

*Coverage is provided in:*

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BKS (23) 58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**

Endorsement Period:
**From 05/20/2022 to 01/02/2023**

*12:01 am Standard Time at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 88 66 12 08 | Property Damage - Borrowed Equipment |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 78 12 08 | Pastoral Professional Liability Coverage |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CG 88 87 12 08 | Exclusion - Lead Liability |
| CG 88 88 01 16 | Professional Exclusion - Pastoral Counseling |
| CG 92 48 01 16 | Sexual Misconduct or Abuse Exclusion |
| CG 93 10 03 17 | Florida Changes |
| CP 00 10 06 07 | Building and Personal Property Coverage Form |
| CP 00 90 07 88 | Commercial Property Conditions |
| CP 01 25 02 12 | Florida Changes |
| CP 01 40 07 06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 03 21 06 07 | Windstorm or Hail Percentage Deductible |
| CP 10 30 06 07 | Causes of Loss - Special Form |
| CP 10 32 08 08 | Water Exclusion Endorsement |
| CP 72 93 06 03 | Fungus, Wet Rot, Dry Rot and Bacteria Exclusion - Florida |

| Issue Date | 05/20/22 | | Authorized Representative |
|---|---|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**



*Coverage is Provided In:*
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BKS   (23)   58 83 85 41**
Policy Period:
**From 01/02/2022 To 01/02/2023**
Endorsement Period:
**From 05/20/2022 to 01/02/2023**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CP 88 04 03 10 | Removal Permit |
| CP 88 44 02 15 | Equipment Breakdown Coverage Endorsement |
| CP 90 00 12 14 | Custom Protector Endorsement |
| CP 90 50 01 15 | Religious Organizations Custom Protector Endorsement |
| CP 90 59 12 12 | Identity Theft Administrative Services and Expense Coverage |
| CP 92 12 12 20 | Cyber Incident Exclusion |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 01 75 09 07 | Florida Changes - Legal Action Against Us |
| IL 02 55 03 16 | Florida Changes-Cancellation and Nonrenewal |
| IL 09 35 07 02 | Exclusion of Certain Computer-Related Losses |
| IL 09 52 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| IL 88 36 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| IL 88 38 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| IL 88 39 05 20 | Florida Agent Countersignature Endorsement |
| IL 88 53 11 20 | Actual Cash Value |

| Issue Date | 05/20/22 | | Authorized Representative |
|---|---|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**

**Coverage is Provided In:** 

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial   Property**

**Declarations   -Revised**

Policy Number:

**BKS   (23)  58 83 85 41**

Policy Period:

**From 01/02/2022 To 01/02/2023**

*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY OF CHARGES

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Property Schedule Totals | $11,987.00 |
| FL Emergency Management Preparedness & Assistance Trust Fund Surcharge | $4.00 |
| FL Fire College Trust Fund | $12.03 |
| FL Insurance Guaranty Association Assessment - A (FIGA) | $84.24 |
| Certified Acts of Terrorism Coverage | $48.00 |

*Total Advance Charges:*    **$12,135.27**

*Note: This is not a bill*

*To report a claim,  call your Agent or  1-844-325-2467*

**DS 70 22 01 08**

**Coverage Is Provided In:**
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial Property**
**Declarations Schedule -Revised**

Policy Number:
**BKS (23) 58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

Insurance at the described premises applies only for coverages for which a limit of insurance is shown. Optional coverages apply only when entries are made in this schedule.

**0001  201 Oak Ave, Haines City, FL 33844-5121**

| Property Characteristics | Description: |
|---|---|
| | |
| | **Construction:** Joisted Masonry |

| Building Coverage | **Occupancy:** Churches and Synagogues | |
|---|---|---|
| | **Description** | |
| | Limit of Insurance - Replacement Cost | $1,947,718 |
| | Coinsurance | 80% |
| | Inflation Guard - Annual Increase | 2% |
| | **Covered Causes of Loss** | |
| | Special Form - Including Theft | |
| | Deductible - All Covered Causes of Loss Unless Otherwise Stated | $1,000 |
| | Deductible - Windstorm or Hail | 5% |
| | *Premium* | *$9,992.00* |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**



**Coverage Provided In:**
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial Property**
**Declarations Schedule -Revised**

Policy Number:
**BKS (23) 58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |



## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

### Continuation of 201 Oak Ave, Haines City, FL 33844-5121

**Your Business Personal Property Coverage**

**Occupancy:** Churches and Synagogues

**Description**

| | |
|---|---|
| Limit of Insurance - Replacement Cost | $214,322 |
| Coinsurance | 80% |
| Inflation Guard - Annual Increase | 2% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $1,000 |
| Deductible - Windstorm or Hail | 5% |
| *Premium* | *$1,206.00* |

**Equipment Breakdown Coverage**

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

*Premium*     *$217.00*

**Mortgage Holder(s)**

SouthState Bank, N.A. ISAOA/ATIMA

PO Box 2590
COPPELL, TX 75019

Loan#

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**

Coverage Is Provided In:

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial    Property**
**Declarations    Schedule   -Revised**

Policy Number:
**BKS   (23)  58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY OF OTHER PROPERTY COVERAGES

| Identity Theft Administrative Services And Expense Coverage | Description | |
|---|---|---|
| | Limit of Insurance | See Endorsement CP9059 |
| | *Premium* | *$12.00* |

| Property Extension Endorsement | Description | |
|---|---|---|
| | Custom Protector Core Endorsement | $.00 |
| | *Premium* | *Included* |

| Property Extension Endorsement | Description | |
|---|---|---|
| | Religious Organizations Custom Protector Endorsement | $560.00 |
| | *Premium* | *$560.00* |

| Commercial Property Schedule Total: | $11,987.00 |
|---|---|

*To report a claim,  call your Agent or  1-844-325-2467*

**DS 70 23 01 08**

A Member Is Provident In

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial General Liability**

**Declarations -Revised**

Basis: Occurrence

Policy Number:

**BKS (23) 58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**

*12:01 am Standard Time*
*at Insured Mailing Location*



| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY OF LIMITS AND CHARGES

**Commercial General Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 300,000 |
| Medical Expense Limit (Any One Person) | 15,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | 3,392.00 |
| Certified Acts of Terrorism Coverage | 14.00 |
| FL Insurance Guaranty Association Assessment - A (FIGA) | 23.84 |

*Total Advance Charges:* **$3,429.84**

*Note: This is not a bill*

*To report a claim, call your Agent or 1-844-325-2467*

*Coverage Is Provided In:*
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial General Liability**

**Declarations Schedule -Revised**

Policy Number:
**BKS (23) 58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION

**0001** 201 Oak Ave, Haines City, FL 33844-5121

**Insured:** IGLESIA CRISTIANA CASA DEL

**CLASSIFICATION -** 41650
Churches Or Other Houses Of Worship
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 17,714 Square Feet Of Area | 185.915 | **$3,293.00** |
| | | *Total:* | *Included* |

## SUMMARY OF OTHER COVERAGE

| COVERAGE DESCRIPTION | | PREMIUM |
|---|---|---|
| Religious Organizations Custom Protector Coverages | See Policy Forms and Endorsements List | **$99.00** |

| **Commercial General Liability Schedule Total** | **$3,392.00** |
|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

Coverage is provided in:

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Pastoral Professional**

**Liability Declarations -Revised**

Basis: Occurrence

Policy Number:

**BKS (23) 58 83 85 41**

Policy Period:

**From 01/02/2022 To 01/02/2023**

*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY OF LIMITS AND CHARGES

**Pastoral Professional Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Claim Limit | 1,000,000 |
| Aggregate Limit | 1,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Pastoral Professional Liability | 128.00 |
| Certified Acts of Terrorism Coverage | 1.00 |
| FL Insurance Guaranty Association Assessment - A (FIGA) | .91 |

*Total Advance Charges:* **$129.91**

*Note: This is not a bill*

## SUMMARY OF LOCATIONS YOU OWN, RENT, OR OCCUPY

201 Oak Ave, Haines City, FL 33844-5121

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 22 01 08**



*Coverage is provided in:*
<u>Ohio Security  Insurance  Company</u>

175 Berkeley St., Boston, MA 02116

**Pastoral   Professional
Liability   Declarations   -Revised**

Policy Number:
**BKS   (23)  58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY  OF CLASSIFICATIONS  - BY LOCATION

201 Oak Ave, Haines City, FL 33844-5121

**Insured:**  IGLESIA CRISTIANA CASA DEL

**CLASSIFICATION -**  73930
Pastoral  Professional  Liability

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / EACH MINISTER | PREMIUM |
|---|---|---|---|
| Professional  Liability | 1st Minister | 31.900 | **$128.00** |
| | | *Total:* | *$128.00* |

| | |
|---|---|
| **Pastoral Professional Liability Schedule Total** | **$128.00** |

*To report a claim,  call  your Agent or  1-844-325-2467*

**DS 70 23 01 08**

*Coverage Is Provided In:*
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BKS   (23)   58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**

Endorsement Period:
**From 02/02/2022 to 01/02/2023**

*12:01 am Standard Time
at Insured Mailing Location*

---

**Named Insured & Mailing Address**

IGLESIA CRISTIANA CASA DEL
ALTISIMO, INC.
PO BOX 2683
DAVENPORT, FL 33836

**Agent Mailing Address & Phone No.**

(863) 422-8782
EWING BLACKWELDER AND DUCE
100 S 10TH ST
HAINES CITY, FL 33844-5304

---

**CHANGES TO POLICY - TRANSACTION #  2**

---

**This Policy Change Endorsement Results In A Change In The Charges As Follows:**

**No Change in Premium**

**Description of Change(s)**

SOUTHSTATE BANK, N.A.  ISAOA/ATIMA IS ADDED AS A

MORTGAGEE.

See The Revised Declarations and Declarations Schedule

---

Issue Date        02/24/22

Authorized Representative

*To report a claim,  call your Agent or 1-844-325-2467*

**DS 70 27 01 08**

*Coverage is Provided In:*
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BKS  (23)  58 83 85 41**
Policy Period:
**From 01/02/2022 To 01/02/2023**
Endorsement Period:
**From 02/02/2022 to 01/02/2023**
*12:01 am Standard Time
at Insured Mailing Location*

---

**Named Insured**

IGLESIA CRISTIANA CASA DEL
ALTISIMO, INC.

**Agent**

(863) 422-8782
EWING BLACKWELDER AND DUCE

---

**SUMMARY  OF LOCATIONS**

0001 115 3rd Street A/K/A 201 Oak Ave, Haines City, FL 33844

**POLICY  FORMS  AND ENDORSEMENTS**

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed
information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 02 20 03 12 | Florida Changes - Cancellation And Nonrenewal |
| CG 20 22 10 01 | Additional Insured - Church Members and Officers |
| CG 21 06 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |
| CG 85 00 04 12 | Florida Changes - Non-Cumulation Of Liability Limits Same Occurrence |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 60 12 08 | Each Location General Aggregate Limit |
| CG 88 61 12 08 | Property Damage - Customers' Goods |
| CG 88 64 12 08 | Religious Organizations-Property Damage Extension With Voluntary Payments |

---

Issue Date        02/24/22

Authorized  Representative

*To report a claim,  call your Agent or 1-844-325-2467*

**DS 70 27 01 08**

Coverage is provided in:

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:

**BKS   (23)  58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**

Endorsement Period:
**From 02/02/2022 to 01/02/2023**

*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 88 66 12 08 | Property Damage - Borrowed Equipment |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 78 12 08 | Pastoral Professional Liability Coverage |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CG 88 87 12 08 | Exclusion - Lead Liability |
| CG 88 88 01 16 | Professional Exclusion - Pastoral Counseling |
| CG 92 48 01 16 | Sexual Misconduct or Abuse Exclusion |
| CG 93 10 03 17 | Florida Changes |
| CP 00 10 06 07 | Building and Personal Property Coverage Form |
| CP 00 90 07 88 | Commercial Property Conditions |
| CP 01 25 02 12 | Florida Changes |
| CP 01 40 07 06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 03 21 06 07 | Windstorm or Hail Percentage Deductible |
| CP 10 30 06 07 | Causes of Loss - Special Form |
| CP 10 32 08 08 | Water Exclusion Endorsement |
| CP 72 93 06 03 | Fungus, Wet Rot, Dry Rot and Bacteria Exclusion - Florida |

| | | |
|---|---|---|
| Issue Date | 02/24/22 | Authorized Representative |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**

Coverage is Provided in:

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:

**BKS   (23)   58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**

Endorsement Period:
**From 02/02/2022 to 01/02/2023**

*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782<br>EWING BLACKWELDER AND DUCE |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CP 88 04 03 10 | Removal Permit |
| CP 88 44 02 15 | Equipment Breakdown Coverage Endorsement |
| CP 90 00 12 14 | Custom Protector Endorsement |
| CP 90 50 01 15 | Religious Organizations Custom Protector Endorsement |
| CP 90 59 12 12 | Identity Theft Administrative Services and Expense Coverage |
| CP 92 12 12 20 | Cyber Incident Exclusion |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 01 75 09 07 | Florida Changes - Legal Action Against Us |
| IL 02 55 03 16 | Florida Changes-Cancellation and Nonrenewal |
| IL 09 35 07 02 | Exclusion of Certain Computer-Related Losses |
| IL 09 52 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| IL 88 36 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| IL 88 38 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| IL 88 39 05 20 | Florida Agent Countersignature Endorsement |
| IL 88 53 11 20 | Actual Cash Value |

| Issue Date | 02/24/22 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 27 01 08

Coverage Is Provided In:

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial   Property**

**Declarations   -Revised**

Policy Number:

**BKS   (23)   58 83 85 41**

Policy Period:

**From 01/02/2022 To 01/02/2023**

*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |



## SUMMARY OF CHARGES

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Property Schedule Totals | $11,918.00 |
| FL Emergency Management Preparedness & Assistance Trust Fund Surcharge | $4.00 |
| FL Fire College Trust Fund | $11.97 |
| Certified Acts of Terrorism Coverage | $48.00 |

*Total Advance Charges:* **$11,981.97**

*Note: This is not a bill*

**Coverage Is Provided In:**

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

Policy Number:
**BKS (23) 58 83 85 41**
Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial Property**

**Declarations Schedule -Revised**

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

Insurance at the described premises applies only for coverages for which a limit of insurance is shown. Optional coverages apply only when entries are made in this schedule.

*0001 115 3rd Street A/K/A 201 Oak Ave, Haines City, FL 33844*

| Property Characteristics | Description: |
|---|---|
| | **Construction:** Joisted Masonry |

| Building Coverage | **Occupancy:** Churches and Synagogues | |
|---|---|---|
| | **Description** | |
| | Limit of Insurance - Replacement Cost | $1,947,718 |
| | Coinsurance | 80% |
| | Inflation Guard - Annual Increase | 2% |
| | **Covered Causes of Loss** | |
| | Special Form - Including Theft | |
| | Deductible - All Covered Causes of Loss Unless Otherwise Stated | $1,000 |
| | Deductible - Windstorm or Hail | 5% |
| | *Premium* | *$9,934.00* |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**

**Coverage Provided In:**

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial Property**

**Declarations Schedule -Revised**

Policy Number:

**BKS (23) 58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**

*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782<br>EWING BLACKWELDER AND DUCE |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

*Continuation of 115 3rd Street A/K/A 201 Oak Ave, Haines City, FL 33844*

**Your Business Personal Property Coverage**

**Occupancy:** Churches and Synagogues

**Description**

| | |
|---|---|
| Limit of Insurance - Replacement Cost | $214,322 |
| Coinsurance | 80% |
| Inflation Guard - Annual Increase | 2% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $1,000 |
| Deductible - Windstorm or Hail | 5% |
| *Premium* | *$1,198.00* |

**Equipment Breakdown Coverage**

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

| | |
|---|---|
| *Premium* | *$217.00* |

**Mortgage Holder(s)**

SouthState Bank, N.A. ISAOA/ATIMA

PO Box 2590
COPPELL, TX 75019

Loan#

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**

Coverage Is Provided In:
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial    Property**
**Declarations    Schedule   -Revised**

Policy Number:
**BKS   (23)  58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782<br>EWING BLACKWELDER AND DUCE |

## SUMMARY OF OTHER PROPERTY COVERAGES

| Identity Theft Administrative Services And Expense Coverage | Description | |
|---|---|---|
| | Limit of Insurance | See Endorsement CP9059 |
| | Premium | $12.00 |

| Property Extension Endorsement | Description | |
|---|---|---|
| | Custom Protector Core Endorsement | $.00 |
| | Premium | Included |

| Property Extension Endorsement | Description | |
|---|---|---|
| | Religious Organizations Custom Protector Endorsement | $557.00 |
| | Premium | $557.00 |

| Commercial Property Schedule Total: | $11,918.00 |
|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**

**Coverage Is Provided In:**
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

## Commercial General Liability Declarations -Revised

Basis: Occurrence

Policy Number:
**BKS (23) 58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY OF LIMITS AND CHARGES

**Commercial General Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 300,000 |
| Medical Expense Limit (Any One Person) | 15,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | 3,392.00 |
| Certified Acts of Terrorism Coverage | 14.00 |

*Total Advance Charges:* **$3,406.00**
*Note: This is not a bill*

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 22 01 08

Coverage Is Provided In:

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial General Liability**

**Declarations Schedule -Revised**

Policy Number:

**BKS (23) 58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION

**0001   115 3rd Street A/K/A 201 Oak Ave, Haines City, FL 33844**

  **Insured:** IGLESIA CRISTIANA CASA DEL

**CLASSIFICATION -** 41650
Churches Or Other Houses Of Worship
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 17,714 Square Feet Of Area | 185.915 | **$3,293.00** |

| | | Total: | *Included* |
|---|---|---|---|

## SUMMARY OF OTHER COVERAGE

| COVERAGE DESCRIPTION | | PREMIUM |
|---|---|---|
| Religious Organizations Custom Protector Coverages | See Policy Forms and Endorsements List | **$99.00** |

| **Commercial General Liability Schedule Total** | **$3,392.00** |
|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**

*Coverage is Provided in:*

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Pastoral Professional Liability Declarations -Revised**

Basis: Occurrence

Policy Number:

**BKS (23) 58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782<br>EWING BLACKWELDER AND DUCE |

## SUMMARY OF LIMITS AND CHARGES

**Pastoral Professional Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Claim Limit | 1,000,000 |
| Aggregate Limit | 1,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Pastoral Professional Liability | 128.00 |
| Certified Acts of Terrorism Coverage | 1.00 |

*Total Advance Charges:* **$129.00**

*Note: This is not a bill*

## SUMMARY OF LOCATIONS YOU OWN, RENT, OR OCCUPY

*115 3rd Street A/K/A 201 Oak Ave, Haines City, FL 33844*

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 22 01 08**

*Coverage is provided in:*

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Pastoral Professional**
**Liability Declarations -Revised**

Policy Number:
**BKS (23) 58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION

*115 3rd Street A/K/A 201 Oak Ave, Haines City, FL 33844*

**Insured:** IGLESIA CRISTIANA CASA DEL

**CLASSIFICATION -** 73930
Pastoral Professional Liability

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / EACH MINISTER | PREMIUM |
|---|---|---|---|
| Professional Liability | 1st Minister | 31.900 | **$128.00** |
| | | *Total:* | *$128.00* |

| | |
|---|---|
| **Pastoral Professional Liability Schedule Total** | **$128.00** |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**

**Policyholder   Information**

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| IGLESIA CRISTIANA CASA DEL<br>ALTISIMO, INC.<br>PO BOX 2683<br>DAVENPORT, FL 33836 | (863) 422-8782<br>EWING BLACKWELDER AND DUCE<br>100 S 10TH ST<br>HAINES CITY, FL 33844-5304 |



### *Dear Policyholder:*



**Your Commercial Documents**

We know you work hard to build your business. We work together with your agent,
**EWING BLACKWELDER AND DUCE         (863) 422-8782**
to help protect the things you care about. Thank you for selecting us.

Enclosed are your insurance documents consisting of:

- Commercial Package

To find your specific coverages, limits of liability, and premium, please refer to your Declarations page(s).

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (863) 422-8782

THIS IS NOT A BILL



**Reminders**

- Verify that all information is correct
- If you have any changes, please contact your Agent at (863) 422-8782
- In case of a claim, call your Agent or  1-844-325-2467

**You Need To Know**

- **CONTINUED ON NEXT PAGE**

*To report a claim,  call  your Agent or  1-844-325-2467*

DS 70 20 01 08

**You Need To Know - continued**

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
|---|---|
| CNI90 11 07 18 | Reporting A Commercial Claim 24 Hours A Day |
| CNI90 18 09 21 | Important Message About Your Policy - New Policy Definition |
| NP 72 42 02 20 | Terrorism Insurance Premium Disclosure And Opportunity To Reject |
| NP 74 06 01 06 | Flood Insurance Notice |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 89 69 11 10 | Important Policyholder Information Concerning Billing Practices |
| NP 90 57 07 11 | Florida Notice - Catastrophic Ground Cover Collapse Coverage |
| NP 96 00 10 14 | General Liability Access Or Disclosure Of Confidential Or Personal Information Exclusions Advisory Notice To Policyholders |
| NP 98 20 01 15 | Jurisdictional Boiler And Pressure Vessel Inspections |
| SNI04 01 12 20 | Liberty Mutual Group California Privacy Notice |
| SNI09 02 06 16 | Risk Control Services - Important Information for Florida Policyholders |
| SNI90 01 12 18 | Policyholder Notice - Company Contact Information |
| SNL90 16 03 17 | Pastoral Professional Liability Coverage |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

CNI 90 11 07 18

# REPORTING A COMMERCIAL CLAIM 24 HOURS A DAY

**Liberty Mutual Insurance claims professionals across the United States are ready to resolve your claim quickly and fairly, so you and your team can focus on your business. Our claims teams are specialized, experienced and dedicated to a high standard of service.**

**We're Just a Call Away - One Phone Number to Report All Commercial Insurance Claims**

Reporting a new claim has never been easier. A Liberty Mutual customer service representative is available to you 24/7 at `1(844)325-2467` for reporting new property, auto, liability and workers' compensation claims. With contact centers strategically located throughout the country for continuity and accessibility, we're there when we're needed!

**Additional Resource for Workers' Compensation Customers**



In many states, employers are required by law to use state-specific workers compensation claims forms and posting notices. This type of information can be found in the Policyholders Toolkit section of our website along with other helpful resources such as:

- Direct links to state workers compensation websites where you can find state-specific claim forms

- Assistance finding local medical providers

- First Fill pharmacy forms - part of our managed care pharmacy program committed to helping injured workers recover and return to work

Our Policyholder Toolkit can be accessed at **www.libertymutualgroup.com/toolkit.**

For all claims inquiries please call us at `1(844)325-2467` .

CNI 90 11 07 18     © 2018 Liberty Mutual Insurance     Page 1 of 1

**CNI 90 18 09 21**

# IMPORTANT  MESSAGE  ABOUT  YOUR POLICY - NEW  POLICY DEFINITION

We take  our  responsibility   to our  customers   seriously,  and part  of that  responsibility   is always  keeping  you  informed.

Recently,  we  added  an  Actual  Cash  Value  endorsement   and  are  providing   you  with  a copy  in  this  packet.  A new  definition   for  Actual  Cash  Value  is added  to  your  policy  with  this  endorsement.

**Reviewing  Your Coverage**

Please  review  your  new  endorsement   and keep  it  with  your  policy.

**We're  Here to Help**

Thank  you  for  trusting   us with  your  insurance  needs.  If  you  have  any  questions,   please  contact  your  company  representative   at the  telephone  number  listed  on your  Policy  Declarations  and  a member  of  our  team  will  be happy  to help.

*The  summary  above  is for  information   purposes  only  and  does  not  provide  coverage.  Your new  Declarations  Page, in  conjunction  with  your  policy  and  other  applicable  endorsements,  provides  complete  details  of your  coverages.  If  this  summary  conflicts  with  the  applicable  policy  language,  the  policy  language  prevails.*

11/07/21

IGLESIA CRISTIANA CASA DEL
ALTISIMO, INC.
PO BOX 2683
DAVENPORT, FL 33836

BKS  (23)    58 83 85 41
From 01/02/2022 To 01/02/2023

(863) 422-8782
EWING BLACKWELDER AND DUCE

100 S 10TH ST
HAINES CITY, FL 33844-5304



### TERRORISM INSURANCE PREMIUM DISCLOSURE AND
### OPPORTUNITY TO REJECT

**This notice contains important information about the Terrorism Risk Insurance Act and its effect on your policy. Please read it carefully.**

### THE TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act, including all amendments ("TRIA" or the "Act"), establishes a program to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal government. If an individual insurer's losses from "certified acts of terrorism" exceed a specified deductible amount, the government will generally reimburse the insurer for a percentage of losses (the "Federal Share") paid in excess of the deductible, but only if aggregate industry losses from such acts exceed the "Program Trigger". An insurer that has met its insurer deductible is not liable for any portion of losses in excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the Act that exceed this amount. If aggregate insured losses exceed $100 billion, losses up to that amount may be pro-rated, as determined by the Secretary of the Treasury.

Beginning in calendar year 2020, the Federal Share is 80% and the Program Trigger is $200,000,000.

### MANDATORY OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM" AND DISCLOSURE OF PREMIUM

TRIA requires insurers to make coverage available for any loss that occurs within the United States (or outside of the U.S. in the case of U.S. missions and certain air carriers and vessels), results from a "certified act of terrorism" AND that is otherwise covered under your policy.

A "certified act of terrorism" means:

[A]ny act that is certified by the Secretary [of the Treasury], in consultation with the Secretary of Homeland Security, and the Attorney General of the United States

**(i)** to be an act of terrorism;

**(ii)** to be a violent act or an act that is dangerous to
   **(I)** human life;
   **(II)** property; or
   **(III)** infrastructure;

**(iii)** to have resulted in damage within the United States, or outside of the United States in the case of
   **(I)** an air carrier (as defined in section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States); or
   **(II)** the premises of a United States mission; and

**NP 72 42 02 20**              © 2020 Liberty Mutual Insurance              **Page 1 of 2**

**(iv)** to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

## REJECTING TERRORISM INSURANCE COVERAGE - WHAT YOU MUST DO

We have included in your policy coverage for losses resulting from "certified acts of terrorism" as defined above.

THE PREMIUM CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS PAGE OF THE POLICY AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT. If we are providing you with a quote, the premium charge will also appear on your quote as a separate line item charge.

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWLEDGMENT, AND RETURN THIS FORM TO YOUR AGENT: **Please ensure any rejection is received within thirty (30) days of the effective date of your policy** .

Before making a decision to reject terrorism insurance, refer to the Disclaimer for Standard Fire Policy States located at the end of this Notice.

☐  I hereby reject this offer of coverage. I understand that by rejecting this offer, I will have no coverage for losses arising from "certified acts of terrorism" and my policy will be endorsed accordingly.

Policyholder/Applicant's   Signature                    Print Name                          Date Signed

_____          _____          _____

Named Insured                                                Policy Number

IGLESIA CRISTIANA CASA DEL                      BKS  (23)   58 83 85 41
ALTISIMO, INC.

Policy Effective/Expiration  Date

From 01/02/2022 To 01/02/2023


**IF YOU REJECTED THIS COVERAGE, PLEASE RETURN THIS FORM TO YOUR AGENT.**

Note: Certain states (currently CA, GA, IA, IL, ME, MO, NY, NC, NJ, OR, RI, WA, WI and WV) mandate coverage for loss caused by fire following a "certified act of terrorism" in certain types of insurance policies. If you reject TRIA coverage in these states on those policies, you will not be charged any additional premium for that state mandated coverage.

**The summary of the Act and the coverage under your policy contained in this notice is necessarily general in nature. Your policy contains specific terms, definitions, exclusions and conditions. In case of any conflict, your policy language will control the resolution of all coverage questions. Please read your policy carefully.**

If you have any questions regarding this notice, please contact your agent.

**NP 72 42 02 20**                    ©  2020 Liberty Mutual Insurance                    **Page 2 of 2**

NP 74 06 01 06

# FLOOD INSURANCE  NOTICE

Unless a Flood Coverage endorsement  is attached, your policy does not provide flood coverage and you will **not** have coverage for property damage from floods unless you purchase a separate policy for flood insurance through  the Federal Emergency Management  Agency (FEMA) National Flood Insurance Program.

If you would  like more information   about obtaining  coverage under the National Flood Insurance Program, please contact  your agent.



NP 74 44 09 06

# U.S. TREASURY DEPARTMENT'S  OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY  NOTICE  TO POLICYHOLDERS

No coverage  is provided  by this Policyholder  Notice  nor can it be construed  to replace  any provisions  of your policy.  You should  read your policy  and review  your Declarations  page for complete  information   on the coverages  you are provided.

This Notice  provides  information   concerning  possible  impact on your insurance  coverage  due to directives issued  by OFAC. **Please read this Notice  carefully.**

Please refer any questions  you may have to your insurance  agent.

The Office of Foreign  Assets Control  (OFAC) administers  and enforces  sanctions  policy,  based on Presidential declarations  of "national   emergency".   OFAC has identified  and listed  numerous:

- Foreign  agents;
- Front organizations;
- Terrorists;
- Terrorist  organizations;   and
- Narcotics  traffickers;

as "Specially  Designated  Nationals  and Blocked  Persons".  This list can be located  on the United  States Treasury's  web site - http//www.treas.gov/ofac.

In accordance  with  OFAC regulations,  if it is determined  that you or any other insured,  or any person or entity  claiming  the benefits  of this insurance  has violated  U.S. sanctions  law or is a Specially  Designated National  and Blocked  Person, as identified  by OFAC, this insurance  will be considered  a blocked  or frozen contract  and all provisions  of this insurance  are immediately   subject  to OFAC. When an insurance  policy  is considered  to be such a blocked  or frozen contract,  no payments  nor premium  refunds  may be made without  authorization  from OFAC. Other limitations   on the premiums  and payments  also apply.

© 2011 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

NP 89 69 11 10

# IMPORTANT  POLICYHOLDER INFORMATION
# CONCERNING  BILLING PRACTICES



**Dear Valued Policyholder:** This insert provides you with important information about our policy billing practices that may affect you. Please review it carefully and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

**Available Premium Payment Plans:**

- **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.

- **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly or monthly installments - Installment Payment Plans vary by state). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective at a future date that will also reflect a late payment fee charge. Issuance of the cancellation notice due to non-payment of a scheduled installment(s) may result in the billing and collection of all or part of any outstanding premiums due for the policy period. Late Payment Fees vary from state to state and are not applicable in some states.

**Special Note:** Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.

**EFT-Automatic Withdrawals Payment Option:** When you select this option, you will not be sent Premium Notices and, in most cases, will not be charged installment fees. For more information on our EFT-Automatic Withdrawals payment option, refer to the attached policyholder plan notice and enrollment sheet.

Once again, please contact your agent if you have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**

NP 90 57 07 11

# FLORIDA NOTICE

# CATASTROPHIC GROUND COVER COLLAPSE COVERAGE

YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE. OTHERWISE, YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES. YOU MAY PURCHASE ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.

NP 96 00 10 14

# GENERAL LIABILITY ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION EXCLUSIONS

## ADVISORY NOTICE TO POLICYHOLDERS



Dear Valued Policyholder,

Thank you for selecting us as your carrier for your commercial insurance. Your renewal policy contains an exclusion regarding access or disclosure of personal information. There is more than one version of the exclusion and each is described below. Please note that not all of the forms or changes noted may apply to your specific policy. Any of the forms described in this notice may have comparable state specific forms in lieu of the forms mentioned below. In those situations, the title of the state forms on your policy will generally be very similar to one or more titles mentioned in this notice.

The changes described below would also apply to those state specific forms, unless noted otherwise. In addition, this notice does not reference every change made to the endorsements or coverage forms, only material (or significant) changes.

Please read your policy and review your declarations page for complete coverage information. No coverage is provided by this notice, nor can it be construed to replace any provisions of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail. Should you have questions after reviewing the changes outlined below, please contact your broker or agent. Thank you for your business.

With respect to bodily injury and property damage arising out of access or disclosure of confidential or personal information, these changes are a reinforcement of coverage intent. Damages related to data breaches, and certain data-related liability, are not intended to be covered by various liability coverage parts. These types of damages may be more appropriately covered under certain coverage endorsements providing data compromise, attack and extortion and network security liability.

**CG 21 06 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - With Limited Bodily Injury Exception (For Use With The Commercial General Liability Coverage Part)**

When this endorsement is attached to your policy:

- Under Coverage **A** - Bodily Injury And Property Damage Liability, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

- Under Coverage **B** - Personal And Advertising Injury Liability, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 21 07 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - Limited Bodily Injury Exception Not Included (For Use With The Commercial General Liability Coverage Part)**

When this endorsement is attached to your policy:

- Under Coverage **A** - Bodily Injury And Property Damage Liability, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage. However, when this endorsement is attached, it will result in a reduction of coverage due to the deletion of an exception with respect to damages because of bodily injury arising out of loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

© 2014 Liberty Mutual Insurance

- Under Coverage **B** - Personal And Advertising Injury Liability, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 21 08 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information (Coverage B Only) (For Use With The Commercial General Liability Coverage Part)**

When this endorsement is attached to your policy, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 04 37 05 14 - Electronic Data Liability (For Use With The Commercial General Liability Coverage Part)**

With respect to damages arising out of access or disclosure of confidential or personal information, when this endorsement is attached to your policy:

- Under Coverage **A** - Bodily Injury And Property Damage Liability, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

- Under Coverage **B** - Personal And Advertising Injury Liability, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 33 53 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - With Limited Bodily Injury Exception (For Use With The Owners And Contractors Protective Liability Coverage Part and Products/Completed Operations Coverage Part)**

When this endorsement is attached to your policy, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

**CG 33 59 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - Limited Bodily Injury Exception Not Included (For Use With The Owners And Contractors Protective Liability and Products/Completed Operations Liability Coverage Parts)**

When this endorsement is attached to your policy, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

However, when this endorsement is attached, it will result in a reduction of coverage due to the deletion of an exception with respect to damages because of bodily injury arising out of loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

**CG 33 63 05 14 - Exclusion - Access, Disclosure Or Unauthorized Use Of Electronic Data (For Use With The Electronic Data Liability Coverage Part)**

With respect to damages arising out of access or disclosure of confidential or personal information, when this endorsement is attached to your policy coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

However, to the extent that damages arising out of theft or unauthorized viewing, copying, use, corruption, manipulation or deletion, of electronic data by any Named Insured, past or present employee, temporary worker or volunteer worker of the Named Insured may extend beyond loss of electronic data arising out of such theft or the other listed items, this revision may be considered a reduction in coverage.

© 2014 Liberty Mutual Insurance

NP 98 20 01 15

# JURISDICTIONAL  BOILER  AND  PRESSURE  VESSEL  INSPECTIONS



Most jurisdictions  (cities or states) are governed  by laws and regulations  that require owners of boilers and pressure vessels to have their equipment  inspected on a routine basis. Jurisdictions  require that equipment is installed  and operated  according  to these regulations,  and it is the equipment  breakdown  engineering inspector's  responsibility   to verify the equipment  complies  with all requirements.

Liberty  Mutual  Equipment  Breakdown  is a National  Board  Accredited  Authorized  Inspection  Agency. This designation  is recognized  by authorities  having jurisdictions  in the U.S. & provinces  of Canada  and gives Liberty  Mutual  commissioned  inspectors  the ability  to perform  jurisdictionally   required  inspection  on boil- ers and pressure vessels at insured  locations.  We have field inspectors  strategically  located throughout  the U.S. to perform  boiler and pressure vessel inspection  for our customers  and clients.

**To request a Jurisdictional  Inspection  please:**

- **Call the LMEB Hotline (877) 526-0020**

**Or**

- **Email your request to LMEBInspections@Libertymutual.com**

The assigned  EB Risk Engineer  will  call  to schedule  within  24 - 48 hours.  When  requesting  an inspection please include  the following:

- Current  Policy  Number

- Location  Address

- Contact  Name

- Contact  Phone Number  and/or Email  Address

### LIBERTY MUTUAL  GROUP CALIFORNIA  PRIVACY  NOTICE
Commercial  Lines (excluding  Workers' Compensation)
(Effective  December  15, 2020)

Liberty  Mutual Group and its affiliates,  subsidiaries,  and partners (collectively  "Liberty Mutual"  or "we",  "us" and "our")  provide  insurance  to companies  and other insurers.  This Privacy Notice explains how we gather,  use, and share your data. This Privacy Notice applies to you if you are a **Liberty  Mutual commercial line insured  or are a commercial  line claimant  residing  in California** . It does not apply to covered employees  or claimants  under Workers'  Compensation  policies.  If this notice does not apply to you, go to libertymutual.com/privacy     to review  the applicable  Liberty Mutual privacy notice.

#### What Data Does Liberty Mutual  Gather?

We may collect  the following   categories  of data:

- **Identifiers** , including  a real name, alias, postal address, unique personal identifier,  online identifier,  Internet  Protocol  address, email address, account name, Social Security Number, driver's license number,  or other similar  identifiers;

- **Personal information  described  in California  Civil Code § 1798.80(e)** , such as your name, signature,  Social Security Number, physical characteristics  or description,  address, telephone number,  driver's license or state identification  card number, insurance policy number, education,  employment,  employment  history, bank account number, financial information,  medical information,  or health insurance  information;

- **Protected  classification  characteristics** , including  age, race, color, national origin, citizenship,  religion or creed, marital status, medical condition,  physical  or mental disability,  sex (including  gender, gender identity,  gender expression,  pregnancy  or childbirth  and related medical conditions),  sexual orientation,  or veteran or military  status;

- **Commercial  information** , including  records of personal  property,  products or services purchased,  obtained,  or considered,  or other purchasing  or consuming  histories  and tendencies;

- **Internet  or other similar  network  activity** , including  browsing  history,  search history,  information on a consumer's  interaction  with a website, application,  or advertisement;

- **Professional  or employment  related information** , including  current or past job history  or performance  evaluations;

- **Inferences  drawn from other personal  information** , such as a profile  reflecting  a person's  preferences,  characteristics,  psychological  trends, predispositions,  behavior, attitudes, intelligence,  abilities,  and aptitudes;

- **Risk data** , including  data about your driving  and/or accident  history;  this may include  data from consumer  reporting  agencies, such as your motor  vehicle records and loss history  information,  health data, or criminal  convictions;  and

- **Claims data** , including  data about your previous  and current claims, which may include  data regarding  your health, criminal  convictions,  third party reports,  or other personal  data.

For information   about the types of personal  data we have collected  about California  consumers  in the past twelve (12) months,  please go to libertymutual.com/privacy     and click on the link for the California  Supplemental  Privacy Policy.

#### How We Get the Personal Data:

| We gather  your personal  data **directly  from you** . For example,  you provide  us with data when you: | We also gather  your personal  data **from other people** . For example: |
|---|---|
| ● ask about, buy insurance  or file a claim | ● your insurance  agent or broker |
| ● pay your policy | ● your employer,  association  or business  (if you are insured  through  them) |

| | |
|---|---|
| ● visit our websites, call us, or visit our office | ● our affiliates or other insurance companies about your transactions with them |
| | ● consumer reporting agencies, Motor Vehicle Departments, and inspection services, to gather your credit history, driving record, claims history, or value and condition of your property |
| | ● other public directories and sources |
| | ● third parties, including other insurers, brokers and insurance support organizations who you have communicated with about your policy or claim, anti-fraud databases, sanctions lists, court judgments and other databases, government entities, open electoral register, advertising networks, data analytics providers, social networks, data brokers or in the event of a claim, third parties including other parties to the claim witnesses, experts, loss adjustors and claim handlers |
| | ● other third parties who take out a policy with us and are required to provide your data such as when you are named as a beneficiary or where a family member has taken out a policy which requires your personal data |

For information about how we have collected personal data in the past twelve (12) months, please go to libertymutual.com/privacy and click on the link for the California Supplemental Privacy Policy.

**How Does Liberty Mutual Use My Data?**

Liberty Mutual uses your data to provide you with our products and services, and as otherwise provided in this Privacy Notice. Your data may be used to:

| **Business Purpose** | **Data Categories** |
|---|---|
| **Market, sell and provide insurance.** This includes for example:<br>● calculating your premium;<br>● determining your eligibility for a quote;<br>● confirming your identity and service your policy; | ● Identifiers<br>● Personal Information<br>● Protected Classification Characteristics<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data |
| **Manage your claim.** This includes, for example:<br>● managing your claim, if any;<br>● conducting claims investigations;<br>● conducting medical examinations;<br>● conducting inspections, appraisals;<br>● providing roadside assistance;<br>● providing rental car replacement or repairs; | ● Identifiers<br>● Personal Information<br>● Protected Classification Characteristics<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information |

| | |
|---|---|
| | • Risk data<br>• Claims data |
| **Day to Day Business and Insurance Operations.** This includes, for example:<br>• creating, maintaining, customizing and securing accounts;<br>• supporting day-to-day business and insurance related functions;<br>• doing internal research for technology development;<br>• marketing and creating products and services;<br>• conducting audits related to a current contact with a consumer and other transactions;<br>• as described at or before the point of gathering personal data or with your authorization; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data |
| **Security and Fraud Detection.** This includes for example:<br>• detecting security issues;<br>• protecting against fraud or illegal activity, and to comply with regulatory and law enforcement authorities;<br>• managing risk and securing our systems, help to ensure the safety and security of Liberty staff, assets and resources, which may include physical and virtual access controls and access rights management;<br>• supervisory controls and other monitoring and reviews, as permitted by law; and<br>• emergency and business continuity management; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data |
| **Regulatory and Legal Requirements.** This includes for example:<br>• controls and access rights management;<br>• to evaluate or conduct a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of Liberty's assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which personal data held by Liberty is among the assets transferred;<br>• exercising and defending our legal rights and positions;<br>• to meet Liberty contract obligations;<br>• to respond to law enforcement requests and as required by applicable law, court order, or governmental regulations;<br>• as otherwise permitted by law. | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data |

© 2020 Liberty Mutual Insurance



| | |
|---|---|
| **Improve Your Customer Experience and Our Products.** This includes for example:<br>● improve your customer experience, our products and service;<br>● to provide, support, personalize and develop our website, products and services;<br>● create and offer new products and services; | ● Identifiers<br>● Personal Information<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data |
| **Analytics to identify, understand and manage our risks and products.** This includes for example:<br>● conducting analytics to better identify, understand and manage risk and our products; | ● Identifiers<br>● Personal Information<br>● Protected Classification Characteristics<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data |
| **Customer service and technical support.** This includes for example:<br>● answer questions and provide notifications;<br>● provide customer and technical support; | ● Identifiers<br>● Personal Information<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data |

## How Does Liberty Mutual Share My Data?

Liberty Mutual does not sell your personal data as defined by the California Consumer Privacy Act.

Liberty Mutual shares personal data of California consumers with the following categories of third parties:

- Liberty Mutual affiliates;
- Service Providers;
- Insurance support organizations;
- Brokers and agents;
- Government entities and institutions (e.g. regulatory, quasi-regulatory, tax or other authorities, law enforcement agencies, courts, arbitrational bodies, and fraud prevention agencies);
- Professional advisors including law firms, accountants, auditors, and tax advisors;
- Advertising networks, data analytics providers and social networks;
- Insurers, re-insurers, policy holders, and claimants; and
- As permitted by law.

Liberty Mutual shares the following categories of personal data regarding California consumers to service providers for business purposes:

Identifiers
Protected Classification Characteristics;
Internet or other similar network activity;
Inferences drawn from other personal information;
Professional, employment, and education information;

Personal Data;
Commercial Information;
Claims Data;
Risk Data;

© 2020 Liberty Mutual Insurance          **SNI 04 01 12 20**

For information about how we have shared personal information in the past twelve (12) months, please go to libertymutual.com/privacy  and click on the link for the California Supplemental Privacy Policy.

**What Privacy Rights Do I Have?**

The California Consumer Privacy Act provides California residents with specific rights regarding personal information. These rights are subject to certain exceptions. Our response may be limited as permitted under law. For more information on your rights, please go to libertymutual.com/privacy  and click on the link for the California Supplemental Privacy Policy.

**Will Liberty Mutual Update This Privacy Notice?**

We reserve the right to makes changes to this notice at any time and for any reason. The updated version of this policy will be effective once it is accessible. You are responsible for reviewing this policy to stay informed of any changes or updates.

**Who Do I Contact Regarding Privacy?**

If you have any questions or comments about this Notice or the Supplemental CCPA Notice, your rights, or are requesting the Notice in an alternative format, please do not hesitate to contact Liberty Mutual at:

**Phone:**              800-344-0197

**Email:**              privacy@libertymutual.com

**Postal Address:**     Liberty Mutual Insurance Company
Attn Privacy Office
175 Berkeley St 6th Floor
Boston MA 02116

SNI 09 02 06 16

# RISK CONTROL  SERVICES - IMPORTANT   INFORMATION   FOR FLORIDA POLICYHOLDERS



Through  its  Risk Control  Services  department,  Liberty Mutual  Insurance  has safety  consultation  services that  are  available  to policyholders.   We  have found  that  some  of these  services  are consistent  with  your workplace  hazards.  These services  may be available  to you as our policyholder  at no additional  cost.

To obtain  further  information   about  our safety  consultation   services,  please contact  our Risk Control  Consulting  Center  at 1-866-757-7324  or email  RCConsultingCenter@LibertyMutual.com.

SNI 90 01 12 18

# POLICYHOLDER  NOTICE  - COMPANY  CONTACT  INFORMATION

In  the  event  you  need  to  contact  someone  about  this  policy  for  any  reason,  please  contact  your  Sales Representative  or Producer  of Record as shown  on the policy  Declarations  or Information  Page.

If you have additional  questions,  you may  contact  the company  at the following  address:

**Liberty  Mutual  Insurance**
**175 Berkeley  Street**
**Boston, MA  02116**
**+1  (800)  344-0197**

© 2018 Liberty Mutual Insurance

SNL 90 16 03 17

# QUICK REFERENCE

# PASTORAL  PROFESSIONAL  LIABILITY COVERAGE

# PLEASE READ IT CAREFULLY.

**SECTION I - PASTORAL PROFESSIONAL LIABILITY COVERAGE**

    Insuring  Agreement
    Defense  And  Defense  Expense
    Exclusions

**SECTION II - WHO IS AN INSURED**

**SECTION III - LIMITS  OF INSURANCE**

**SECTION IV - PASTORAL PROFESSIONAL LIABILITY CONDITIONS**

**SECTION V - DEFINITIONS**

**ENDORSEMENTS  (if any)**

© 2017 Liberty Mutual Insurance

SNL 90 16 03 17    Includes copyrighted material of Insurance Services Office, Inc., with  its permission.    Page 1 of 1

This page intentionally left blank.

*Coverage Is Provided In*

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

Policy Number:
**BKS (23)  58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common  Policy  Declarations

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC.<br>PO BOX 2683<br>DAVENPORT, FL 33836 | (863) 422-8782<br>EWING BLACKWELDER AND DUCE<br>100 S 10TH ST<br>HAINES CITY, FL 33844-5304 |

**Named Insured Is:** CORPORATION

**Named Insured Business Is:** PENTECOSTAL  CHURCH

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

### SUMMARY  OF COVERAGE PARTS AND CHARGES   - CUSTOM  PROTECTOR

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| **Commercial Property** | $11,981.97 |
| **Commercial General Liability** | $3,406.00 |
| **Pastoral Professional Liability** | $129.00 |

*Total Charges for all of the above coverage parts:*  **$15,516.97**
*Certified Acts of Terrorism Coverage:*  **$63.00**  **(Included)**

*Note: This is not a bill*

### IMPORTANT  MESSAGES

- This policy is auditable. Please refer to the conditions of the policy for details or contact your agent.

- Notice: The Employment-Related Practices Exclusion CG 21 47 is added to this policy to clarify there is no coverage for liability arising out of employment-related practices. Please read this endorsement carefully.

- ## COINSURANCE  CONTRACT: THE RATE CHARGED IN THIS POLICY IS BASED UPON THE USE OF THE CO-INSURANCE CLAUSE ATTACHED TO THIS POLICY WITH THE CONSENT OF THE INSURED

Issue Date        11/07/21

Authorized  Representative

*To report a claim,  call your Agent or 1-800-366-6446*

**DS 70 21 11 16**

Coverage Is Provided In

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

Policy Number:
**BKS   (23)  58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common  Policy  Declarations

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL | (863) 422-8782 |
| ALTISIMO, INC. | EWING BLACKWELDER AND DUCE |
| PO BOX 2683 | 100 S 10TH ST |
| DAVENPORT, FL 33836 | HAINES CITY, FL 33844-5304 |

## SUMMARY  OF LOCATIONS

This policy provides coverage for the following under one or more coverage parts. Please refer to the individual Coverage Declarations Schedules, or, the individual Coverage Forms for locations or territory definition for that specific Coverage Part.

0001 115 3rd Street A/K/A 201 Oak Ave, Haines City, FL 33844

## POLICY  FORMS  AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 02 20 03 12 | Florida Changes - Cancellation And Nonrenewal |
| CG 20 22 10 01 | Additional Insured - Church Members and Officers |
| CG 21 06 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Mark Touhey
Secretary

David Long
President

**To report a claim,  call  your Agent or  1-844-325-2467**
**DS 70 21 11 16**

*Coverage is Provided In*

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

Policy Number:
**BKS (23)  58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time
at Insured Mailing Location*

## Common  Policy  Declarations

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. PO BOX 2683 DAVENPORT, FL 33836 | (863) 422-8782 EWING BLACKWELDER AND DUCE 100 S 10TH ST HAINES CITY, FL 33844-5304 |

## POLICY  FORMS  AND  ENDORSEMENTS  -  CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 85 00 04 12 | Florida Changes - Non-Cumulation Of Liability Limits Same Occurrence |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 60 12 08 | Each Location General Aggregate Limit |
| CG 88 61 12 08 | Property Damage - Customers' Goods |
| CG 88 64 12 08 | Religious Organizations-Property Damage Extension With Voluntary Payments |
| CG 88 66 12 08 | Property Damage - Borrowed Equipment |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 78 12 08 | Pastoral Professional Liability Coverage |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CG 88 87 12 08 | Exclusion - Lead Liability |
| CG 88 88 01 16 | Professional Exclusion - Pastoral Counseling |
| CG 92 48 01 16 | Sexual Misconduct or Abuse Exclusion |
| CG 93 10 03 17 | Florida Changes |
| CP 00 10 06 07 | Building and Personal Property Coverage Form |
| CP 00 90 07 88 | Commercial Property Conditions |
| CP 01 25 02 12 | Florida Changes |
| CP 01 40 07 06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 03 21 06 07 | Windstorm or Hail Percentage Deductible |
| CP 10 30 06 07 | Causes of Loss - Special Form |
| CP 10 32 08 08 | Water Exclusion Endorsement |
| CP 72 93 06 03 | Fungus, Wet Rot, Dry Rot and Bacteria Exclusion - Florida |
| CP 88 04 03 10 | Removal Permit |
| CP 88 44 02 15 | Equipment Breakdown Coverage Endorsement |
| CP 90 00 12 14 | Custom Protector Endorsement |

*To report a claim,  call  your Agent or  1-844-325-2467*

**DS 70 21 11 16**

*Coverage Is Provided In*

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

Policy Number:
**BKS (23) 58 83 85 41**
Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC.<br>PO BOX 2683<br>DAVENPORT, FL 33836 | (863) 422-8782<br>EWING BLACKWELDER AND DUCE<br>100 S 10TH ST<br>HAINES CITY, FL 33844-5304 |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CP 90 50 01 15 | Religious Organizations Custom Protector Endorsement |
| CP 90 59 12 12 | Identity Theft Administrative Services and Expense Coverage |
| CP 92 12 12 20 | Cyber Incident Exclusion |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 01 75 09 07 | Florida Changes - Legal Action Against Us |
| IL 02 55 03 16 | Florida Changes-Cancellation and Nonrenewal |
| IL 09 35 07 02 | Exclusion of Certain Computer-Related Losses |
| IL 09 52 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| IL 88 36 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| IL 88 38 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| IL 88 39 05 20 | Florida Agent Countersignature Endorsement |
| IL 88 53 11 20 | Actual Cash Value |

of 172

26

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 21 11 16**

**Coverage Is Provided In:**
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial Property Declarations**

Policy Number:
**BKS (23) 58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 <br> EWING BLACKWELDER AND DUCE |

## SUMMARY OF CHARGES

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Property Schedule Totals | $11,918.00 |
| FL Emergency Management Preparedness & Assistance Trust Fund Surcharge | $4.00 |
| FL Fire College Trust Fund | $11.97 |
| Certified Acts of Terrorism Coverage | $48.00 |

**Total Advance Charges: $11,981.97**

*Note: This is not a bill*

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 22 01 08**

**Coverage Is Provided In:**

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial Property**
**Declarations Schedule**

Policy Number:
**BKS (23) 58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

Insurance at the described premises applies only for coverages for which a limit of insurance is shown. Optional coverages apply only when entries are made in this schedule.

**0001  115 3rd Street A/K/A 201 Oak Ave, Haines City, FL 33844**

| Property Characteristics | Description: |
|---|---|
| | **Construction:** Joisted Masonry |

**Building Coverage**

**Occupancy:** Churches and Synagogues

| Description | |
|---|---|
| Limit of Insurance - Replacement Cost | $1,947,718 |
| Coinsurance | 80% |
| Inflation Guard - Annual Increase | 2% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $1,000 |
| Deductible - Windstorm or Hail | 5% |

*Premium*     *$9,934.00*

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**



Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial  Property**
**Declarations  Schedule**

Policy Number:
**BKS  (23)  58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

*Continuation of 115 3rd Street A/K/A 201 Oak Ave, Haines City, FL 33844*

**Your Business Personal Property Coverage**

**Occupancy:** Churches and Synagogues

**Description**

| | |
|---|---|
| Limit of Insurance - Replacement Cost | $214,322 |
| Coinsurance | 80% |
| Inflation Guard - Annual Increase | 2% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $1,000 |
| Deductible - Windstorm or Hail | 5% |

| | *Premium* | *$1,198.00* |
|---|---|---|

**Equipment Breakdown Coverage**

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

| | *Premium* | *$217.00* |
|---|---|---|

## SUMMARY OF OTHER PROPERTY COVERAGES

**Identity Theft Administrative Services And Expense Coverage**

**Description**

| | |
|---|---|
| Limit of Insurance | **See Endorsement CP9059** |
| | *Premium*   *$12.00* |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**

Coverage is Provided In:
Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Commercial   Property**
**Declarations   Schedule**

Policy Number:
**BKS   (23)   58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY OF OTHER PROPERTY COVERAGES - continued

| Property Extension Endorsement | Description | |
|---|---|---|
| | Custom Protector Core Endorsement | $.00 |
| | | Premium   *Included* |

| Property Extension Endorsement | Description | |
|---|---|---|
| | Religious Organizations Custom Protector Endorsement | $557.00 |
| | | *Premium*   *$557.00* |

**Commercial Property Schedule Total:**          **$11,918.00**

Coverage is provided in:
Ohio Security Insurance Company

Policy Number:
BKS (23) 58 83 85 41
Policy Period:
From 01/02/2022 To 01/02/2023
12:01 am Standard Time
at Insured Mailing Location

175 Berkeley St., Boston, MA 02116

**Commercial General Liability**

**Declarations**

Basis: Occurrence



| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY OF LIMITS AND CHARGES

**Commercial General Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 300,000 |
| Medical Expense Limit (Any One Person) | 15,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | 3,392.00 |
| Certified Acts of Terrorism Coverage | 14.00 |

*Total Advance Charges:* **$3,406.00**

*Note: This is not a bill*

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 22 01 08

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (23) 58 83 85 41**
Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

175 Berkeley St., Boston, MA 02116

### Commercial General Liability
### Declarations Schedule

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION

**0001  115 3rd Street A/K/A 201 Oak Ave, Haines City, FL 33844**

  **Insured:**  IGLESIA CRISTIANA CASA DEL

**CLASSIFICATION -**  41650
Churches Or Other Houses Of Worship
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 17,714 Square Feet Of Area | 185.915 | $3,293.00 |
| | | *Total:* | *Included* |

## SUMMARY OF OTHER COVERAGE

| COVERAGE DESCRIPTION | | PREMIUM |
|---|---|---|
| Religious Organizations Custom Protector Coverages | See Policy Forms and Endorsements List | $99.00 |

| **Commercial General Liability Schedule Total** | **$3,392.00** |
|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**

*Coverage is Provided in:*

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Pastoral Professional**

**Liability Declarations**

Basis: Occurrence

Policy Number:

**BKS (23) 58 83 85 41**

Policy Period:

**From 01/02/2022 To 01/02/2023**

*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY OF LIMITS AND CHARGES

**Pastoral Professional Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Claim Limit | 1,000,000 |
| Aggregate Limit | 1,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Pastoral Professional Liability | 128.00 |
| Certified Acts of Terrorism Coverage | 1.00 |

*Total Advance Charges:* **$129.00**

*Note: This is not a bill*

## SUMMARY OF LOCATIONS YOU OWN, RENT, OR OCCUPY

*115 3rd Street A/K/A 201 Oak Ave, Haines City, FL 33844*

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 22 01 08**

*Coverage is provided in:*

Ohio Security Insurance Company

175 Berkeley St., Boston, MA 02116

**Pastoral Professional**
**Liability Declarations Schedule**

Policy Number:

**BKS (23) 58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. | (863) 422-8782 EWING BLACKWELDER AND DUCE |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION

*115 3rd Street A/K/A 201 Oak Ave, Haines City, FL 33844*

**Insured:** IGLESIA CRISTIANA CASA DEL

**CLASSIFICATION -** 73930
Pastoral Professional Liability

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / EACH MINISTER | PREMIUM |
|---|---|---|---|
| Professional Liability | 1st Minister | 31.900 | **$128.00** |
| | | *Total:* | *$128.00* |

**Pastoral Professional Liability Schedule Total**      $128.00

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 22 01 08**

# COMMERCIAL  GENERAL LIABILITY COVERAGE FORM



Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERAGES

## COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II -** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II -** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II -** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

©  Insurance Services Office, Inc., 2012

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

© Insurance Services Office, Inc., 2012   **CG 00 01 04 13**

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.   Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of



the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.** **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

© Insurance Services Office, Inc., 2012       **CG 00 01 04 13**



**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.



**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C - MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletics contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   **a.** All expenses we incur.

   **b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   **c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   **e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   **f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   **g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

   These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   **a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   **b.** This insurance applies to such liability assumed by the insured;

   **c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

   **d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   **e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   **f.** The indemnitee:

   **(1)** Agrees in writing to:

   **(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

   **(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

   **(c)** Notify any other insurer whose coverage is available to the indemnitee; and

   **(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

© Insurance Services Office, Inc., 2012

**(2)** Provides us with written authorization to:

  **(a)** Obtain records and other information related to the "suit"; and

  **(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

  **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

  **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

  **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

  **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

  **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

  **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

  **(1)** "Bodily injury" or "personal and advertising injury":

    **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

    **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

    **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

    **(d)** Arising out of his or her providing or failing to provide professional health care services.

  **(2)** "Property damage" to property:

    **(a)** Owned, occupied or used by;

    **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

  you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

   **(1)** With respect to liability arising out of the maintenance or use of that property; and

   **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2.  Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a.  You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1)  How, when and where the "occurrence" or offense took place;

(2)  The names and addresses of any injured persons and witnesses; and

(3)  The nature and location of any injury or damage arising out of the "occurrence" or offense.

b.  If a claim is made or "suit" is brought against any insured, you must:

(1)  Immediately record the specifics of the claim or "suit" and the date received; and

(2)  Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c.  You and any other involved insured must:

(1)  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2)  Authorize us to obtain records and other information;

(3)  Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4)  Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d.  No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3.  Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a.  To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b.  To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4.  Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

a.  **Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

b.  **Excess Insurance**

(1)  This insurance is excess over:

(a)  Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i)  That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii)  That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii)  That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv)  If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.** **Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.** **Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7.** **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8.** **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9.** **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

48        of  172

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

© Insurance Services Office, Inc., 2012

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

50        of   172

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

COMMERCIAL GENERAL LIABILITY
CG 02 20 03 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect**

**a. For 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with the underwriting requirements established by the insurer.

**b. For More Than 90 Days**

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

**(4)** A substantial change in the risk covered by the policy; or

**(5)** The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(b)** 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **2.b.**

**B.** Paragraph **3.** of the **Cancellation** Common Policy Condition is replaced by the following:

**3.** We will mail or deliver our notice to the first Named Insured at the last mailing address known to us.

**C.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

© Insurance Services Office, Inc., 2011

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**D.** The following is added and supersedes any other provision to the contrary:

**Nonrenewal**

1. If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

© Insurance Services Office, Inc., 2011

COMMERCIAL  GENERAL LIABILITY
CG 20 22 10 01

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL  INSURED - CHURCH MEMBERS AND OFFICERS

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART

**A.** Paragraph **2.a., Exclusions** of **Section I Coverage C - Medical Payments** is replaced by the following:

> We will  not pay expenses  for "bodily injury":
>
> **a.** To any  insured,  except  church members  who are not paid a fee, salary  or other  compensation.

**B.** **Section II - WHO IS AN INSURED** is amended to include  the following  as insureds:

> **1.** Any of your church members, but only with respect to their liability for your activities  or  activities  they  perform  on your behalf.
>
> **2.** Any:
>
> **a.** Trustee, official or member of the board  of  governors  of the church; or
>
> **b.** Members  of the clergy
>
> but only with respect to their duties as such.

COMMERCIAL  GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - ACCESS OR DISCLOSURE  OF CONFIDENTIAL  OR PERSONAL INFORMATION  AND DATA-RELATED LIABILITY - WITH LIMITED  BODILY INJURY  EXCEPTION

This endorsement  modifies insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART



**A.**  Exclusion  **2.p.** of **Section I - Coverage A - Bodily Injury And Property  Damage Liability** is replaced  by the following:

**2.   Exclusions**

This insurance  does not apply to:

**p.   Access Or Disclosure Of Confidential  Or Personal Information  And Data-related  Liability**

Damages arising out of:

**(1)**  Any access to or disclosure  of any person's  or organization's confidential  or personal information, including  patents, trade secrets, processing  methods, customer  lists, financial information, credit card information, health information  or any other type of nonpublic  information; or

**(2)**  The loss of, loss of use of, damage to, corruption  of, inability  to access, or inability  to manipulate electronic  data.

This exclusion  applies  even if damages are claimed  for notification costs, credit monitoring  expenses, forensic  expenses, public relations expenses  or any other loss, cost or expense incurred  by you or others arising out of that which is described in Paragraph  **(1)** or **(2)** above.

However, unless Paragraph  **(1)** above applies, this exclusion  does not apply to damages because of "bodily injury".

As used in this exclusion,  electronic data means information,  facts or programs  stored as or on, created or used on, or transmitted  to or from computer  software, including  systems and applications  software, hard or floppy  disks, CD-ROMs, tapes, drives, cells, data processing  devices or any other media which are used with electronically  controlled  equipment.

**B.**  The following  is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising  Injury Liability:**

**2.   Exclusions**

This insurance  does not apply to:

**Access Or Disclosure Of Confidential  Or Personal Information**

"Personal and advertising  injury" arising out of any access to or disclosure  of any person's  or organization's confidential  or personal information, including  patents, trade secrets, processing  methods, customer  lists, financial information, credit card information,  health information  or any other type of nonpublic  information.

This exclusion  applies  even if damages are claimed  for notification costs, credit monitoring  expenses, forensic  expenses, public relations  expenses  or any other loss, cost or expense incurred  by you or others arising out of any access to or disclosure  of any person's  or organization's confidential  or personal  information.

COMMERCIAL  GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT  - RELATED PRACTICES EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** The following  exclusion  is added to Paragraph  **2., Exclusions** of Section  **I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance  does not apply to:

"Bodily injury" to:

**(1)** A person arising  out of any:

    **(a)** Refusal to employ  that person;

    **(b)** Termination  of that person's employment;  or

    **(c)** Employment-related  practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination  or malicious  prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person  as a consequence  of "bodily  injury" to that person at whom any of the employment-related  practices described  in Paragraphs  **(a), (b),** or **(c)** above is directed.

This exclusion  applies:

**(1)** Whether  the injury-causing  event described  in Paragraphs  **(a), (b)** or **(c)** above occurs before employment,  during employment  or after employment  of that person;

**(2)** Whether  the insured  may be liable as an employer  or in any other capacity;  and

**(3)** To any obligation  to share damages with or repay someone  else who must pay damages  because  of the injury.

**B.** The following  exclusion  is added to Paragraph  **2., Exclusions** of Section  **I - Coverage B - Personal And Advertising Injury Liability:**

This insurance  does not apply to:

"Personal  and advertising  injury"  to:

**(1)** A person arising  out of any:

    **(a)** Refusal to employ  that person;

    **(b)** Termination  of that person's employment;  or

    **(c)** Employment-related  practices, policies, acts or omissions,  such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination  or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person  as a consequence  of "personal and advertising  injury"  to that person at whom  any of the employment-related practices described  in paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion  applies:

**(1)** Whether  the injury-causing  event described  in Paragraphs  **(a), (b)** or **(c)** above occurs before employment,  during employment  or after employment  of that person;

**(2)** Whether  the insured  may be liable as an employer  or in any other capacity;  and

**(3)** To any obligation  to share damages with or repay someone  else who must pay damages  because  of the injury.

CG 21 47 12 07        © ISO Properties,  Inc., 2006        Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART



**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2., Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

©ISO Properties, Inc., 2003

COMMERCIAL  GENERAL LIABILITY
CG 21 70 01 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM  CERTIFIED ACTS OF TERRORISM

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
LIQUOR LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY  COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART
UNDERGROUND  STORAGE TANK POLICY

**A.** If aggregate  insured  losses attributable  to ter-
rorist  acts certified  under  the federal Terror-
ism Risk Insurance Act exceed $100 billion  in
a calendar  year and we have met our insurer
deductible  under  the Terrorism  Risk Insur-
ance Act, we shall not be liable for the pay-
ment  of  any portion  of  the amount  of such
losses that exceeds $100 billion,  and in such
case insured  losses up to that amount  are
subject  to  pro rata allocation  in accordance
with procedures  established  by the Secretary
of the Treasury.

"Certified  act of terrorism"  means an act that
is certified  by the Secretary  of the Treasury,
in accordance  with the provisions  of the fed-
eral Terrorism  Risk Insurance Act, to be an act
of terrorism  pursuant  to such Act. The criteria
contained  in the Terrorism  Risk Insurance Act
for a "certified  act of terrorism"  include the
following:

**1.** The act resulted  in insured  losses in ex-
cess of $5 million  in the aggregate,  attrib-
utable  to all types of insurance  subject  to
the Terrorism  Risk Insurance Act; and

**2.** The act is a violent  act or an act that is
dangerous  to human life, property  or in-
frastructure  and is committed  by an in-
dividual  or individuals  as part of an effort
to coerce  the civilian  population  of the
United States or to influence  the policy or
affect  the conduct  of the United States
Government  by coercion.

**B.** The terms and limitations  of any terrorism  ex-
clusion,  or the inapplicability  or omission  of a
terrorism  exclusion,  do not serve  to create
coverage  for injury  or damage  that is other-
wise excluded  under this Coverage Part.

© Insurance  Services  Office,  Inc., 2015

COMMERCIAL  GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT   OF INSURED  CONTRACT  DEFINITION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY  COVERAGE PART



The definition  of "insured  contract"  in the **Definitions** section  is replaced  by the following:

"Insured  contract"  means:

**a.** A contract  for a lease of premises.  However,  that portion  of the contract  for a lease of premises  that indemnifies  any person  or organization  for damage  by fire to premises  while  rented  to you or temporarily  occupied  by you with permission  of the owner  is not an "insured  contract";

**b.** A sidetrack  agreement;

**c.** Any easement  or license agreement,  except in connection  with construction  or demolition  operations  on or within  50 feet of a railroad;

**d.** An obligation,  as required  by ordinance,  to indemnify  a municipality,  except in connection  with work for a municipality;

**e.** An elevator  maintenance  agreement;

**f.** That part of any other  contract  or agreement  pertaining  to your business  (including  an indemnification  of a municipality  in connection  with work performed  for a municipality)  under which  you assume  the tort liability  of another  party to pay for "bodily  injury"  or "property  damage"  to a third  person  or organization,  provided  the "bodily  injury"  or "property  damage"  is caused,  in whole  or in part,  by you or by those acting  on your behalf.  However,  such part of a contract  or agreement  shall only be considered  an "insured  contract"  to the extent  your assumption  of the tort liability  is permitted  by law. Tort liability  means a liability  that would  be imposed  by law in the absence  of any contract  or agreement.

Paragraph  **f.** does not include  that part of any contract  or agreement:

**(1)** That indemnifies  a railroad  for "bodily  injury"  or "property  damage"  arising  out of construction  or demolition  operations,  within  50 feet of any railroad  property  and affecting  any railroad  bridge  or trestle,  tracks,  road-beds,  tunnel,  underpass  or crossing;

**(2)** That indemnifies  an architect,  engineer  or surveyor  for injury  or damage  arising  out of:

**(a)** Preparing,  approving,  or failing  to prepare  or approve,  maps,  shop  drawings,  opinions,  reports,  surveys,  field  orders,  change  orders  or drawings  and specifications;  or

**(b)** Giving directions  or instructions,  or failing  to give them, if that is the primary  cause of the injury  or damage;  or

**(3)** Under  which  the insured,  if an architect,  engineer  or surveyor,  assumes  liability  for an injury  or damage  arising  out of the insured's  rendering  or failure  to render  professional  services,  including  those listed  in **(2)** above  and supervisory,  inspection,  architectural  or engineering  activities.

© Insurance  Services  Office, Inc., 2012

COMMERCIAL  GENERAL LIABILITY
CG 85 00 04 12

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES  - NON-CUMULATION    OF LIABILITY LIMITS SAME  OCCURRENCE

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.**   The following  is added to paragraph  **5.** of Section  **III** - Limits  of Insurance:

If an "occurrence"  that results in "bodily  injury"  or "property  damage"  includes continuous  and repeated exposure  to substantially   the same general  conditions  that extend  over more than one annual  policy "issued  by us", the each occurrence  limit of this policy  shall  be reduced  by the amount  of payments  we have made or have agreed to make under all policies.

"For  purposes  of this endorsement,  the term "us"  also includes  any other  company  that is or was part of the Liberty  Mutual  Agency  Corporation  division  of Liberty  Mutual  Group."

©  2012 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG 85 00 04 12                                                                                                    Page 1 of 1

COMMERCIAL  GENERAL LIABILITY
CG 88 10 04 13

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL  GENERAL LIABILITY EXTENSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

<u>INDEX</u>

| SUBJECT | PAGE |
|---|---|
| NON-OWNED  AIRCRAFT | 2 |
| NON-OWNED  WATERCRAFT | 2 |
| PROPERTY DAMAGE LIABILITY - ELEVATORS | 2 |
| EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's  Property  Damage) | 2 |
| MEDICAL PAYMENTS  EXTENSION | 3 |
| EXTENSION  OF SUPPLEMENTARY  PAYMENTS  - COVERAGES A AND B | 3 |
| ADDITIONAL  INSUREDS - BY CONTRACT,  AGREEMENT OR PERMIT | 3 |
| PRIMARY AND NON-CONTRIBUTORY-  ADDITIONAL  INSURED EXTENSION | 5 |
| ADDITIONAL  INSUREDS - EXTENDED PROTECTION OF YOUR "LIMITS  OF INSURANCE" | 6 |
| WHO IS AN INSURED - INCIDENTAL  MEDICAL  ERRORS/MALPRACTICE AND WHO IS AN INSURED - FELLOW EMPLOYEE EXTENSION  - MANAGEMENT  EMPLOYEES | 6 |
| NEWLY FORMED OR ADDITIONALLY  ACQUIRED ENTITIES | 7 |
| FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES | 7 |
| KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT | 7 |
| LIBERALIZATION CLAUSE | 7 |
| BODILY INJURY  REDEFINED | 7 |
| EXTENDED  PROPERTY DAMAGE | 8 |
| WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - WHEN REQUIRED IN A CONTRACT  OR AGREEMENT  WITH YOU | 8 |

With respect to coverage afforded by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**A.   NON-OWNED AIRCRAFT**

Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** exclusion **g. Aircraft, Auto Or Watercraft** does not apply to an aircraft provided:

**1.**   It is not owned by any insured;

**2.**   It is hired, chartered or loaned with a trained paid crew;

**3.**   The pilot in command holds a currently effective certificate, issued by the duly constituted authority of the United States of America or Canada, designating her or him a commercial or airline pilot; and

**4.**   It is not being used to carry persons or property for a charge.

However, the insurance afforded by this provision does not apply if there is available to the insured other valid and collectible insurance, whether primary, excess (other than insurance written to apply specifically in excess of this policy), contingent or on any other basis, that would also apply to the loss covered under this provision.

**B.   NON-OWNED WATERCRAFT**

Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** Subparagraph **(2)** of exclusion **g. Aircraft, Auto Or Watercraft** is replaced by the following:

This exclusion does not apply to:

**(2)**   A watercraft you do not own that is:

**(a)**   Less than 52 feet long; and

**(b)**   Not being used to carry persons or property for a charge.

**C.   PROPERTY DAMAGE LIABILITY - ELEVATORS**

**1.**   Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** Subparagraphs **(3), (4)** and **(6)** of exclusion **j. Damage To Property** do not apply if such "property damage" results from the use of elevators. For the purpose of this provision, elevators do not include vehicle lifts. Vehicle lifts are lifts or hoists used in automobile service or repair operations.

**2.**   The following is added to **Section IV - Commercial General Liability Conditions,** Condition **4. Other Insurance,** Paragraph **b. Excess Insurance:**

The insurance afforded by this provision of this endorsement is excess over any property insurance, whether primary, excess, contingent or on any other basis.

**D.   EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage)**

If Damage To Premises Rented To You is not otherwise excluded from this Coverage Part:

**1.**   Under Paragraph **2. Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability:**

**a.**   The fourth from the last paragraph of exclusion **j. Damage To Property** is replaced by the following:

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke, or leakage from an automatic fire protection system) to:

**(i)**   Premises rented to you for a period of 7 or fewer consecutive days; or

**(ii)**   Contents that you rent or lease as part of a premises rental or lease agreement for a period of more than 7 days.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" to contents of premises rented to you for a period of 7 or fewer consecutive days.

A separate limit of insurance applies to this coverage as described in **Section III - Limits of Insurance.**

©  2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**b.** The last paragraph of subsection **2. Exclusions** is replaced by the following:

Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III - Limits Of Insurance.**

**2.** Paragraph **6.** under **Section III - Limits Of Insurance** is replaced by the following:

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to:

    **a.** Any one premise:

        **(1)** While rented to you; or

        **(2)** While rented to you or temporarily occupied by you with permission of the owner for damage by fire, lightning, explosion, smoke or leakage from automatic protection systems; or

    **b.** Contents that you rent or lease as part of a premises rental or lease agreement.

**3.** As regards coverage provided by this provision **D. EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage) -** Paragraph **9.a.** of **Definitions** is replaced with the following:

**9.a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, smoke, or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with the permission of the owner, or for damage to contents of such premises that are included in your premises rental or lease agreement, is not an "insured contract".

**E. MEDICAL PAYMENTS EXTENSION**

If **Coverage C Medical Payments** is not otherwise excluded, the Medical Payments provided by this policy are amended as follows:

Under Paragraph **1. Insuring Agreement** of **Section I - Coverage C - Medical Payments,** Subparagraph **(b)** of Paragraph **a.** is replaced by the following:

**(b)** The expenses are incurred and reported within three years of the date of the accident; and

**F. EXTENSION OF SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

**1.** Under **Supplementary Payments - Coverages A** and **B**, Paragraph **1.b.** is replaced by the following:

**b.** Up to **$3,000** for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**2.** Paragraph **1.d.** is replaced by the following:

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to **$500** a day because of time off from work.

**G. ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT**

**1.** Paragraph **2.** under **Section II - Who Is An Insured** is amended to include as an insured any person or organization whom you have agreed to add as an additional insured in a written contract, written agreement or permit. Such person or organization is an additional insured but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused in whole or in part by:

**a.** Your acts or omissions, or the acts or omissions of those acting on your behalf, in the performance of your on going operations for the additional insured that are the subject of the written contract or written agreement provided that the "bodily injury" or "property damage" occurs, or the "personal and advertising injury" is committed, subsequent to the signing of such written contract or written agreement; or

© 2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**b.** Premises or facilities rented by you or used by you; or

**c.** The maintenance, operation or use by you of equipment rented or leased to you by such person or organization; or

**d.** Operations performed by you or on your behalf for which the state or political subdivision has issued a permit subject to the following additional provisions:

**(1)** This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising out of the operations performed for the state or political subdivision;

**(2)** This insurance does not apply to "bodily injury" or "property damage" included within the "completed operations hazard".

**(3)** Insurance applies to premises you own, rent, or control but only with respect to the following hazards:

**(a)** The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners, or decorations and similar exposures; or

**(b)** The construction, erection, or removal of elevators; or

**(c)** The ownership, maintenance, or use of any elevators covered by this insurance.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

With respect to Paragraph **1.a.** above, a person's or organization's status as an additional insured under this endorsement ends when:

**(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

With respect to Paragraph **1.b.** above, a person's or organization's status as an additional insured under this endorsement ends when their written contract or written agreement with you for such premises or facilities ends.

With respects to Paragraph **1.c.** above, this insurance does not apply to any "occurrence" which takes place after the equipment rental or lease agreement has expired or you have returned such equipment to the lessor.

The insurance provided by this endorsement applies only if the written contract or written agreement is signed prior to the "bodily injury" or "property damage".

We have no duty to defend an additional insured under this endorsement until we receive written notice of a "suit" by the additional insured as required in Paragraph **b.** of Condition **2. Duties In the Event Of Occurrence, Offense, Claim Or Suit** under **Section IV - Commercial General Liability Conditions.**

©  2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**2.** With respect to the insurance provided by this endorsement, the following are added to Paragraph **2. Exclusions** under **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**a.** "Bodily injury" or "property damage" arising from the sole negligence of the additional insured.

**b.** "Bodily injury" or "property damage" that occurs prior to you commencing operations at the location where such "bodily injury" or "property damage" occurs.

**c.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

   **(1)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications;  or

   **(2)** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

**d.** "Bodily injury" or "property damage" occurring after:

   **(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed;  or

   **(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**e.** Any person or organization specifically designated as an additional insured for ongoing operations by a separate **ADDITIONAL INSURED -OWNERS, LESSEES OR CONTRACTORS** endorsement issued by us and made a part of this policy.

**3.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**a.** Required by the contract or agreement;  or

**b.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declaratio ns.

## H. PRIMARY AND NON-CONTRIBUTORY ADDITIONAL INSURED EXTENSION

This provision applies to any person or organization who qualifies as an additional insured under any form or endorsement under this policy.

Condition **4. Other Insurance of SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended as follows:

**a.** The following is added to Paragraph **a. Primary Insurance:**

If an additional insured's policy has an Other Insurance provision making its policy excess, and you have agreed in a written contract or written agreement to provide the additional insured coverage on a primary and noncontributory basis, this policy shall be primary and we will not seek contribution from the additional insured's policy for damages we cover.



**b.** The following  is added to Paragraph  **b. Excess Insurance:**

When a written  contract  or written  agreement,  other than a premises  lease, facilities  rental contract  or agreement,  an equipment  rental or lease contract  or agreement,  or permit  issued  by a state or political subdivision  between  you and an additional  insured  does not require  this insurance  to be primary  or primary  and non-contributory,   this insurance  is excess  over any other insurance  for which the addi-tional  insured  is designated  as a Named  Insured.

Regardless  of the written  agreement  between  you and an additional  insured,  this insurance  is excess over any other  insurance  whether  primary,  excess,  contingent  or on any other  basis  for which  the additional  insured  has been added as an additional  insured  on other policies.

**I.   ADDITIONAL  INSUREDS - EXTENDED  PROTECTION  OF YOUR "LIMITS  OF INSURANCE"**

This provision  applies  to any person  or organization  who qualifies  as an additional  insured  under  any form or endorsement  under this policy.

**1.** The following  is added to Condition  **2. Duties In The Event Of Occurrence, Offense, Claim or Suit:**

An additional  insured  under this endorsement  will as soon as practicable:

**a.** Give written  notice  of an "occurrence"  or an offense  that may result  in a claim or "suit"  under this insurance  to us;

**b.** Tender  the defense  and indemnity  of any claim  or "suit"  to all insurers  whom  also have insurance  available  to the additional  insured;  and

**c.** Agree  to make available  any other insurance  which the additional  insured  has for a loss we cover under this Coverage  Part.

**d.** We have no duty to defend  or indemnify  an additional  insured  under this endorsement  until we receive written  notice  of a "suit"  by the additional  insured.

**2.** The limits  of insurance  applicable  to the additional  insured  are those  specified  in a written  contract or written  agreement  or the limits  of insurance  as stated  in the Declarations  of this policy  and defined  in **Section III - Limits of Insurance**  of this policy,  whichever  are less. These  limits  are inclusive  of and not in addition  to the limits  of insurance  available  under this policy.

**J.   WHO IS AN INSURED - INCIDENTAL  MEDICAL  ERRORS / MALPRACTICE**
**WHO IS AN INSURED - FELLOW EMPLOYEE EXTENSION - MANAGEMENT  EMPLOYEES**

Paragraph  **2.a.(1)** of **Section II - Who Is An Insured** is replaced  with  the following:

**(1)** "Bodily  injury"  or "personal  and advertising  injury":

**(a)** To you, to your partners  or members  (if you are a partnership  or joint venture),  to your members  (if you are a limited  liability  company),  to a co-"employee"  while  in the course  of his or her employ-ment  or performing  duties  related  to the conduct  of your business,  or to your other "volunteer workers"  while performing  duties related  to the conduct  of your business;

**(b)** To the spouse,  child, parent,  brother  or sister  of that co-"employee"  or "volunteer  worker"  as a consequence  of Paragraph  **(1) (a)** above;

**(c)** For which there is any obligation  to share damages  with or repay someone  else who must pay damages  because  of the injury  described  in Paragraphs  **(1) (a)** or **(b)** above; or

**(d)** Arising  out of his or her providing  or failing  to provide  professional  health  care services.  However, if you are not in the business  of providing  professional  health  care services  or providing  profes-sional  health  care personnel  to others,  or if coverage  for providing  professional  health  care ser-vices  is not otherwise  excluded  by separate  endorsement,  this provision  (Paragraph  **(d)**) does not apply.

Paragraphs  **(a)** and **(b)** above  do not apply to "bodily  injury"  or "personal  and advertising  injury"  caused by an "employee"  who is acting  in a supervisory  capacity  for you. Supervisory  capacity  as used herein  means the "employee's"  job responsibilities  assigned  by you, includes  the direct  supervision  of other "employ-ees" of yours.  However,  none  of these  "employees"  are insureds  for "bodily  injury"  or "personal  and

©  2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with  its permission.

**CG 88 10 04 13**                                                                                                                **Page 6 of 8**

advertising injury" arising out of their willful conduct, which is defined as the purposeful or willful intent to cause "bodily injury" or "personal and advertising injury", or caused in whole or in part by their intoxication by liquor or controlled substances.

The coverage provided by provision **J.** is excess over any other valid and collectable insurance available to your "employee".

**K.   NEWLY FORMED OR ADDITIONALLY ACQUIRED ENTITIES**

Paragraph **3.** of Section II - Who Is An Insured is replaced by the following:

**3.**   Any organization you newly acquire or form and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.**   Coverage under this provision is afforded only until the expiration of the policy period in which the entity was acquired or formed by you;

**b.**   Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.**   Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

**d.**   Records and descriptions of operations must be maintained by the first Named Insured.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations or qualifies as an insured under this provision.

**L.   FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES**

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **6. Representations:**

Your failure to disclose all hazards or prior "occurrences" existing as of the inception date of the policy shall not prejudice the coverage afforded by this policy provided such failure to disclose all hazards or prior "occurrences" is not intentional.

**M.   KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT**

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **2. Duties In The Event of Occurrence, Offense, Claim Or Suit:**

Knowledge of an "occurrence", offense, claim or "suit" by an agent, servant or "employee" of any insured shall not in itself constitute knowledge of the insured unless an insured listed under Paragraph **1.** of **Section II - Who Is An Insured** or a person who has been designated by them to receive reports of "occurrences", offenses, claims or "suits" shall have received such notice from the agent, servant or "employee".

**N.   LIBERALIZATION CLAUSE**

If we revise this Commercial General Liability Extension Endorsement to provide more coverage without additional premium charge, your policy will automatically provide the coverage as of the day the revision is effective in your state.

**O.   BODILY INJURY REDEFINED**

Under **Section V - Definitions,** Definition **3.** is replaced by the following:

**3.**   "Bodily Injury" means physical injury, sickness or disease sustained by a person. This includes mental anguish, mental injury, shock, fright or death that results from such physical injury, sickness or disease.

© 2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**P.   EXTENDED PROPERTY DAMAGE**

**Exclusion a.** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is replaced by the following:

**a.   Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**Q.   WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - WHEN REQUIRED IN A CONTRACT OR AGREEMENT WITH YOU**

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **8. Transfer Of Rights Of Recovery Against Others To Us:**

We waive any right of recovery we may have against a person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard" provided:

**1.**   You and that person or organization have agreed in writing in a contract or agreement that you waive such rights against that person or organization;  and

**2.**   The injury or damage occurs subsequent to the execution of the written contract or written agreement.

©   2013 Liberty Mutual Insurance

**CG 88 10 04 13**      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      **Page 8 of 8**

COMMERCIAL  GENERAL LIABILITY
CG 88 60 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EACH LOCATION  GENERAL AGGREGATE  LIMIT

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART



**A.**  For all sums which the insured becomes  legally  obligated  to pay as damages caused by "occurrences"
under **Section I - Coverage A - Bodily Injury And Property Damage  Liability,** and for all medical ex-
penses caused by accidents  under **Section I - Coverage C Medical  Payments,** which can be attributed
only to operations  at a single "location"  owned  by or rented to you:

  **1.**  A separate Each Location General Aggregate  Limit applies to each "location",  and that limit is equal
  to the amount of the General Aggregate  Limit shown in the Declarations.

  **2.**  The Each Location General Aggregate  Limit is the most we will pay for the sum of all damages
  under Coverage **A,** except damages because of "bodily injury"  or "property  damage" included in
  the "products-completed   operations  hazard", and for medical  expenses  under Coverage  **C** regard-
  less of the number of:

   **a.**  Insureds;

   **b.**  Claims made or "suits"  brought; or

   **c.**  Persons or organizations  making claims or bringing  "suits".

  **3.**  Any payments made under Coverage **A** for damages or under Coverage **C** for medical  expenses
  shall reduce the Each Location General Aggregate  Limit for that "location".   Such payments shall
  not reduce the General Aggregate  Limit shown in the Declarations  nor shall they reduce any other
  Each Location General Aggregate  Limit for any other "location".

  **4.**  The limits shown in the Declarations  for Each Occurrence, Fire Damage and Medical  Expense
  continue  to apply. However,  instead of being subject to the General Aggregate  Limit shown in the
  Declarations,  such limits will be subject to the applicable  Each Location General Aggregate  Limit.

**B.**  For all sums which the insured becomes  legally  obligated  to pay as damages caused by "occurrences"
under **Section I - Coverage A - Bodily Injury And Property Damage  Liability,** and for all medical ex-
penses caused by accidents  under **Section I - Coverage C Medical  Payments,** which cannot be attrib-
uted only to operations  at a single "location"  owned by or rented to you:

  **1.**  Any payments made under Coverage **A** for damages or under Coverage **C** for medical  expenses
  shall reduce the amount available  under the General Aggregate  Limit or the Products-Completed
  Operations Aggregate  Limit, whichever  is applicable; and

  **2.**  Such payments shall not reduce any Each Location  General Aggregate  Limit.

**C.**  When coverage for liability  arising out of the "products-completed   operations  hazard" is provided,  any
payments for damages because of "bodily injury"  or "property  damage" included in the "products-
completed operations hazard" will reduce the Products-Completed  Operations Aggregate  Limit, and not
reduce the General Aggregate  Limit nor the Each Location  General Aggregate  Limit.

**D.**  For the purposes of this endorsement,  the following  definition  is added to **Sectio n V - Definitions:**

  "Location"  means premises involving  the same or connecting  lots, or premises whose connection  is
  interrupted  only by a street, roadway, waterway  or right-of-way  of a railroad.

**E.**  The provisions  of **Section III - Limits Of Insurance** not otherwise  modified  by this endorsement  shall
continue  to apply as stipulated.

**COMMERCIAL  GENERAL LIABILITY**
**CG 88 61 12 08**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY DAMAGE  - CUSTOMERS'  GOODS

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART

**A.**  Under **Section I - Coverages, Coverage A - Bodily Injury And Property  Damage Liability, 2. Exclusions, j. Damage To Property,** items **(3), (4)** and **(6)** do not apply to "property  damage" to "customers'  goods" while  on your premises.

**B.**  Under **Section IV - Commercial  General Liability Conditions, 4. Other Insurance, b. Excess Insurance,** the following  is added:

The insurance  afforded  by this endorsement  is excess over any of the other insurance,  whether primary,  excess, contingent  or on any other basis, that is property  insurance.

**C.**  Under **Section V - Definitions,** the following  definition  is added:

"Customers'  goods" means property  of your customer  on your premises  for the purpose  of being worked  on or used in your manufacturing  process.

Nothing  contained  in this endorsement  shall be held to vary, alter, waive, or extend any of the terms, conditions,  provisions,  agreements  or limitations  of the policy,  other than as stated above.

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RELIGIOUS ORGANIZATIONS
# PROPERTY DAMAGE  EXTENSION  WITH  VOLUNTARY  PAYMENTS



This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART

With  respect  to coverage  afforded  by this endorsement,  the provisions  of the policy  apply  unless  modified by this endorsement.

**A.  COVERAGE**

Subject  to Section  **B. Limits Of Insurance**  of this endorsement:

1.  The following  is added to Paragraph  **1. Insuring  Agreement**  of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

At your  request,  we will  pay for "loss"  to property  of others  caused  by your  church  operations  for which  this policy  provides  liability  insurance.  Such  payment  will  be made  without  regard  to your legal obligation  to do so. The "loss"  must occur during the policy  period  and must take place in the "coverage  territory".

2.  With  respect  to the coverage  afforded  under  Paragraph  **A.1.** of this endorsement , Paragraph  **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is amended  as follows:

Exclusions  **j.(3), j.(4), j.(5)** and **j.(6)** are deleted.

**B.  LIMITS OF INSURANCE**

As respects  coverage  afforded  by this endorsement,   **Section III - Limits Of Insurance** is replaced  by the following:

Regardless  of the number  of insureds,  claims made or "suits"  brought,  or persons  or organizations  making  claims  or bringing  "suits":

1.  Subject  to **2.** below, the most we will  pay for one or more "loss"  arising  out of any one "occurrence"  is **$250.**

2.  The aggregate  amount  we will  pay for the sum of all "loss"  in an annual  period  is **$5,000.** This aggregate  amount  is part of and not in addition  to the General  Aggregate  Limit described  in Paragraph  **2.** of **Section III - Limits Of Insurance.**

**C.  CONDITIONS**

The following  conditions  are added to **Section IV - Commercial  General  Liability  Conditions:**

**1.**  Any payment  made under  this endorsement  shall not be interpreted  as an admission  of negligence by you or by us.

**2.**  In the event of loss covered  by this endorsement,  we will, at our option,  either  pay the actual  cash value of the damaged  property  or repair or replace  it.

**D.  DEFINITIONS**

For the purposes  of coverage  afforded  by this endorsement,  the following  definition  is added:

"Loss" means unintentional  damage or destruction  of property.  "Loss"  does not mean disappear-ance, abstraction,  or theft.

COMMERCIAL  GENERAL LIABILITY
**CG 88 66 12 08**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY DAMAGE  - BORROWED  EQUIPMENT

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART



**A.** Under **Section I - Coverages, Coverage A - Bodily Injury And Property  Damage Liability, 2. Exclusions, j. Damage To Property,** item **(4)** does not apply to "property  damage" to borrowed  equipment  while that equipment  is not being used to perform  operations  at a job site.

**B.** Under **Section IV - Commercial  General Liability  Conditions, 4. Other Insurance, b. Excess Insurance,** the following  is added:

The insurance  afforded by this endorsement  is excess over any of the other insurance,  whether  primary, excess, contingent  or on any other basis, that is property  insurance.

Nothing  contained  in this endorsement  shall be held to vary, alter, waive, or extend any of the terms, conditions,  provisions,  agreements  or limitations  of the policy, other than as stated above.

**COMMERCIAL  GENERAL LIABILITY**
**CG 88 77 12 08**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MEDICAL  EXPENSE AT YOUR REQUEST ENDORSEMENT

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

The following  is added to **Section I - Coverage  C - Medical  Payments:**

If **Medical  Payments** or **Medical  Expenses** are not otherwise  excluded  from the policy, medical  expenses  will  be paid only if an insured  has requested  that we pay such expenses.

**CG 88 77 12 08**          Includes Copyrighted Material of ISO Properties, Inc., with  its permission.          **Page 1 of 1**

COMMERCIAL  GENERAL LIABILITY
CG 88 78 12 08

# PASTORAL  PROFESSIONAL  LIABILITY COVERAGE



Various  provisions  of this policy  restrict  coverage.  Read  the entire  policy  carefully  to determine  rights, duties  and what  is and is not covered.

Throughout  this policy  the words  "you"  and "your"  refer  to the Named  Insured  shown  in the Declarations. The words  "we",  "us"  and "our"  refer  to the Company  providing  this insurance.

The word  "insured"  means  any person  or organization  qualifying  as such under Section  **II -** Who Is An Insured.

Other  words  and phrases  that appear  in quotation  marks  have special  meaning.  Refer  to Section  **V -** Definitions.

**SECTION I - PASTORAL PROFESSIONAL LIABILITY COVERAGE**

**A.  Insuring  Agreement**

1.  We will  pay those sums that the insured  becomes  legally  obligated  to pay as "loss"  because of a "wrongful  act" to which  this insurance  applies.

2.  The amount  we will  pay will  not exceed the amount  shown  in the Declarations  for this coverage and is subject  to the provisions  of Section  III - Limits  Of Insurance.

3.  No other obligation  or liability  to pay sums or perform  acts or services  is covered  unless  explicitly provided  for under **Section I B. Defense And Defense Expense.**

4.  This insurance  applies to a "wrongful  act" only if the "wrongful  act" is committed:

    a.  In the "coverage  territory";  and

    b.  During the "policy  period";  or

    c.  Prior to the effective  date of the first Pastoral Professional  Liability  Coverage Part issued by us and consecutively  renewed  by us, but only if a claim  is made or a "suit"  is brought  during the "policy  period",  and:

        (1)  The insured,  at the effective  date of the first Pastoral Professional  Liability  Coverage Part issued by us and consecutively  renewed  by us, had no knowledge  of any claim or "suit",  or any "wrongful  act" which  could reasonably  be expected  to result  in a claim or "suit";  and

        (2)  There is no other  insurance  applicable  to such "wrongful  act".

**B.  Defense And Defense Expense**

1.  We will  have the right  and duty to defend the insured  against  any "suit"  seeking  "loss"  because of a "wrongful  act" to which  this insurance  applies.  We may, at our discretion,  investigate  any "wrongful  act" and settle any claim or "suit"  that may result.  But:

    a.  When the Each Claim Limit  or the Aggregate  Limit  has been used up in the payment  of "loss", our duty to defend ends with  respect  to any "suit"  seeking  "loss"  subject  to such exhausted limit;  and

    b.  We will  have no duty to defend the insured  against  any "suit"  seeking  "loss"  to which  this insurance  does not apply.

2.  We will  pay with  respect  to any claim we settle,  or any "suit"  against  an insured  we defend:

    a.  All expenses  we incur.

    **b.**  The cost of appeal bonds and bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

    **c.**  All reasonable expenses incurred by you or the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 per day because of time off from work.

    **d.**  All costs taxed against the insured in the "suit". However, these payments do not include attorney's fees or attorney's expenses taxed against the insured.

    **e.**  Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

    **f.**  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**C.**  **Exclusions**

This insurance does not apply to:

**1.**  **Criminal, Fraudulent, Malicious Or Dishonest Acts**

Any dishonest, fraudulent, malicious or criminal act of any insured.

**2.**  **Bodily Injury Or Property Damage**

    **a.**  "Bodily injury" or "property damage" arising out of the ownership, maintenance, operation, use, loading or unloading of:

        **(1)**  Any automobile owned or operated by or rented or loaned to the named insured; or

        **(2)**  Any other automobile operated by any person in the course of his or her employment by the named insured.

    **b.**  All other "bodily injury" or "property damage" except when directly resulting from a "wrongful act".

**3.**  **Personal And Advertising Injury**

"Personal and advertising injury".

**4.**  **Medical Professional Services**

Medical, surgical, dental, x-ray or nursing service or treatment, or the furnishing of food or beverages in connection therewith or any cosmetic or tonsorial service or treatment or the furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances.

**5.**  **Non-Pastoral Counseling Services Or Operations**

"Wrongful acts":

    **a.**  Of the insured:

        **(1)**  As a proprietor, superintendent, board member or executive officer of any hospital, sanitarium, medical clinic with bed and board facilities, or laboratory; or

        **(2)**  While acting for a professional counseling service organized expressly for the purpose of providing counseling, referral, education or similar services.

**CG 88 78 12 08**      Includes copyrighted material of ISO Properties, Inc., with its permission.      **Page 2 of 7**



    **b.** Arising out of any trade, business, employment, or profession other than that of a pastoral counselor.

**6. Assault Or Battery**

Assault or battery by or at the direction of the insured except in the act of self defense.

**7. Pollution**

Any claim or "suit" arising directly or indirectly from the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants"; or any loss, cost or expense arising out of any environmental impairment statute or regulation, or governmental or any other request, demand or order to test, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of "pollutants".

**8. Employee Retirement Income Security Act**

Any claim arising out of a violation of any responsibilities, obligations or duties imposed on fiduciaries by the Employee Retirement Income Security Act of 1974 and any amendments thereto, or any similar law.

**9   Sexual Abuse Or Molestation**

Any claim or "suit" arising out of:

    **a.** The actual, threatened or alleged sexual abuse, sexual molestation, sexual exploitation or sexual injury, committed by:

        **(1)** Any insured;

        **(2)** Any employee of any insured;

        **(3)** Any other person performing services for or on behalf of any insured; or

    **b.** The negligent:

        **(1)** Employment;

        **(2)** Investigation;

        **(3)** Supervision;

        **(4)** Reporting to the proper authorities, or failure to so report; or

        **(5)** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by **a.** above.

**10. Employee Claims**

Any claim made by:

    **a.** A former, current or prospective employee of the insured for "loss" arising out of and in the course of:

        **(1)** Employment or seeking employment by the insured; or

        **(2)** Performing duties related to the conduct of the insured's business; or

    **b.** The spouse, child, parent, brother or sister of that employee as a consequence of Paragraph **a.** above.

    **c.** A governmental entity on behalf of that employee for "loss" described in Paragraph **a.** above.

This exclusion applies:

    **a.** Whether the insured may be liable as an employer or in any other capacity; and

    **b.** To any obligation to share damages with or repay someone else who must pay damages because of a claim described in Paragraphs **a.** or **b.** above.

**SECTION II - WHO IS AN INSURED**

**A.** You are an insured.

**B.** The pastor or pastors officially appointed by you are also insureds, but only while acting within a pastoral capacity for you.

**SECTION III - LIMITS OF INSURANCE**

**A.** The Limits Of Insurance shown in the Declarations for this coverage and the rules below fix the most we will pay regardless of the number of:

**1.** Insureds;

**2.** Claims made or "suits" brought; or

**3.** Persons or organizations making claims or bringing "suits".

**B. Each Claim Limit**

The Each Claim Limit is the most we will pay for all "loss" arising out of one "wrongful act" to which this insurance applies. A single "wrongful act" or a series of causally connected "wrongful acts" committed by one or more insureds will be considered one claim or "suit".

**C. Aggregate Limit**

The Aggregate Limit is the most we will pay for all "loss" as a result of all "wrongful acts" to which this insurance applies.

**D. Application Of Aggregate Limit With A Multiple Year Policy Period**

If this Coverage Part is in effect for a period of more than one year, the Aggregate Limit applies separately to each consecutive annual period, and to any remaining period of less than 12 months starting with the beginning of the "policy period". But if the "policy period" is extended after issuance for less than 12 months, the additional period will be deemed part of the last preceding period for the purposes of determining the Aggregate Limit.

**SECTION IV - PASTORAL PROFESSIONAL LIABILITY CONDITIONS**

We have no duty to provide insurance under this Coverage Part unless you and any other involved insured have fully complied with Conditions contained in the Coverage Part.

**A. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**B. Duties In The Event Of Wrongful Act, Claim Or Suit**

**1.** You must see to it that we are notified as soon as practicable of an incident or a "wrongful act" which could reasonably be expected to result in a claim or "suit". To the extent possible, notice should include:

**a.** How, when and where the incident or "wrongful act" took place;

**b.** The names and addresses of any involved person(s) and witnesses; and

**c.** The nature of the harm resulting from the "wrongful act".

**2.** If a claim is made or "suit" is brought against any insured, you must:

**a.** Immediately record the specifics of the claim or "suit" and the date received; and

**b.** Notify us promptly.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**3.** You and any other involved insured must:

**a.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**b.** Authorize us to obtain records and other information;

**c.** Cooperate with us in the investigation, or settlement of the claim or defense against the "suit"; and

**d.** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of a "wrongful act" to which this insurance may also apply.

**4.** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**C.   Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**1.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**2.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**D.   Other Insurance**

If other valid and collectible insurance is available to the insured for loss we cover under this Coverage Part, this insurance is primary. Our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described below.

**Method Of Sharing**

**1.** If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

**2.** If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**E.   Premium Audit**

**1.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**2.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the "policy period" is greater than the earned premium, we will return the excess to the first Named Insured.

**3.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such time as we may request.

**F.   Representations**

By accepting this policy, you agree:

**1.** The statements in the Declarations are accurate and complete;

**2.** Those statements are based upon representations you made to us; and

**3.** We have issued this policy in reliance upon your representations.



**G.   Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**1.**   As if each Named Insured were the only Named Insured; and

**2.**   Separately to each insured against whom claim is made or "suit" is brought.

**H.   Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**I.   Two Or More Coverage Parts**

**1.**   Except for the insurance provided by this Coverage Part, the policy to which this Coverage Part forms a part does not apply to any claim or "suit" seeking damages arising out of any "wrongful act".

**2.**   If one "wrongful act" applies to this Coverage Part and any other Coverage Parts or policies that provide similar insurance but with different "policy periods" and are issued to you by us or any of our affiliates, the maximum limit of insurance for all such Coverage Parts or policies shall be the highest applicable limit of insurance under any Coverage Part or policy.

One "wrongful act" means a single "wrongful act" or a series of causally connected "wrongful acts" committed by one or more insureds.

**J.   When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**A.**   "Bodily Injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**B.**   "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico and Canada.

**C.**   "Loss" means monetary damages, judgments or settlements. "Loss" does not include:

**1.**   Punitive or exemplary damages.

**2.**   The multiplied portion of multiple damages.

**3.**   Fines or penalties imposed by law.

**4.**   Costs of compliance with any injunctive relief or other nonmonetary relief action.

**5.**   Matters deemed uninsurable according to the law under which this policy is construed.

**D.**   "Personal and advertising injury" means "loss" arising out of one or more of the following offenses:

**1.**   False arrest, detention or imprisonment;

**2.**   Malicious prosecution;

**3.**   The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

4. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

5. Oral or written publication of material that violates a person's right of privacy;

6. The use of another's advertising idea in your advertisement; or

7. Infringing upon another's copyright, trade dress or slogan in your advertisement.

For the purposes of this definition, advertisement means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

E. "Policy period" means the period stated in the Declarations of the policy of which this Coverage Part forms a part including an extension after issuance of the policy for an additional period of less than 12 months. However:

1. If this Coverage Part is issued to be effective subsequent to the effective date of such policy, the "policy period" for this Coverage Part will start with the effective date of the Coverage Part; and

2. If this Coverage Part is cancelled prior to the expiration date of such policy, the "policy period" for this Coverage Part will end with the cancellation date of the Coverage Part.

F. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, asbestos, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

G. "Property damage" means:

1. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

2. Loss of use of tangible property that is not physically injured.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

H. "Suit" means a civil proceeding in which damages because of a "wrongful act" to which this insurance applies are alleged. "Suit" includes:

1. An arbitration proceeding in which such damages are claimed and to which the insured must submit or submit with our consent; or

2. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

I. "Wrongful act" means any act or omission committed by the insured arising out of the performance of professional services for others in the insured's capacity as a pastoral counselor.



**COMMERCIAL GENERAL LIABILITY**
**CG 88 86 12 08**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS LIABILITY

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS AND COMPLETED OPERATIONS COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART

This insurance does not apply to:

1. "Bodily injury", "property damage" or "personal and advertising injury" arising, in whole or in part, either directly or indirectly out of the manufacture, storage, processing, mining, use, sale, installation, removal, disposal, distribution, handling, inhalation, ingestion, absorption, or existence of, exposure to or contact with asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust; or

2. Any loss, cost or expense arising out of any:

   a. Request, demand, order, or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust; or

   b. Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust.

COMMERCIAL  GENERAL LIABILITY
CG 88 87 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - LEAD LIABILITY

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
PRODUCTS AND COMPLETED OPERATIONS COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART



This insurance  does not apply to:

1. "Bodily  injury", "property  damage" or "personal  and advertising  injury"  arising, in whole  or in part, either  directly  or indirectly  out of the mining, processing, manufacture, storage, distribution,  sale, installation, removal, disposal, handling, inhalation, ingestion, absorption, use or existence of, expo- sure to, or contact with lead or lead contained in goods, products or materials;  or

2. Any loss, cost or expense arising  out of any:

   a. Request, demand, order or statutory  or regulatory  requirement  that any insured  or others test for, monitor, clean up, remove, contain, treat, detoxify  or neutralize, or in any way respond  to, or assess the effects of lead or lead contained  in goods, products  or materials;  or

   b. Claim or "suit"  by or on behalf  of a governmental  authority  for damages because of testing  for, monitoring, cleaning  up, removing, containing, treating, detoxifying  or neutralizing, or in any way responding  to, or assessing the effects of lead or lead contained  in goods, products  or materials.

**COMMERCIAL  GENERAL LIABILITY**
**CG 88 88 01 16**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROFESSIONAL  EXCLUSION  - PASTORAL  COUNSELING

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

This insurance  does not apply  to "bodily  injury",  "property  damage",  or "personal  and advertising  injury"
arising  out of the providing  or failing  to provide  "pastoral  counseling".

For the purposes  of this endorsement  "pastoral  counseling"  means any religious,  spiritual,  moral, familial,
marital  or life-related  advice,  guidance,  instruction  or direction  provided  by a licensed  or ordained  minister,
pastor,  religious  or clergy  member,  or by a lay person  duly authorized  by you to provide  such counseling.

©  2016 Liberty Mutual Insurance

COMMERCIAL  GENERAL LIABILITY
CG 92 48 01 16

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SEXUAL MISCONDUCT  OR ABUSE EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART



**A.** The following  exclusion  is added to Paragraph  **2. Exclusions,** under **SECTION I - COVERAGES, COV-ERAGE A - BODILY INJURY  AND PROPERTY DAMAGE  LIABILITY** and **COVERAGE B - PERSONAL AND ADVERTISING  INJURY  LIABILITY:**

**Sexual Misconduct  or Abuse Exclusion**

Any liability,  damages,  loss, injury,  demand,  claim or "suit"  arising  out of, caused  by, or allegedly caused by, in whole  or in part by the:

**(1)** Actual, alleged or threatened  "sexual  misconduct"  or abuse of any person;  or

**(2)** Insured's negligent  employment,  investigation,  supervision,  retention,  training,  reporting  to proper authorities  or failure  to report  to proper  authorities  of a person who committed  "sexual  mis-conduct"  or abuse.

**B.** As used in this endorsement,  the following  definition  is added to **SECTION V - DEFINITIONS:**

"Sexual  misconduct"  means any actual, alleged or threatened  act of misconduct  toward another  person that is of a sexual nature and includes  but is not limited  to:

**a.** Molestation,  abuse;

**b.** Assault, physical  touching,  contact;

**c.** Harassment,  advances;

**d.** Victimization,  exploitation,  requests for favors;

**e.** Coercion  to engage in sexual activities;

**f.** Exhibitionism,  voyeurism;

**g.** Verbal or non-verbal  communication;  or

**h.** Showing  or sharing  of text, pictures,  drawings,  audio,  video  or digital  recording.

COMMERCIAL  GENERAL LIABILITY
CG 93 10 03 17

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

This endorsement  modifies  insurance  provided  under the following:

PROFESSIONAL LIABILITY  COVERAGE PART - CONDOMINIUM  ASSOCIATION  DIRECTORS AND OFFICERS LIABILITY  COVERAGE
PASTORAL  PROFESSIONAL LIABILITY  COVERAGE

**A.**   Paragraph  2. of the Cancellation  Common  Policy Condition  is replaced  by the following:

**2.   Cancellation  Of Policies In Effect**

**a.   For 90 Days Or Less**

If this policy  has been in effect for 90 days or less, we may cancel this policy by mailing  or delivering  to the first Named  Insured  written  notice of cancellation,  accompanied  by the reasons for cancellation,  at least:

**(1)**   10 days before  the effective  date of cancellation  if we cancel for nonpayment  of premium; or

**(2)**   20 days before  the effective  date of cancellation  if we cancel for any other reason, except we may cancel immediately   if there has been:

**(a)**   A material  misstatement   or misrepresentation;   or

**(b)**   A failure  to comply  with the underwriting   requirements   established  by the insurer.

**b.   For More Than 90 Days**

If this policy  has been in effect for more  than 90 days, we may cancel this policy only for one or more of the following   reasons:

**(1)**   Nonpayment   of premium;

**(2)**   The policy  was obtained  by a material  misstatement;

**(3)**   Failure to comply  with underwriting   requirements   established  by the insurer  within  90 days of the effective  date of coverage;

**(4)**   A substantial   change in the risk covered  by the policy;  or

**(5)**   The cancellation  is for all insureds  under such policies  for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written  notice of cancellation,  accompanied  by the reasons for cancellation,  at least:

**(a)**   10 days before  the effective  date of cancellation  if we cancel for nonpayment  of premium;  or

**(b)**   45 days before  the effective  date of cancellation  if we cancel for any of the other reasons  stated in Paragraph  2.b.

**B.**   Paragraph  3. of the Cancellation  Common  Policy Condition  is replaced  by the following:

**3.**   We will  mail or deliver  our notice to the first Named  Insured  at the last mailing  address known  to us.

©  2017 Liberty Mutual Insurance

**C.**  Paragraph 5. of the Cancellation  Common  Policy Condition  is replaced  by the following:

**5.**  If this policy  is cancelled,  we will  send  the first Named  Insured  any premium  refund due. If we cancel, the refund  will  be pro rata. If the first Named  Insured  cancels,  the refund  may be less than pro rata. If the return premium  is not refunded  with the notice of cancellation  or when this policy is returned  to us, we will  mail the refund  within  15 working  days after the date cancellation  takes effect, unless this is an audit  policy.

If this is an audit policy, then, subject to your full cooperation  with us or our agent in securing the necessary data for audit, we will  return any premium  refund  due within  90 days of the date cancellation  takes effect. If our audit is not completed  within  this time limitation,  then we shall accept your own audit, and any premium  refund due shall be mailed  within  10 working  days of receipt of your audit.

The cancellation  will  be effective  even if we have not made or offered  a refund.

**D.**  The following  is added and supersedes  any other provision  to the contrary:

**Nonrenewal**

**1.**  If we decide not to renew this policy, we will  mail or deliver  to the first Named  Insured  written notice of nonrenewal,  accompanied  by the reason for nonrenewal,  at least 45 days prior  to the expiration  of this policy.

**2.**  Any notice of nonrenewal  will  be mailed  or delivered  to the first Named  Insured  at the last mailing address known to us. If notice is mailed,  proof of mailing  will  be sufficient  proof of notice.

**E.**  The following  is added and supersedes  any other provisions  to the contrary:

**1.  Payment of Settlement**

In any case in which  a person and we have agreed in writing  to the settlement  of a claim, we shall tender payment  according  to the terms of the agreement  no later than 20 days after such settlement is reached. The tender of payment  may be conditioned  upon execution  by such person of a release mutually  agreeable to us and the claimant,  but if the payment  is not tendered  within  20 days, or such other date as the agreement  may provide,  it shall bear interest  at a rate of 12 percent per year from the date of the agreement;  however, if the tender of payment  is conditioned  upon the execution of a release, the interest  shall not begin to accrue until the executed  release is tendered  to us.

**2.  Payment of Judgment  by Us**

Every judgment  or decree for the recovery  of money entered in any of the courts in Florida  against us shall be fully  satisfied  within  60 days from and after the entry thereof or, in the case of an appeal from  such judgment  or decree, within  60 days from and after the affirmance  of the same by the appellate  court.

©  2017 Liberty Mutual Insurance

**COMMERCIAL PROPERTY**
**CP 00 10 06 07**

# BUILDING AND PERSONAL
# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.,** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. **Covered Property**

   Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

   a. **Building,** meaning the building or structure described in the Declarations, including:

      (1) Completed additions;

      (2) Fixtures, including outdoor fixtures;

      (3) Permanently installed:

         (a) Machinery and

         (b) Equipment;

      (4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

         (a) Fire-extinguishing equipment;

         (b) Outdoor furniture;

         (c) Floor coverings; and

         (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

      (5) If not covered by other insurance:

         (a) Additions under construction, alterations and repairs to the building or structure;

         (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

   b. **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation Of Coverage form:

      (1) Furniture and fixtures;

      (2) Machinery and equipment;

      (3) "Stock";

      (4) All other personal property owned by you and used in your business;

      (5) Labor, materials or services furnished or arranged by you on personal property of others;

      (6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

         (a) Made a part of the building or structure you occupy but do not own; and

         (b) You acquired or made at your expense but cannot legally remove;

      (7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

© ISO Properties, Inc., 2007

**c.** **Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2.** **Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

© ISO Properties, Inc., 2007



**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(3)** and **(4),** we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example #1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |

($10,000 is 20% of $50,000.)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3).**

© ISO Properties, Inc., 2007

**Example #2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense: | $ 30,000 |
| Debris Removal Expense Payable: | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

    **b.** **Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

    **(1)** While it is being moved or while temporarily stored at another location; and

    **(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

    **c.** **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

    **(1)** Assumed by contract or agreement prior to loss; or

    **(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

    **d.** **Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

    **e.** **Increased Cost Of Construction**

    **(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

    **(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

    **(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.



**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that Form.

**(b)** If the Causes of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or



© ISO Properties, Inc., 2007

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to your cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

      © ISO Properties, Inc., 2007

**(3)** If the Causes of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d.** **Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e.** **Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f.** **Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

© ISO Properties, Inc., 2007

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**EXAMPLE #1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance - Building #1: | $ 60,000 |
| Limit of Insurance - Building #2: | $ 80,000 |
| Loss to Building #1: | $ 60,100 |
| Loss to Building #2: | $ 90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

    $60,100
    -   250
    $59,850    Loss Payable - Building #1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**EXAMPLE #2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | |
|---|---|
| Loss to Building #1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building #2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable - Building #1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable - Building #2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.



© ISO Properties, Inc., 2007   **CP 00 10 06 07**

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we

may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sub-lessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

    **(a)** Vandalism;

    **(b)** Sprinkler leakage, unless you have protected the system against freezing;

    **(c)** Building glass breakage;

    **(d)** Water damage;

    **(e)** Theft; or

    **(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

    **(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

    **(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)** ; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**EXAMPLE #1 (UNDERINSURANCE)**

| When: | The value of the property is: | $ 250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step **(1):** $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**EXAMPLE #2 (ADEQUATE INSURANCE)**

| When: | The value of the property is: | $ 250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**EXAMPLE #3**

| When: | The value of property is: | |
| | Building at Location #1: | $ 75,000 |
| | Building at Location #2: | $ 100,000 |
| | Personal Property at Location #2: | $ 75,000 |
| | | $ 250,000 |

| The Coinsurance percentage for it is: | 90% |
| The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is: | $ 180,000 |
| The Deductible is: | $ 1,000 |
| The amount of loss is: | |
| Building at Location #2: | $ 30,000 |
| Personal Property at Location #2: | $ 20,000 |
| | $ 50,000 |

Step **(1):** $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000.

Step **(4):** $40,000 - $1,000 = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2.   Mortgageholders**

**a.**   The term mortgageholder includes trustee.

**b.**   We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.**   The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.**   If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)**   Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)**   Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)**   Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**EXAMPLE:**

| If: | | |
|---|---|---|
| The applicable Limit of Insurance is: | | $ 100,000 |
| The annual percentage increase is: | | 8% |
| The number of days since the beginning of the policy year (or last policy change) is: | | 146 |
| The amount of increase is $100,000 x .08 x 146 ÷ 365= | | $    3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

© ISO Properties, Inc., 2007

**CP 00 10 06 07**



**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3),** subject of **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4.** **Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H.** **DEFINITIONS**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

**2.** The coverage territory is:

    **a.** The United States of America (including its territories and possessions);

    **b.** Puerto Rico; and

    **c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to se-

cure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance;

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** That owns or controls you; or

    **c.** Your tenant.

This will not restrict your insurance.

COMMERCIAL PROPERTY
CP 01 25 02 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART



**A.** When this endorsement is attached to Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following provision applies when a Coinsurance percentage is shown in the Declarations:

Florida law states as follows:

Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

**C.** The following is added:

If windstorm is a Covered Cause of Loss and loss or damage to Covered Property is caused by or results from windstorm, the following exclusion applies in:

**1.** Broward County;

**2.** Dade County;

**3.** Martin County;

**4.** Monroe County;

**5.** Palm Beach County; and

**6.** All the areas east of the west bank of the Intracoastal Waterway in the counties of:

**a.** Indian River; and

**b.** St. Lucie.

**Windstorm Exterior Paint And Waterproofing Exclusion**

We will not pay for loss or damage caused by windstorm to:

**1.** Paint; or

**2.** Waterproofing material;

applied to the exterior of buildings unless the building to which such loss or damage occurs also sustains other loss or damage by windstorm in the course of the same storm event. But such coverage applies only if windstorm is a Covered Cause of Loss.

When loss or damage to exterior paint or waterproofing material is excluded, we will not include the value of paint or waterproofing material to determine:

**a.** The amount of the Windstorm or Hail Deductible; or

**b.** The value of Covered Property when applying the Coinsurance Condition.

**D.** The **Loss Payment** Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage upon the earliest of the following:

**(1)** Within 20 days after we receive the sworn proof of loss and reach written agreement with you;

**(2)** Within 30 days after we receive the sworn proof of loss and:

**(a)** There is an entry of a final judgment; or

**(b)** There is a filing of an appraisal award with us; or

**(3)** Within 90 days of receiving notice of an initial, reopened or supplemental claim, unless we deny the claim during that time or factors beyond our control reasonably prevent such payment. If a portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied.

Paragraph **(3)** applies only to the following:

**(a)** A claim under a policy covering residential property;

(b) A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the policy covers only locations in Florida; or

(c) A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the policy covers only locations in Florida.

**E. Sinkhole Collapse Coverage Removed**

Sinkhole Collapse coverage is removed, as indicated in Paragraphs **E.1.** through **E.4.**; and coverage for Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph **F.**

1. In the Causes Of Loss - Basic Form and in the Standard Property Policy, Sinkhole Collapse is deleted from the Covered Causes of Loss and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

2. In the Causes Of Loss - Broad Form, Sinkhole Collapse is deleted from the Covered Causes of Loss and from the Additional Coverage - Collapse; and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

3. In the Causes Of Loss - Special Form, Sinkhole Collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement Exclusion.

4. In the Mortgageholders Errors And Omissions Coverage Form, Sinkhole Collapse is deleted from the Covered Causes of Loss under Coverage **B** and from the "specified causes of loss", and is no longer an exception to the Earth Movement Exclusion.

Further, this Coverage Part does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this policy. However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this policy.

**F.** The following is added to this Coverage Part as a Covered Cause of Loss. In the Causes Of Loss - Special Form and Mortgageholders Errors And Omissions Coverage Form, the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage - Collapse.

**Catastrophic Ground Cover Collapse**

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

1. The abrupt collapse of the ground cover;

2. A depression in the ground cover clearly visible to the naked eye;

3. "Structural damage" to the building, including the foundation; and

4. The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The **Earth Movement** Exclusion and the **Collapse** Exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Coverage Part), only one Limit of Insurance will apply to such loss or damage.

**G.** The following applies to the **Additional Coverage - Civil Authority** under the Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form and Extra Expense Coverage Form:

1. The Additional Coverage - Civil Authority includes a requirement that the described premises are not more than one mile from the damaged property. With respect to described premises located in Florida, such one-mile radius does not apply.

**2.** The Additional Coverage - Civil Authority is limited to a coverage period of up to four weeks. With respect to described premises located in Florida, such four-week period is replaced by a three-week period.

**3.** Civil Authority coverage is subject to all other provisions of that Additional Coverage.

**H.** The following provisions are added to the **Duties In The Event Of Loss Or Damage** Loss Condition:

**(1)** A claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other windstorm is barred unless notice of claim is given to us in accordance with the terms of this policy within three years after the hurricane first made landfall or a windstorm other than hurricane caused the covered damage. (Supplemental claim or reopened claim means an additional claim for recovery from us for losses from the same hurricane or other windstorm which we have previously adjusted pursuant to the initial claim.)

This provision concerning time for submission of claim, supplemental claim or reopened claim does not affect any limitation for legal action against us as provided in this policy under the Legal Action Against Us Condition, including any amendment to that condition.

**(2)** Any inspection or survey by us, or on our behalf, of property that is the subject of a claim, will be conducted with at least 48 hours' notice to you. The 48-hour notice may be waived by you.

**I.** The following definition of structural damage is added with respect to the coverage provided under this endorsement:

"Structural damage" means a covered building, regardless of the date of its construction, has experienced the following.

**1.** Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

**2.** Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

**3.** Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

**4.** Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

**5.** Damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph B., such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

  **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

  **2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

©ISO Properties, Inc., 2006

POLICY NUMBER:

**COMMERCIAL PROPERTY**
CP 03 21 06 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

## SCHEDULE

| Premises Number | Building Number | Windstorm Or Hail Deductible Percentage - Enter 1%, 2% Or 5% |
|---|---|---|
|  |  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The Windstorm or Hail Deductible, as shown in the Schedule and set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) of Insurance are shown in the Declarations.

## WINDSTORM OR HAIL DEDUCTIBLE CALCULATIONS

**A. Calculation Of The Deductible - All Policies**

1. A Deductible is calculated separately for, and applies separately to:

   **a.** Each building that sustains loss or damage;

   **b.** The personal property at each building at which there is loss or damage to personal property;

   **c.** Personal property in the open.

   If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

2. We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition; Agreed Value Optional Coverage; any provision in a Value Reporting Form relating to full reporting or failure to submit reports.

3. When property is covered under the Coverage Extension for Newly Acquired Or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired Or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**B. Calculation Of The Deductible - Specific Insurance Other than Builders' Risk**

1. **Property Not Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

2. **Property Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is the latest value(s) shown in the most recent Report of Values on file with us.

   However:

   a. If the most recent Report of Values shows less than the full value(s) of the property on the report dates, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.

   b. If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit(s) of Insurance.

**C. Calculation Of The Deductible - Blanket Insurance Other Than Builders' Risk**

1. **Property Not Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are those shown in the most recent Statement of Values on file with us.

2. **Property Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of that property as of the time of loss or damage.

**D. Calculation Of The Deductible - Builders' Risk Insurance**

1. **Builders' Risk Other Than Reporting Form**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the actual cash value(s) of that property as of the time of loss or damage.

2. **Builders' Risk Reporting Form**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are the actual cash value(s) shown in the most recent Report of Values on file with us.

   However:

   a. If the most recent Report of Values shows less than the actual cash value(s) of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value(s) as of the report date.

   b. If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value(s) of the property as of the time of loss or damage.

**EXAMPLES - APPLICATION OF DEDUCTIBLE**

**EXAMPLE #1 - SPECIFIC INSURANCE (B.1.)**

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%.

Step **(1):**   $70,000 ÷ $80,000 = .875

Step **(2):**   $60,000 x .875 = $52,500

Step **(3):**   $70,000 x 1% = $700

Step **(4):**   $52,500 - $700 = $51,800

The most we will pay is $51,800. The remainder of the loss, $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (Steps **(1)** and **(2)**) and the application of the Deductible (Steps **(3)** and **(4)**).

### EXAMPLE #2 - SPECIFIC INSURANCE (B.1.)

The amounts of loss to the damaged property are $60,000 (Building) and $40,000 (Personal Property in building).

The value of the damaged building at time of loss is $100,000. The value of the personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property (therefore, no Coinsurance penalty).

The Deductible is 2%.

### BUILDING

Step **(1):**   $80,000 x 2% = $1,600

Step **(2):**   $60,000 - $1,600 = $58,400

### PERSONAL PROPERTY

Step **(1):**   $64,000 x 2% = $1,280

Step **(2):**   $40,000 - $1,280 = $38,720

The most we will pay is $97,120. The portion of the total loss not covered due to application of the Deductible is $2,880.

### EXAMPLE #3 - BLANKET INSURANCE (C.1.)

The sum of the values of Building #1 ($500,000), Building #2 ($500,000) and Building #3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The **actual** Blanket Limit of Insurance covering Buildings #1, #2, and #3, shown in the Declarations, is $1,800,000 (therefore, no Coinsurance penalty).

Buildings #1 and #2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building #1) and $20,000 (Building #2).

The Deductible is 2%.

### BUILDING #1

Step **(1):**   $500,000 x 2% = $10,000

Step **(2):**   $40,000 - $10,000 = $30,000

### BUILDING #2

Step **(1):**   $500,000 x 2% = $10,000

Step **(2):**   $20,000 - $10,000 = $10,000

The most we will pay is $40,000. The portion of the total loss not covered due to application of the Deductible is $20,000.

### EXAMPLE #4 - BLANKET INSURANCE (C.1.)

The sum of the values of Building #1 ($500,000), Building #2 ($500,000), Personal Property at Building #1 ($250,000) and Personal Property at Building #2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The **actual** Blanket Limit of Insurance covering Buildings #1 and #2 and Personal Property at Buildings #1 and #2, shown in the Declarations, is $1,350,000. Therefore, there is no Coinsurance penalty.

Building #1 and Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Personal Property).

The Deductible is 5%.

### BUILDING

Step **(1):**   $500,000 x 5% = $25,000

Step **(2):**   $95,000 - $25,000 = $70,000

### PERSONAL PROPERTY

Step **(1):**   $250,000 x 5% = $12,500

The loss, $5,000, does not exceed the Deductible.

The most we will pay is $70,000. The remainder of the building loss, $25,000, is not covered due to application of the Deductible. There is no loss payment for the personal property.



COMMERCIAL PROPERTY
CP 10 30 06 07

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.**, Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.,** Exclusions; or

**2.** Limited in Section **C.,** Limitations;

that follow.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of any ordinance or law:

   **(1)** Regulating the construction, use or repair of any property; or

   **(2)** Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance or Law, applies whether the loss results from:

      **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

      **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   **(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

   **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

   **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

      **(a)** Airborne volcanic blast or airborne shock waves;

      **(b)** Ash, dust or particulate matter; or

      **(c)** Lava flow.

   All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.



Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

**c.   Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d.   Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e.   Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f.   War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g.   Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **g. (1)** through **g. (4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h.   "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

©ISO Properties, Inc., 2007       **CP 10 30 06 07**

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** **(1)** Wear and tear;

**(2)** Rust, or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d. (1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

  **(1)** You do your best to maintain heat in the building or structure; or

  **(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

  **(1)** Acting alone or in collusion with others; or

  **(2)** Whether or not occurring during the hours of employment.

  This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

  **(1)** An abrupt falling down or caving in;

  **(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

  **(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

  But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

  This exclusion, **k.,** does not apply:

  **(a)** To the extent that coverage is provided under the Additional Coverage - Collapse; or

  **(b)** To collapse caused by one or more of the following:

    **(i)** The "specified causes of loss";

    **(ii)** Breakage of building glass;

    **(iii)** Weight of rain that collects on a roof; or

    **(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

  This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

©ISO Properties, Inc., 2007

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

    **a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss or damage.

    **b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

    **c.** Faulty, inadequate or defective:

        **(1)** Planning, zoning, development, surveying, siting;

        **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

        **(3)** Materials used in repair, construction, renovation or remodeling; or

        **(4)** Maintenance;

        of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

    **a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form**

    We will not pay for:

        **(1)** Any loss caused by or resulting from:

            **(a)** Damage or destruction of "finished stock"; or

            **(b)** The time required to reproduce "finished stock".

        This exclusion does not apply to Extra Expense.

        **(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

        **(3)** Any increase of loss caused by or resulting from:

            **(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

            **(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

        **(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

        **(5)** Any other consequential loss.

    **b. Leasehold Interest Coverage Form**

        **(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

        **(2)** We will not pay for any loss caused by:

            **(a)** Your cancelling the lease;

            **(b)** The suspension, lapse or cancellation of any license; or

            **(c)** Any other consequential loss.

**c.** **Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.,** Ordinance Or Law;

**(b)** Paragraph **B.1.c.,** Governmental Action;

**(c)** Paragraph **B.1.d.,** Nuclear Hazard;

**(d)** Paragraph **B.1.e.,** Utility Services; and

**(e)** Paragraph **B.1.f.,** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a)** **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b)** **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5.** **Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C.** **Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:



**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not Attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including Lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is know to an insured prior to collapse.

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.;**

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage - Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**(2)** The property is Covered Property under this Coverage Form.

   ©ISO Properties, Inc., 2007   **CP 10 30 06 07**

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

    **a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

    **b.** The personal property which collapses is inside a building;  and

    **c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage - Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage - Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in **D.1.** through **D.7.**

**E.** **Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus",  wet or dry rot or bacteria is the result of one or more of the following  causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

    **a.** A "specified cause of loss" other than fire or lightning;  or

    **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus",  wet or dry rot or bacteria;

    **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus",  wet or dry rot or bacteria; and

    **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed,  provided there is a reason to believe that "fungus",  wet or dry rot or bacteria  are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a

total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, **not** caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage - Collapse.

6. The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

   a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

F. **Additional Coverage Extensions**

   1. **Property In Transit**

      This Extension applies only to your personal property to which this form applies.

   a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   b. Loss or damage must be caused by or result from one of the following causes of loss:

      (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

      (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

      (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   c. The most we will pay for loss or damage under this Extension is $5000.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

   2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

      If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

   3. **Glass**

   a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

©ISO Properties, Inc., 2007

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

**G.  Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

COMMERCIAL PROPERTY
CP 10 32 08 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY



**A.** The exclusion in Paragraph **B.** replaces the **Water** Exclusion in this Coverage Part or Policy.

**B.** **Water**

   **1.** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

   **2.** Mudslide or mudflow;

   **3.** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

   **4.** Water under the ground surface pressing on, or flowing or seeping through:

      **a.** Foundations, walls, floors or paved surfaces;

      **b.** Basements, whether paved or not; or

      **c.** Doors, windows or other openings; or

   **5.** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1., 3.** or **4.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **5.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **5.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

COMMERCIAL PROPERTY
CP 72 93 06 03

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGUS,  WET ROT, DRY ROT AND BACTERIA EXCLUSION  - FLORIDA

This endorsement  modifies  insurance  provided  under the following:

CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM

## SCHEDULE *

**Business Income/Extra  Expense - Revised number  of days  _____**

**Limit Option:**

☐   **Revised Limit $ _____**  applies  to covered  locations  not listed  under  the Separate
Location  section.

☐   **Separate  Location Limit.** If selected,  show  the address  and applicable  Location  Limit.

**Described  Location**                                                **Location  Limit**

* Information   required  to complete  this Schedule,  if not shown  on this endorsement,   will be shown  in the
Declarations.

**A.**  Paragraph  **B.2.d.(2)** of the Exclusions  section  in the Causes  of Loss - Special  Form  is deleted  and
replaced  by the following:

**(2)**  Rust, or other corrosion,  decay, deterioration,  hidden  or latent  defect  or any quality  in property  that
causes  it to damage  or destroy  itself;

**B.**  Paragraph  **B.1.h.** of the Exclusions  section  is replaced  by the following:

**h.**  **"Fungus",  Wet Rot, Dry Rot And Bacteria**

Presence,  growth,  proliferation   or spread  or any activity  of "fungus",   wet rot, dry rot or bacteria
including   the costs  to test, monitor,   clean  up, remove,  contain,  treat, detoxify  or neutralize
the effects  of "fungus",   wet rot, dry rot or bacteria.  However,  if the presence,  growth,  proliferation   or
spread  of "fungus",   wet rot, dry rot or bacteria  is caused  by a Covered  Cause  of Loss we will  pay up
to $25,000,  or the limit  shown  in the Limit  Option  section  of the Schedule,  to remove  or treat the
"fungus",   wet rot, dry rot or bacteria.  Of this amount,   we will  pay no more  than $5,000 for the cost
of testing  to confirm  the presence  or level  of "fungus",   wet rot, dry rot or bacteria,  whether  per-
formed  during  or after removal,  repair,  restoration  or replacement.  The limit  of insurance  provided
for testing  is included  within  and not in addition  to the limit  provided  for the removal  and treatment
of the "fungus",   wet rot, dry rot or bacteria.

**C.**  The Additional   Coverages  section  of the applicable  Causes  of Loss Form  is changed  as follows:

The Limited  Coverage  for "Fungus",  Wet Rot, Dry Rot And Bacteria  is deleted  and replaced  by the
provisions   contained  within  this endorsement.

**D.**  If the Separate  Location  Limit  in the Limit  Option  section  of the Schedule  applies,  then the location  limit
shown  applies  only to the Described  Location  in the Schedule.

Includes copyrighted material of ISO Properties, Inc., with its permission.

**CP 72 93 06 03**                                                                                   **Page 1 of 2**

**E.** The following Additional Limitation is added for the Business Income (and Extra Expense) Coverage Form, Business Income (without Extra Expense) Coverage Form or Extra Expense Coverage Form, if attached to the policy:

If there is a Business Income loss or Extra Expense that is payable under this policy and which involves the presence, growth, proliferation or spread of "fungus", wet rot, dry rot or bacteria resulting from a Covered Cause of Loss, the following applies to any Business Income loss or Extra Expense attributable to the presence, remediation or attempted remediation of those conditions:



We will not pay for any Business Income loss sustained or Extra Expense incurred unless the presence of "fungus", wet rot, dry rot or bacteria, or Business Income loss or Extra Expense attributable to such conditions, is the result of an occurrence caused by a Covered Cause of Loss during this policy period. Regardless of when, during the policy period, the report is made, we will only pay for Business Income loss sustained or Extra Expense incurred in a period up to 60 consecutive days, or the revised number of days shown in the Schedule, from the date operations are suspended as a result of the discovery of "fungus", wet rot, dry rot or bacteria. If there is (in addition to the "fungus", wet rot, dry rot or bacteria) other damage to property at the described premises, which is covered under this Coverage Form, this Limitation will not affect coverage for Business Income or Extra Expense loss that is not attributable to the "fungus", wet rot, dry rot or bacteria.

Includes copyrighted material of ISO Properties, Inc., with its permission.

**CP 72 93 06 03**

**COMMERCIAL   PROPERTY**
**CP 88 04 03 10**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REMOVAL   PERMIT

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  PROPERTY COVERAGE PART

If Covered  Property  is removed  to a new  location  that is added by endorsement  to the policy  subsequent  to its original  issue, you may extend this insurance to include that Covered Property at each location  during the removal.  Coverage  at each location  will  apply  in the proportion  that the value at each location  bears to the value of all Covered  Property  being removed.  This permit  applies  up to 10 days after the effective  date of the endorsement  adding  the new location;  after that, this insurance  does not apply at the previous location.

©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission .

CP 88 04 03 10                                                                                                          **Page 1 of 1**

COMMERCIAL PROPERTY
CP 88 44 02 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT

This endorsement modifies the insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM
COMMON POLICY CONDITIONS



**A.** The following is added as an Additional Coverage to the CAUSES OF LOSS - BASIC FORM, CAUSES OF LOSS - BROAD FORM, and CAUSES OF LOSS - SPECIAL FORM:

**Additional Coverage - Equipment Breakdown**

**1.** We will pay for direct physical damage to Covered Property that is caused by an "accident" to "covered equipment".

**2.** The most we will pay for loss, damage or expense under this endorsement arising from any "one accident" is the applicable Limit of Insurance in the Declarations unless otherwise shown in the Equipment Breakdown Coverage Schedule. Coverage provided under this endorsement does not increase and is not in addition to any other Limit of Insurance.

**3.** The following coverages also apply to covered losses caused by an "accident". These coverages do not provide additional limits of insurance.

**a. Expediting Expenses**

With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

**(1)** Make temporary repairs; and

**(2)** Expedite permanent repairs or replacement.

Reasonable extra cost shall mean the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation.

The most we will pay for under this coverage is $100,000 unless otherwise provided in this policy.

**b. Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expense to clean up or dispose of such property.

This does not include contamination of "perishable goods" by a refrigerant, including ammonia, which is addressed in **3.d.** below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

The most we will pay for under this coverage, including any actual loss of Business Income you sustain and necessary Extra Expense you incur, is $100,000 unless otherwise provided in this policy.

© 2015 Liberty Mutual Insurance

**c.** **Spoilage**

**(1)** We will pay for physical damage to "perishable goods" due to spoilage. The spoilage damage must be due to the lack of or excess of power, light, heat, steam or refrigeration caused by an "accident" to "covered equipment".

**(2)** You must own the "perishable goods" or they must be in your care, custody or control and you must be legally liable for them.

**(3)** We will also pay any necessary expense you incur to reduce the amount of loss under this coverage. We will pay such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

**(4)** If you are unable to replace the "perishable goods" before their anticipated sale date, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident" less discounts and expense you otherwise would have had. Otherwise, our payment will be determined in accordance with the Valuation condition.

The most we will pay for loss, damage or expense under this coverage is $100,000 unless otherwise provided in this policy.

**d.** **Refrigerant Contamination**

We will pay for physical damage to Covered Property due to contamination from the release of a refrigerant, including any related salvage expense.

The most we will pay for loss or damage under this coverage is $100,000 unless otherwise provided in this policy.

**e.** **Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "data". The most we will pay for loss or expense under this coverage, including any actual loss of Business Income you sustain and necessary Extra Expense you incur, is $100,000 unless otherwise provided in this policy.

**f.** **Utility Services**

**(1)** Insurance provided for Business Income, Extra Expense and Spoilage is extended to apply to your loss, damage or expense caused by an "accident" to equipment that is owned, managed, or controlled by your landlord or landlord's utility, or utility or other supplier with whom you have a contract, that directly supplies you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

**(2)** Unless otherwise provided in this policy, Utility Services coverage will not apply unless the loss of or disruption of service exceeds 24 hours immediately following the "accident".

**(3)** The most we will pay for loss, damage or expense under this coverage is the limit that applies to Business Income, Extra Expense or Spoilage, respectively.

**g.** **Business Income and Extra Expense**

Any insurance provided under this Policy for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a separate Equipment Breakdown deductible is shown in the Policy, then as respects Equipment Breakdown coverage, the "period of restoration" will begin immediately after the "accident", and the separate Equipment Breakdown deductible shown in the Policy will apply. The most we will pay for loss of Business Income you sustain, and necessary Extra Expense you incur is the limit that applies to Business Income or Extra Expense unless otherwise provided in this policy.

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 88 44 02 15**      **Page 2 of 6**

**4. Exclusions**

For the purposes of this endorsement, all exclusions in the CAUSES OF LOSS - BASIC FORM, CAUSES OF LOSS - BROAD FORM, and CAUSES OF LOSS - SPECIAL FORM apply except as modified below.

**a.** The exclusions are modified as follows:

    **(1)** The following is added to Paragraph **B.1.g Water:**

        However, if electrical "covered equipment" requires drying out because of Water as described in **g.(1)** through **g.(3)** above, we will pay for the direct expense of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

    **(2)** If CAUSES OF LOSS - BASIC FORM or CAUSES OF LOSS - BROAD FORM applies, the following is added to **Exclusions B.2:**

        Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. But if an "accident" results, we will pay for the resulting loss, damage or expense.

    **(3)** If CAUSES OF LOSS - SPECIAL FORM applies, the last paragraph of **B.2.d. Exclusions** is deleted and replaced with the following:

        But if an excluded cause of loss that is listed in **B.2.d. (1)** through **(7)** results in an "accident", we will pay for the loss, damage or expense caused by that "accident".

**b.** We will not pay under this endorsement for loss, damage or expense caused by or resulting from:

    **(1)** Your failure to use all reasonable means to protect Covered Property from damage following an "accident".

    **(2)** Any defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind. But if an "accident" results, we will pay for the resulting loss, damage or expense; or

    **(3)** Any of the following tests:

        **(a)** Hydrostatic, pneumatic, or gas pressure test of any boiler or pressure vessel; or

        **(b)** Electrical insulation breakdown test of any type on electrical equipment.

**c.** With respect to Utility Services coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in paragraph **5.a.(3)** of this endorsement); smoke; aircraft; or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

**d.** With respect to Business Income, Extra Expense and Utility Services coverages, we will also not pay for:

    **(1)** Loss caused by your failure to use due diligence and all reasonable means to resume business; or

    **(2)** Any increase in loss resulting from an agreement between you and your customer or supplier.

**e.** We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident":

Any mold, fungus, mildew or yeast, including any spores or toxins produced by or emanating from such mold, fungus, mildew or yeast. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such mold, fungus, mildew or yeast, spores or toxins. However, this exclusion does not apply to spoilage of personal property that is "perishable goods", to the extent that spoilage is covered under Spoilage coverage.

**f.** We will not pay under this endorsement for any loss or damage to animals.

© 2015 Liberty Mutual Insurance

**CP 88 44 02 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 3 of 6**

**5.   Definitions**

The following   are added  to **H. Definitions**

**a.**   "Accident"   means a fortuitous   event that causes direct  physical  damage to "covered  equip-
ment"   that requires  repair  or replacement.   The event  must  be one of the following:

**(1)**   Mechanical   breakdown,   including  rupture  or bursting  caused by centrifugal  force;

**(2)**   Artificially   generated  electrical  current,  including  electric  arcing, that damages electrical
devices, appliances  or wires;

**(3)**   Explosion  of steam  boilers,  steam  pipes,  steam  engines  or steam  turbines  owned  or
leased by you, or operated  under your  control;

An "accident"   does not include the functioning   of any safety or protective  device, or any other
condition,   which can be corrected  by resetting,  tightening,  adjusting,  cleaning,  or the perfor-
mance of maintenance.

**b.**   "Covered  equipment"

**(1)**   means, unless otherwise  provided  in this policy,  Covered Property:

**(a)**   That generates,  transmits  or utilizes  energy,  including  electronic  communications
and data processing  equipment;  or

**(b)**   Which,  during  normal  usage,  operates  under vacuum  or pressure,  other  than the
weight  of its contents.

**(2)**   None of the following   is "covered  equipment":

**(a)**   Structure,  foundation,  cabinet, compartment   or air supported  structure  or building;

**(b)**   Insulating  or refractory  material;

**(c)**   Sewer  piping,  underground  vessels or piping,  or piping  forming  part of a sprinkler
system;

**(d)**   Water piping  other than boiler feedwater  piping,  boiler condensate  return piping  or
water piping  forming  a part of a refrigerating  or air conditioning   system;

**(e)**   "Vehicle"   or any equipment  mounted  on a "vehicle";

**(f)**   Satellite,  spacecraft  or any equipment  mounted  on a satellite  or spacecraft;

**(g)**   Dragline,  excavation  or construction  equipment;  or

**(h)**   Equipment  manufactured  by you for sale.

**c.**   "Data" means information   or instructions  stored in digital  code capable  of being processed  by
machinery.

**d.**   "Hazardous  substance"  means any substance  that has been declared  to be hazardous  to
health by any governmental   agency.

**e.**   "Media"  means material  on which "data"  is recorded,  such as magnetic  tapes, hard disks,
optical  disks or floppy  disks.

**f.**   "One accident"  means if an initial "accident"   causes other "accidents",   all will be considered
"one accident". All "accidents"   at any one premises  that manifest themselves  at the same
time and are the direct  result  of the same cause will be considered  one "accident".

**g.**   "Perishable  goods"  means personal  property  maintained  under controlled  conditions  for its
preservation  and susceptible  to loss or damage if the controlled  conditions  change.

**h.**   For the purposes  of this endorsement,  "vehicle"  means any machine  or apparatus  that is used
for transportation   or moves under its own power. "Vehicle"  includes  a car, truck, bus, trailer,
train,  aircraft,  watercraft,  forklift,  bulldozer,  or harvester.

However,  any property  that is permanently  installed  at a covered  location  and that receives
electrical  power  from an external  power  source  will  not be considered  a "vehicle".

©  2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**B.** The BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM and CONDOMINUIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM are modified as follows:

The definitions stated above in Paragraph **A.5.** also apply to section **B.** of this endorsement.

**1. Deductible**

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in the Policy. If a separate Equipment Breakdown deductible is shown, the following applies.

Regarding Equipment Breakdown Coverage only, section **D. Deductible** is deleted and replaced with the following:

**a.** Deductible for Each Coverage

**(1)** Unless the Declarations or Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one accident".

**(2)** We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the Policy. We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

**(3)** If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident", only the highest deductible for each coverage will apply.

**b.** Application of Deductibles

**(1)** Dollar Deductibles

We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage, or expense exceeds the applicable Deductible shown in the Policy. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

**(2)** Time Deductible

If a time deductible is shown in the Policy, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident". If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

**(3)** Multiple of Average Daily Value (ADV)

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income Coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration".

The number indicated in the Policy will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.



**CP 88 44 02 15**     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     **Page 5 of 6**

© 2015 Liberty Mutual Insurance

**(4)** Percentage of Loss Deductibles

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

**2.   Conditions**

The following conditions are added to the **Conditions** in the COMMON POLICY CONDITIONS and to section **F. Additional Conditions** in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM, CONDOMINUIUM COMMERCIAL UNIT -OWNERS COVERAGE FORM:

**a.**   Suspension

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend coverage under this endorsement for that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

**(1)** Your last known address; or

**(2)** The address where the "covered equipment" is located.

Once suspended, your insurance can only be reinstated by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective on the date in which our notice is mailed or delivered to you, even if we have not yet made or offered a refund.

**b.**   Jurisdictional Inspections

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

**c.**   Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident", we will pay your additional cost to replace it with equipment that is better for the environment, safer or more efficient than the equipment being replaced. However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL  PROPERTY
CP 90 00 12 14

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CUSTOM  PROTECTOR™ ENDORSEMENT

This endorsement  modifies  insurance  provided  under the following:

BUILDING  AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM  ASSOCIATION  COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

The following  is a summary  of increased  limits of insurance  and additional  coverages  provided  by this endorsement.  This endorsement  is subject  to the provisions  of your policy  which means  that it is subject  to all limitations  and conditions  applicable  to this Coverage  Part, Coverage  Form or Causes of Loss Form unless  specifically  deleted,  replaced,  or modified  herein.  This endorsement  is applicable  only to those locations  described  in the Declarations.

**Coverage  for loss of Business  Income  or Extra Expense,  whether  provided  by this endorsement  or else-where,  does not apply if a loss is covered  only as a result of this endorsement.**

**If coverage  is provided  elsewhere  in this policy  for the same loss or damage  as the coverage  provided under this endorsement,  the coverage  under this endorsement  will apply excess over that other coverage unless otherwise  stated.  We will not pay more than the actual  amount  of the covered  loss or damage.**



| Coverage Description | Limit of Insurance | Section |
|---|---|---|
| Accounts  Receivable, Valuable  Papers and Electronic  Data | | |
|   Blanket  Limit  of Insurance  - On Premises | $   200,000  Blanket | **A.10.** |
|     Off Premises: | | |
|       Valuable  Papers | $     10,000 | **A.10.** |
|       Accounts  Receivable | $     10,000 | **A.10.** |
|       Electronic  Data | $     10,000 | **A.10.** |
| Additional  Covered  Property | Included | **A.2.** |
| Appurtenant  Structures | | |
|     Buildings | $     50,000 | **A.16.u.** |
|     Business  Personal  Property | $       5,000 | **A.16.u.** |
| Back-up of Sewers  or Drains | $     25,000 | **F.** |
| Broadened  Premises | Included | **A.1.** |
| Business  Income | $     25,000 | **A.16.s.** |
| Business  Income  - Newly  Acquired  Locations | $   250,000 | **A.16.s.** |
| Business  Income  - Utility  Services  - Time Element | $     25,000 | **A.16.t.** |
| Business  Personal  Property  - Seasonal  Increase | 33% | **A.16.v.** |
| "Cellular  Phones"  - Coverage | $       1,000 | **A.16.i.** |
| Computer  Equipment | $     50,000 | **A.16.n.** |
| Consequential  Loss | Included | **A.16.r.** |
| Debris  Removal | $     25,000 | **A.6.** |
| Employee  Dishonesty | $     50,000 | **A.11.h.** |
| Employee  Tools  Coverage | $     25,000 | **A.16.w.** |
| Extra  Expense | $     25,000 | **A.16.j.** |
| Fine Arts | $     25,000 | **A.16.k.** |
| Fire Department  Service  Charge | $     25,000 | **A.8.** |
| Fire Protective  Devices | $     25,000 | **A.16.l.** |
| Forgery  or Alteration | $     50,000 | **A.11.k.** |
| Foundations | Included | **A.5.** |
| Inventory  and Appraisal  Expense  Coverage | $     10,000 | **A.11.g.** |
| Lock Replacement | $     10,000 | **A.16.o.** |
| Loss of Refrigeration | $     25,000 | **A.16.m.** |
| Lost Key Coverage | $     10,000 | **A.11.j.** |

© 2014 Liberty Mutual Insurance

**CP 90 00 12 14**          Includes copyrighted  material of Insurance  Services  Office, Inc., with its permission.          **Page 1 of 17**

| Coverage Description | Limit of Insurance | Section |
|---|---|---|
| Money and Securities | | |
|    Inside the Premises | $    25,000 | **A.16.p.** |
|    Outside the Premises | $    25,000 | **A.16.p.** |
| Money Orders and Counterfeit Money | $    25,000 | **A.11.i.** |
| Newly Acquired or Constructed Property | 180 days | **A.12.** |
|    Buildings | $ 1,000,000 | **A.12.** |
|    Business Personal Property | $   500,000 | **A.12.** |
| Off-Premises Services Interruption | $    25,000 | **A.16.q.** |
| Ordinance or Law | A - Incl. in Building Limit | **A.11.l.** |
| | B & C - 25% of the Building Limit subject to $100,000 | |
| Outdoor Property | $    10,000 | **A.15.** |
| Personal Effects and Property of Others | $    15,000 | **A.13.** |
| Pollutant Clean Up and Removal | $    50,000 | **A.9.** |
| Preservation of Property | 90 days | **A.7.** |
| Property Off-Premises (Including while in Transit) | $    50,000 | **A.14.** |
| Real Property of Others Required by Contract | $    25,000 | **A.4.** |
| Reward **(Not available in New York)** | $    25,000 | **A.16.h.** |
| Signs | $    10,000 | **B.** |
| Special Deductible Provision | Included | **C.** |
| Undamaged Improvements & Betterments | Included | **A.3. & D.1.** |
| Waiver of Coinsurance on losses $10,000 or less | Included | **E.** |

**A.** The following changes apply to Section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM:

    **1.**  **Broadened Premises**

      The **within 100 feet of the described premises** description stated in Paragraph **A.1.a.(5)(b), Building,** Paragraph **A.1.b., Your Business Personal Property,** Paragraph **A.1.c.(2), Personal Property of Others** and Paragraph **A.5., Coverage Extensions** is deleted and replaced by **within 1000 feet of the described location.**

    **2.**  **Additional Covered Property**

      The following are added to item **a. Building** of Paragraph **1. Covered Property:**

         Bridges, roadways, walks, patios or other paved surfaces;

         Retaining walls (except retaining walls used to contain water) that are not part of a building.

      Item **d.** is deleted from paragraph **2. Property Not Covered.**

      Item **l.** of paragraph **2.,** Property Not Covered is deleted and replaced by the following:

        **l.**  Retaining walls used to contain water.

    **3.**  **Undamaged Improvements And Betterments**

      (This coverage does not apply to the CONDOMINIUM ASSOCIATION COVERAGE FORM.)

      The following is added to paragraph **A.1.b Your Business Personal Property:**

    **(8)**  Undamaged Improvements and Betterments;

      **(a)**  Improvements and betterments coverage includes the portion of improvements and betterments not damaged in a covered loss.

      **(b)**  We will pay for the portion of undamaged improvements and betterments only if a minimum of six months is required to repair or rebuild the building for your occupancy, and only when your lease is cancelled:

        **(i)**  By the lessor;

        **(ii)**  By a valid condition of your lease; and

© 2014 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 90 00 12 14**                                    **Page 2 of 17**

(iii)  Due to direct  physical  loss or damage  by a Covered Cause of Loss to property  at the location(s)  stated  in the Declarations.

**4.   Real Property Of Others Required By Contract**

The following  is added to item  **b. Your Business Personal Property**  of Paragraph  **1. Covered Property**  of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM as subparagraph  **(9)** and to the CONDOMINIUM  ASSOCIATION  COVERAGE FORM as subparagraph  **(4):**

Real Property  including  but not limited  to building,  doors and windows  which  are your responsibility  to insure  under  any contract.

The most  we will  pay for loss or damage  to covered  property  is $25,000 in any one occurrence.

**5.   Foundations**

Item  **g.** is deleted  in its entirety  from  Paragraph  **2. Property Not Covered.**

**6.   Debris Removal**

Paragraph  **A.4.a.(4)**  is deleted  and replaced  by the following:

**(4)**  We will  pay up to an additional  $25,000 for debris  removal  expense,  in any one occurrence  of physical  loss or damage  to Covered  Property,  if one or both of the following  circumstances  apply:

   **(a)**  The total  of the actual debris  removal  expense plus the amount  we pay for direct  physical  loss or damage  exceeds  the Limit  of Insurance  on the Covered  Property  that has sustained  loss or damage.

   **(b)**  The actual debris  removal  expense  exceeds  25% of the sum of the deductible  plus the amount  that we pay for direct  physical  loss or damage  to the Covered  Property  that has sustained  loss or damage.

Therefore,  if **(4)(a)**  and/or  **(4)(b)**  apply,  our total  payment  for direct  physical  loss or damage  and debris  removal  expense  may reach but will  never exceed  the Limit  of Insurance  on the Covered  Property  that has sustained  loss or damage,  plus $25,000.

**7.   Paragraph  A.4. Additional  Coverage  is amended  as follows:**

   **b.   Preservation of Property**

   The 30 day limitation  in paragraph  **A.4.b.(2)**  is increased  to 90 days.

**8.   Fire Department  Service Charge**

Item  **c. Fire Department  Service Charge**  of Paragraph  **4. Additional  Coverages**  is deleted  and replaced  by the following:

When  the fire department  is called  to save or protect  Covered  Property  from  a Covered  Cause of Loss,  we will  pay up to $25,000 in any one occurrence  for your liability  for fire department  service charges.  Such limit  is the most  we will  pay regardless  of the number  of responding  fire departments  or fire units,  regardless  of the number  or type of services  performed.

This Additional  coverage  applies  to your fire department  service charges:

**(1)**  Assumed  by contract  or agreement  prior to loss; or

**(2)**  Required  by local ordinance.

No deductible  applies  to this Additional  Coverage.

**9.   Pollutant Clean Up And Removal**

Item  **d. Pollutant Clean Up And Removal**  of Paragraph  **4. Additional  Coverages,**  the last paragraph  is amended  as follows:

The most  we will  pay under this Additional  Coverage  is $50,000 for the sum of all covered  expenses  arising  out of Covered  Causes of Loss occurring  during  each separate  12-month  period  of this policy.

**10. Accounts Receivable**

We will pay:

**(1)** All amounts due from your customers that you are unable to collect;

**(2)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(3)** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

**(4)** Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from a Covered Cause of Loss to your records of accounts receivable.

The limits of insurance as respects the following Additional Coverages and Coverage Extensions:

Electronic Data;

Valuable Papers and Records (Other Than Electronic Data);

are deleted and included in the following blanket limit:

**Accounts Receivable, Valuable Papers And Electronic Data Blanket Limit Of Insurance:**

The most we will pay for loss or damage as respects the following Additional Coverages or Coverage Extensions is $200,000 in total for each described location in any one occurrence:

Accounts Receivable;

Valuable Papers and Records;

Electronic Data;

However, as respects to Valuable Papers and Records or Accounts Receivable at a location not described in the Declarations the most we will pay is $10,000 respectively in any one occurrence.

The most we will pay for Electronic Data at a premise not described in the Declarations or in transit is $10,000 in any one policy year, regardless of the number of occurrences of loss or damage or computer systems involved. Under this Extension, electronic data has the meaning described in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCI-ATION COVERAGE FORM under Property Not Covered - Electronic Data.

**11.** The following are added to paragraph **A.4. Additional Coverages:**

**g. Inventory And Appraisal Expense Coverage**

We will pay up to $10,000 in any one occurrence for incurred inventory and appraisal costs, and expenses for preparation of loss data, due to loss or damage as a result of a Covered Cause of Loss to covered property. We will only pay if the costs are incurred and are reason-able and necessary to establish the amount of the loss. Attorney or public adjuster fees are not covered costs under this section.

**h. Employee Dishonesty**

**(1)** We will pay for direct loss of or damage to business personal property, including money and securities, resulting from dishonest acts committed by any of your employees acting alone, or in collusion with other persons (except you or your partner) with the manifest intent to:

**(a)** Cause you to sustain loss or damage; and

**(b)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promo-tions, awards, profit sharing, pensions or other employee benefits earned in the nor-mal course of employment) for:

**(i)** Any employee; or

**(ii)** Any other person or organization.

©  2014 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(2)** We will not pay for loss or damage:

    **(a)** Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with other persons; or

    **(b)** The only proof of which as to its existence or amount is dependent upon:

        **(i)** An inventory computation; or

        **(ii)** A profit and loss computation.

**(3)** The most we will pay for loss or damage in any one occurrence is $50,000.

**(4)** All loss or damage:

    **(a)** Caused by one or more persons; or

    **(b)** Involving a single act or series of related acts;

is considered one occurrence.

**(5)** If any loss is covered:

    **(a)** Partly by this insurance; and

    **(b)** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest,

the most we will pay is the larger amount recoverable under this insurance or the prior insurance.

**(6)** We will pay for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**(7)** This Additional Coverage does not apply to the dishonest act of any employee that occurs after the discovery by:

    **(a)** You; or

    **(b)** Any of your partners, officers, directors or trustees not in collusion with the employee

of any dishonest act committed by that employee whether before or after becoming employed by you.

**(8)** Will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

**(9)** If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Additional Coverage, provided:

    **(a)** This Additional Coverage became effective at the time of cancellation or termination of the prior insurance; and

    **(b)** The loss or damage would have been covered by this Additional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**(10)** The insurance under paragraph **(9)** above is part of, not in addition to, the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

    **(a)** This Additional Coverage as of its effective date; or

    **(b)** The prior insurance had it remained in effect.

Coverage provided under this Additional Coverage is subject to a Deductible equal to the Property Deductible shown in the Declarations.



© 2014 Liberty Mutual Insurance

"Employee"  means:

**(1)** Any natural person:

    **(a)** While in your service and for 30 days after termination  of service;  and

    **(b)** Whom you compensate  directly by salary, wages or commissions;   and

    **(c)** Whom you have the right to direct and control while performing  services for you; or

**(2)** Any natural person employed by an employment  contractor while that person is subject to your direction  and control and performing  services for you excluding,  however, any such person while having care and custody of property outside the premises.

But "employee"  does not mean any:

**(1)** Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character;  or

**(2)** Director or trustee except while performing   acts coming within  the scope of the usual duties  of an employee.

**i.**   **Money Orders And Counterfeit  Money**

We will pay for your loss when you accept in good faith:

**(1)** Any money order in exchange for goods or services if the money order is not paid when presented to the issuer; or

**(2)** Counterfeit  U.S. or Canadian paper money in the regular  course of business.

The most we will  pay under this additional  coverage is $25,000 in any one occurrence.

**j.**   **Lost Key Coverage**

We will pay for consequential  loss to keys and locks if a master key or grand master key is lost or damaged  resulting  from a Covered Cause of Loss. We will pay for the actual cost to replace keys, adjustment  of locks to accept new keys, or if required,  new locks, including  the cost of their installation.

The most we will pay for loss or damage under this coverage is $10,000 in any one occurrence.

**k.**   **Forgery Or Alteration**

**(1)** We will pay for loss resulting  directly from forgery or alteration of, any check, draft, promissory  note, bill of exchange or similar written  promise of payment in "money",  that you or your agent has issued, or that was issued by someone who impersonates  you or your agent. We will pay for loss you sustain through acts committed  or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums  paid, no limit of insurance cumulates  from year to year or period to period.

**(2)** If you are sued for refusing  to pay the check, draft, promissory  note, bill of exchange or similar written  promise of payment in "money",  on the basis that it has been forged or altered, and you have our written  consent to defend against the suit, we will pay for any reasonable  legal expenses that you incur in that defense.

**(3)** For the purpose of this coverage, check includes a substitute  check as defined in the Check Clearing  for the 21st Century  Act, and will be treated the same as the original  it replaced.

**(4)** We will  not pay for loss resulting  from any dishonest  or criminal  acts committed  by you or any of your partners, employees,  managers, members, officers, directors or trustees whether  acting alone or in collusion  with others.

**(5)** The most we will  pay for all loss, including  legal expenses, under this Additional  Coverage is $50,000.

"Money"  means:

**(1)** Currency, coins and bank notes in current  use and having a face value; and

**(2)** Travelers  checks, register  checks and money orders held for sale to the public.

©  2014 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 90 00 12 14**       **Page 6 of 17**

**I.** **Ordinance Or Law**

**(1)** If a Covered Cause of Loss occurs to covered Building property, we will pay:

**(a)** **Coverage For Loss to the Undamaged Portion of the Building -** For the loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that:

**(i)** Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

**(ii)** Regulates the construction or repair of buildings, or establishes zoning or land use requirements at a described location; and

**(iii)** Is in force at the time of loss.

**(b)** **Demolition Cost Coverage -** The cost to demolish and clear the site of undamaged parts of the property caused by the enforcement of building, zoning or land use ordinance or law.

The COINSURANCE Additional Condition does not apply to this demolition cost coverage.

**(c)** **Increased Cost of Construction Coverage -** The increased cost to:

**(i)** Repair or reconstruct damaged portions of that Building property; and/or

**(ii)** Reconstruct or remodel undamaged portions of that Building property, whether or not demolition is required;

When the increased cost is a consequence of enforcement of building, zoning or land use ordinance or law.

However:

**(i)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(ii)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The COINSURANCE Additional Condition does not apply to this increased cost of construction coverage.

**(2)** We will not pay the increased costs of construction under this coverage:

**(a)** Until the property is actually repaired or replaced, at the same or another location; and

**(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(3)** We will not pay under this coverage for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**(4)** The most we will pay under this coverage in any one occurrence:

**(a)** Coverage **I.(1.)(a.)** above is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. The loss in value of the undamaged portion of the building does not increase the Limit of Insurance.

**(b)** For coverages **I.(1.)(b.)** and **(c.)** above the lesser of:

**(i)** 25% of the Limit of Insurance shown in the Declarations for Building Coverage; or

**(ii)** $100,000.

**(5)** We will not pay for loss due to any ordinance or law that:

**(a)** You were required to comply with before the loss, even if the building was undamaged, and

**(b)** You failed to comply with.



©    2014 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**12. Newly Acquired Or Constructed Property**

Item **a. Newly Acquired or Constructed Property** of Paragraph **5. Coverage Extensions** is deleted and replaced by the following:

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built at the described location; and

**(b)** Buildings you acquire away from the described locations, intended for:

   **(i)** Similar use as the building described in the Declarations; or

   **(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $1,000,000 at any one location.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

   **(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

   **(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $500,000 at any one location.

**(b)** This Extension does not apply to:

   **(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

   **(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under Coverage Extension for Newly Acquired or Constructed Property, coverage will end when any of the following occurs:

**(a)** This policy expires;

**(b)** 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**13. Personal Effects And Property Of Others**

Item **b. Personal Effects and Property of Others** of Paragraph **5. Coverage Extensions,** the last paragraph is amended as follows:

The most we will pay for loss or damage under this Extension is $15,000 in any one occurrence. Our payment for loss of or damage to personal property of others (including property of others held by you on consignment) will only be for the account of the owner of the property.

**14. Property Off-Premises**

Item **d. Property Off-Premises** of Paragraph **5. Coverage Extensions** is deleted and replaced by the following:

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described location(s) if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

©  2014 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(b)** In storage  at a location  you lease, provided  the lease was executed  after the beginning  of the current  policy term;  or

**(c)** At any fair, trade  show  or exhibition

This Extension  applies  only if loss or damage  is caused  by a Covered  Cause of Loss. This extension  does **not** apply to loss to property  covered  under the Wholesalers  Custom  Protector Endorsement,  Manufacturers  Custom  Protector  Endorsement,  or Food Processors  Custom Protector  Endorsement.

**(2)** You may extend  the insurance  provided  by this Coverage  Form to apply to your personal property  in a vehicle  or in transit  more than 1,000 feet from the described  location(s)  while:

**(a)** In or on a vehicle  you own, rent or lease;

**(b)** In the custody  of a carrier  for hire; or

**(c)** In the custody  of an air or rail carrier

within  the coverage  territory.

The reference  to **Property Not Covered**  in **A.2.i.** for Property  while airborne  or waterborne does not apply to this Coverage  Extension.  However,  there is no coverage  under this Exten- sion for shipments  of any exported  or imported  property  that originate  or terminate  outside  of the United States  of America,  its territories  and possessions,  Canada,  and Puerto Rico.

There is no coverage  under this Extension  for:

**(a)** Fine arts, antiques,  fur garments,  jewelry,  precious  or semiprecious  stones, gold, silver, platinum,  or other precious  metals or alloys; or

**(b)** Mail shipments  in the custody  of the U.S. Postal Service.

**(3)** The most we will pay for loss or damage  under this Extension  is $50,000.

**15. Outdoor Property**

Item **e. Outdoor  Property**  of Paragraph  **5. Coverage Extensions**  is deleted  and replaced  by the following:

You may extend  the insurance  provided  by this Coverage  Form to apply to your outdoor  fences, lighting,  lighting  standards,  radio and television  antennas,  satellite  dish, signs (other than signs attached  to buildings),  playground  equipment,  scoreboards,  trees, shrubs and plants (other than "stock"  of trees, shrubs  or plants or part of a vegetated  roof) including  debris removal  expense, caused by or resulting  from any of the Covered  Causes of Loss.

The most we will pay for loss or damage  under this Extension  is $10,000,  but not more than $1,000 for any one tree, shrub or plant. These limits  apply to any one occurrence,  regardless  of the types or numbers  of items lost or damaged  in that occurrence.

Subject to all aforementioned  terms and limitations  of coverage,  this Coverage  Extension  includes the expense  of removing  from the described  location  the debris of trees, shrubs and plants which are property  of others,  except  in the situation  in which  you are a tenant and such property  is owned by the landlord  of the described  location.

**16.** The following  are added to Paragraph  **5. Coverage Extensions:**

**g.    Reward (Not available in New York)**

We will pay on behalf  of the insured  up to $25,000 for information  which leads to an arson or theft conviction  in connection  with a fire loss covered  under this Coverage  Form. Regardless of the number  of persons  involved  in providing  information,  our liability  under this Coverage Extension  will not be increased.

**h.    Cellular Phones**

The most we will pay for loss or damage  to "Cellular  Phones"  is $1,000 in any one calendar year.

With regard to this provision:   "Cellular  Phone"  is defined  as any cellular  phone that is:

**(1)** Permanently  installed  in a vehicle  by other than the manufacturer  of the vehicle;  or

**(2)** Not permanently  installed  in a vehicle.

**i.    Extra Expense**

We will pay the actual and necessary Extra Expense you incur due to direct physical loss of or damage to the property at the location(s) described in the Declarations, including personal property in the open or in a vehicle, within 1,000 feet of the location(s), caused by or resulting from any Covered Cause of Loss.

If you are a tenant, your location is the portion of the building which you rent, lease or occupy, including:

**(1)**   All routes within the building to gain access to the described location; and

**(2)**   Your personal property in the open (or in a vehicle) within 1000 feet of the described location.

The following definitions are added as respects this Coverage Extension:

**(1)**   Extra Expense means necessary expenses you incur during the period of restoration that you would not have incurred if there had been no direct physical loss or damage to property. Coverage pertains to expenses which are incurred to:

　**(a)**   Avoid or minimize the suspension of business and to continue operations:

　　**(i)**   At the described location(s); or

　　**(ii)**   At replacement location(s) or at temporary locations, including:

　　　Including relocation expenses or costs to equip and operate the replacement or temporary locations.

　**(b)**   Minimize the suspension of business if you cannot continue operations.

　**(c)**   To repair or replace any property; or

　**(d)**   To research, replace or restore the lost information on damaged valuable papers and records;

　to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Extension .

**(2)**   Operations means the type of your business activities occurring at the described location(s).

**(3)**   Period of Restoration means the period of time that:

　**(a)**   Begins with the date of direct physical loss or damage caused by or resulting from a Covered Cause of Loss at the described location(s); and

　**(b)**   Ends on the earlier of:

　　**(i)**   The date when the property at the described location(s) should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

　　**(ii)**   The date when business is resumed at a new permanent location.

　Period of Restoration does not include any increased period required due to the enforcement of any ordinance or law that

　**(a)**   Regulates the construction, use or repair, or requires the tearing down of any property; or

　**(b)**   Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

　The expiration date of this policy will not cut short the period of restoration.

The most we will pay for loss under this Extension is $25,000 in any one occurrence.

**j.    Fine Arts**

You may extend the insurance that applies to your Business Personal Property to apply to your fine arts and fine arts owned by others that are in your care, custody or control.

This Extension does not apply to loss or damage caused by or resulting from:

**(1)**   While fine arts are at any fair or on exhibition;

**(2)**   Any repairing, restoration or retouching process;

©   2014 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(3)** Insects, birds, rodents or other animals;

**(4)** Wear and tear;

**(5)** Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in the property that causes it to damage or destroy itself;

**(6)** Breakage of art glass windows, statuary, marbles, glassware, bric-a-brac, porcelains and similar fragile articles. But we will pay for loss or damage caused directly by fire, lightning, aircraft, theft or attempted theft, cyclone, tornado, windstorm, explosion, vandalism, or by accident to the vehicle carrying the property.

The most we will pay for loss or damage under this Extension is $25,000 in any one occurrence.

**k.** **Fire Protective Devices**

You may extend the insurance provided by this Coverage Form to apply to recharging or refilling of your fire protective devices that are permanently installed in buildings at the described location(s) when such devices have been discharged by accident or after being used in fighting a fire. This Extension does not apply to periodic recharge or refilling.

The most we will pay under this Extension is $25,000 for each separate 12-month period of this policy.

**l.** **Loss Of Refrigeration**

You may extend the insurance provided by this Coverage Form to apply to direct physical loss of or damage to property owned by you and used in your business or owned by others and in your care, custody or control, contained in any refrigeration or cooling apparatus or equipment resulting from:

**(1)** The fluctuation or total interruption of electrical power, either at or away from the described location, due to conditions beyond your control; or

**(2)** Mechanical failure of any refrigeration or cooling apparatus or equipment at the described location(s).

The most we will pay for loss or damage under this Extension is $25,000 in any one occurrence.

**m.** **Computer Equipment**

You may extend the insurance that applies to your Business Personal Property to apply to loss or damage to "computer equipment" owned by you or similar property of others in your care, custody or control for which you are legally liable, caused by a Covered Cause of Loss.

You may extend the insurance that applies to your Business Personal Property to apply to loss or damage to "laptop/portable computers" owned by you and in your care, custody and control or in the care, custody or control of your employee.

**(1)** Property Not Covered

We will not cover the following kinds of property under this Extension:

**(a)** Property which you rent or lease to others;

**(b)** Software or other electronic data ;

**(c)** Accounts, bills, evidences of debt, valuable papers, records, abstracts, deeds, manuscripts, program documentation or other documents.

**(d)** "Computer equipment" held for sale by you;

**(e)** "Computer equipment" of others on which you are performing repairs or work;

**(f)** "Computer equipment" or that is part of any:

   **(i)** Production or processing equipment (such as CAD, CAM or CNC machines);

   **(ii)** Equipment used to maintain or service your building (such as heating, ventilating, cooling or alarm systems); or

   **(iii)** Communication equipment (such as telephone systems).

©  2014 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(g)** Property that is covered under another coverage form of this or any other policy in which such property is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance.

**(2)** Property In Transit

We will pay for your "computer equipment", or "laptop/portable computer" while in transit.

**(3)** Loss Payment will be determined as follows:

"Computer equipment" or "laptop/portable computers"

We will pay the lesser of the following amounts:

**(a)** The cost of reasonably restoring that property to its condition immediately before the loss or damage; or

**(b)** The cost of replacing that property with identical property of like kind and quality and used for the same purpose.

However, when repair or replacement with identical property is not possible, we will pay the cost to replace that property with property of like kind and quality capable of performing the same functions.

If not repaired or replaced, the property will be valued at its actual cash value.

"Computer equipment" means a network of electronic machine components capable of accepting information, processing it according to instructions and producing the results in a desired form.

"Laptop/portable computers" means "computer equipment" and accessories that are designed to function with it that can easily be carried and is designed to be used at more than one location.

The most we will pay for loss or damage to "computer equipment" and "laptop/portable computers" under this Extension is $50,000 in any one occurrence.

**n. Lock Replacement**

You may extend the insurance provided by this Coverage Form to apply to replacement of locks necessitated by theft of Covered Property or theft of keys from the described location.

The most we will pay for loss under this Coverage Extension is $10,000 in any one occurrence.

**o. Money And Securities**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

**(a)** Theft, meaning any act of stealing;

**(b)** Disappearance; or

**(c)** Destruction.

**(2)** In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

**(a)** Resulting from accounting or arithmetical errors or omissions;

**(b)** Due to the giving or surrendering of property in any exchange or purchase; or

**(c)** Of property contained in any money-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**(3)** The most we will pay for loss in any one occurrence is:

**(a)** $25,000 for Inside the Premises for "money" and "securities" while:

**(i)** In or on the described premises; or

**(ii)** Within a bank or savings institution; and

**(b)** $25,000 for Outside the Premises for "money" and "securities" while anywhere else.

**(4)** All loss:

**(a)** Caused by one or more persons;  or

**(b)** Involving  a single  act or series of related acts;

is considered  one occurrence.

**(5)** You must  keep records  of all "money"  and "securities"  so we can verify  the amount  of any loss or damage.

**(6)** **"Money"**  means:

**(a)** Currency,  coins and bank notes in current  use and having  a face value;  and

**(b)** Travelers  checks, register  checks and money  orders held for sale to the public.

**(7)** **"Securities"**  means negotiable  and non- negotiable  instruments  or contracts  representing either "money"  or other property  and includes:

**(a)** Tokens, tickets,  revenue  and other stamps  (whether  represented  by actual  stamps  or unused value in a meter) in current  use; and

**(b)** Evidences  of debt issued in connection  with  credit or charge cards, which  cards are not issued by you;

but does not include  "money".

**p.** **Off-Premises Services Interruption**

You may extend  the insurance  provided  by this Coverage  Form to apply  to loss of or damage to Covered Property  caused by an interruption  in utility  service to the described  location.  The interruption  in utility  service must  result from direct  physical  loss or damage by a Covered Cause of Loss to the following  property  away from the described  location:

**(1)** **Water Supply Services,** meaning  the following  types of property  supplying  water to the described  location:

**(a)** Pumping  stations;  and

**(b)** Water mains.

**(2)** **Communication Supply Services,** meaning  property  supplying  communication  services, including  telephone,  radio,  microwave  or television  services  to the described  location, such as:

**(a)** Communication  transmission  lines, including  optic fiber transmission  lines;

**(b)** Coaxial  cables;  and

**(c)** Microwave  radio relays except satellites.

Coverage does not include  above ground  communication  lines.

**(3)** **Power Supply Services,** meaning  the following  types of property  supplying  electricity, steam  or gas to the described  location:

**(a)** Utility  generating  plants;

**(b)** Switching  stations;

**(c)** Substations;

**(d)** Transformers;   and

**(e)** Transmission  lines.

**Coverage does not include above ground transmission or distribution lines.**

This Extension  does not apply  to loss of or damage  to property  owned by you and used in your business  or owned by others  and in your care, custody  or control,  contained  in any refrigeration  or cooling  apparatus  or equipment,  resulting  from:

**(a)** The fluctuation  or total interruption  of electrical  power,  either on or off the described location,  due to conditions  beyond your control;  or

**(b)** Mechanical  failure  of any refrigeration  or cooling  apparatus  or equipment.

The most  we will  pay under this Extension  is $25,000 in any one occurrence.



**q.  Consequential Loss And Personal Property Of Others**

The following is added to the Loss Payment provisions of Part **E.** Property Loss Conditions:

If a Covered Cause of Loss occurs to covered stock and/or Personal Property of Others, we will pay any reduction in value of the remaining undamaged parts of covered stock including loss or damage resulting from confusion of personal property of others caused by a Covered Cause of Loss.

Payment for any reduced value in stock is included within the applicable Limit of Insurance.

**r.  Business Income**

We will pay up to $25,000 in any one occurrence for the actual loss of "Business Income" you sustain due to the necessary suspension of your "operations" during the "period of restoration." The suspension must be caused by direct physical loss or damage to your covered Building or Business Personal Property at locations that are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss.

If you are a tenant, your location is the portion of the building which you rent, lease or occupy, including:

**(1)** All routes within the building to gain access to the described location; and

**(2)** Your personal property in the open (or in a vehicle) within 100 feet of the described location.

The COINSURANCE Additional Condition does not apply as respects this Coverage Extension.

We will also pay up to $250,000 in any one occurrence for the actual loss of Business Income you sustain due to the necessary suspension of your operations during the period of restoration caused by direct physical loss or damage to any location you acquire, other than fairs or exhibitions. Insurance under this Coverage Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 180 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

The following definitions are added as respects this Coverage Extension:

**(1)** "Business Income" means the:

    **(a)** Net income (net profit or loss before income taxes) that would have been earned or incurred; and

    **(b)** Continuing normal operating expenses incurred, including payroll.

**(2)** "Operations" means the type of your business activities occurring at the described location(s).

**(3)** "Period of Restoration" means the period of time that:

    **(a)** Begins 72 hours after the time of direct physical loss or damage for Business Income coverage caused by or resulting from a Covered Cause of Loss at the described locations; and

    **(b)** Ends on the earlier of:

        **(i)** The date when the property at the described locations should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

        **(ii)** The date when business is resumed at a new permanent location.

Period of Restoration does not include any increased period required due to the enforcement of any ordinance or law that:

    **(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

    **(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the period of restoration.

**s.  Business Income - Utility Services - Time Element**

We will pay up to $25,000 in any one occurrence for the actual loss of Business Income you sustain at the described location caused by an interruption in utility service to the described location. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to the following types of property located outside of a covered building described in the Declarations. This Coverage Extension begins 72 hours after such direct physical loss or damage.

**(1) Water Supply Services,** meaning the following types of property supplying water to the described location:

**(a)** Pumping stations; and

**(b)** Water mains.

**(2) Communication Supply Services,** meaning property supplying communication services, including telephone, radio, microwave or television services to the described location such as:

**(a)** Communication transmission lines, including optic fiber transmission lines;

**(b)** Coaxial cables; and

**(c)** Microwave radio relays except satellites.

Coverage does not include above ground communication lines.

**(3) Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described location:

**(a)** Utility generating plants;

**(b)** Switching stations;

**(c)** Substations;

**(d)** Transformers; and

**(e)** Transmission lines.

**Coverage does not include above ground transmission or distribution lines.**

**t.  Appurtenant Structures**

You may extend the insurance that applies to Building to apply to your storage buildings, your garages and your other appurtenant structures, except outdoor fixtures, at the described locations. The most we will pay for Building loss or damage under this Extension is $50,000 in any one occurrence.

You may extend the insurance that applies to Business Personal Property to apply to such property in your storage buildings, your garages and your other appurtenant structures at the described location(s). The most we will pay for Business Personal Property loss or damage under this Extension is $5,000 in any one occurrence.

**u.  Business Personal Property Limit Seasonal Increase**

The Limit of Insurance for Business Personal Property will automatically increase by 33% to provide for seasonal variations. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 90% of your average monthly value during the lesser of:

**(1)** The 12-month period immediately preceding the date the loss or damage occurs; or

**(2)** The period of time you have been in business as of the date loss occurs.

**v.  Employee Tools Coverage**

You may extend the insurance that applies to your Business Personal Property to apply to loss or damage by a Covered Cause of Loss to tools owned by your employees while used in your business or when in your building.

However, we will not pay for a loss that is caused by or results from theft or attempted theft of employee tools unless such loss occurs:

**(1)** In a building and there is visible evidence of forcible entry to or exit from that building; or

© 2014 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(2)** From a locked vehicle and there is visible evidence of forcible entry.

The value of Employee Tools will be determined at actual cash value as of the time of loss or damage.

The most we will pay with respect to employee tools is $25,000 in any one occurrence.

Coverage provided under this Coverage Extension is subject to a Deductible equal to the Property Deductible shown in the Declarations.

**B.** The second paragraph of Section **C. LIMITS OF INSURANCE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM is deleted and replaced by the following:

**Signs**

The most we will pay for loss or damage to outdoor signs is $10,000 per sign in any one occurrence.

**C.** The following is added to Section **D. DEDUCTIBLE,** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM:

**Special Deductible Provision**

We will deduct from any loss or damage under the Coverage Extensions in any one occurrence the Deductible shown in the Declarations or $500, whichever is less.

This deductible applies to all Coverage Extensions, except for:

**a.** Newly Acquired or Constructed Property; and

**e.** Outdoor Property

**i.** "Cellular Phone" coverage has a $50 per occurrence deductible.

This deductible will be used to satisfy the requirements of the deductible in the Declaratio ns, but it will not increase the deductible shown in the Declarations.

**D.** The following changes apply to Section **E. Loss Conditions** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM:**

**1.** The following is added to Paragraph **E. 7. Valuation**

Undamaged Tenants Improvements and Betterments

We will determine the value for Undamaged Tenants Improvements and Betterments as included in section **A.3.** of this endorsement as follows:

**(a)** The cost to repair or replace on the same or another site if you make repairs promptly;

**(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**E.** **Coinsurance**

Section **F. ADDITIONAL CONDITIONS,** Paragraph **1. Coinsurance** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM applies only when the total loss or damage to all Covered Property in any one occurrence is greater than $10,000.

**F.** **Back-Up Of Sewers Or Drains**

Paragraph **B.1.g.3. Water** of the CAUSES OF LOSS - SPECIAL FORM is deleted and replaced by the following:

**3.** Except as provided under the Back-Up of Sewers or Drains Additional Coverage Extension, water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

The following is added to Section **F. Additional Coverage Extensions** of the CAUSES OF LOSS - SPECIAL FORM:



**4.  Back-Up Of Sewers Or Drains**

We cover direct physical loss or damage caused by water:

**a.**  Which backs up into a building or structure through sewers or drains which are directly connected to a sanitary sewer or septic system; or

**b.**  Which enters into and overflows from within a sump pump, sump pump well or other type of system designed to remove subsurface water which is drained from the foundation area.

This coverage does not apply if the loss or damage is caused by your negligence.

The most we will pay for loss or damage under this Coverage Extension is $25,000 in any one occurrence.

If the DISCHARGE FROM SEWER, DRAIN, OR SUMP (NOT FLOOD-RELATED) endorsement is attached to and made a part of this policy, the provisions of this Coverage Extension are super- seded for any location to which the aforementioned endorsement applies.

**All other terms and conditions remain unchanged.**

COMMERCIAL PROPERTY
CP 90 50 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RELIGIOUS ORGANIZATIONS  CUSTOM  PROTECTOR™ ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM
CUSTOM PROTECTOR™ ENDORSEMENT

The following is a summary of increased limits of insurance and additional coverages provided by this endorsement. This endorsement is subject to the provisions of your policy which means that it is subject to all limitations and conditions applicable to this Coverage Part, Coverage Form or Causes of Loss Form unless specifically deleted, replaced, or modified herein. This endorsement is applicable only to those locations described in the Declarations.

**Coverage for loss of Business Income or Extra Expense, whether provided by this endorsement or elsewhere, does not apply if a loss is covered only as a result of this endorsement.**

**If coverage is provided elsewhere in this policy for the same loss or damage as the coverage provided under this endorsement, the coverage under this endorsement will apply excess over that other coverage unless otherwise stated. We will not pay more than the actual amount of the covered loss or damage.**

| Coverage Description | Limit of Insurance |
|---|---|
| Musical Instruments | Included |
| Computer Fraud | $  25,000 |
| Leasehold Interest | $  25,000 |
| Contract Penalty Clause | $  25,000 |
| Food Contamination Expense | $  50,000 |
| Food Contamination Advertising Expense | $    5,000 |
| Loss to Pair or Set | Included |
| Outdoor Property | Statuary & Crosses Included |
| Personal Effects and Property of Others | $  25,000 |
| Precious Alloys or Metals | $    5,000 |

**A.** The following changes apply to Section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM.

  **1. MUSICAL INSTRUMENTS**

   Paragraph 1.b., Your Business Personal Property is extended to include coverage for the following described property within the policy coverage territory:

    Your musical instruments usual to your operations and at your option, similar property of others in your care, custody and control, used by you in your operations.

    The following EXCLUSIONS contained in Part B., of the Causes of Loss - Special Form do not apply as respects musical instruments:

    **1.b.** Earth Movement;

    **1.g.** Water;

    **2.c.** Smoke, vapor, or gas from agricultural smudging or industrial operations;

    **2.e.** Explosion to steam boilers, steam pipes, steam engines or steam turbines owned or leased by you or operated under your control.,

    **2.j.** Rain, snow, ice or sleet to personal property in the open.

**2.** The following  are added to paragraph  **A.4. Additional  Coverages**:

**Computer  Fraud**

We will  pay for loss of or damage  to your "money",  "securities"  and other property  resulting directly  from the use of any "computer"  to fraudulently  cause a transfer  of that property  from inside  a building  at the described  premises  or from any bank or similar  safe depository:

**(1)**  To a person  outside those premises;  or

**(2)**  To a place outside  those premises.

The most we will  pay under this Additional  Coverage  for loss or damage  in any one occurrence  is $25,000.

For the purposes  of this provision:

"Computer"  means:

Your programmable  electronic  equipment  that is used to store, retrieve  and process  electronic data. It includes  their component  parts and dedicated  air conditioning,  fire suppression  equipment and electrical  equipment  used exclusively  in your "computer"  operations;  and associated  peripheral equipment  that provides  communication,  including  input and output functions  such as printing  or auxiliary  functions  such as electronic  data transmission.

It does not include  electronic  data and media.

"Money"  means:
Currency,  coins and bank notes in current  use and having  a face value; and travelers  checks, register  checks and money orders held for sale to the public.

"Securities"  means negotiable  and non-negotiable  instruments  or contracts  representing  either "money"  or other property  and includes:

Redeemed  coupons, tokens, tickets, revenue  and other stamps  (whether  represented  by actual stamps  or unused  value in a meter) in current  use; and evidences  of debt issued in connection  with credit or charge  cards, which cards are not issued by you; but does not include  "money".

**Leasehold  Interest**

We will  pay for loss of "tenants  lease interest"  you sustain  due to the cancellation  of your lease. The cancellation  must result from direct physical  loss or damage  at a location  described  in the Declarations  due to a Covered  Cause of Loss.

"Tenants  lease interest"  means the difference  between  the rent you will  pay under a new lease at the described  location;  or elsewhere,  and the rent you now pay.

The most we will  pay for such loss is the least of:

**(1)**  The total difference  in rent based on the period  of time remaining  under your current  lease; or

**(2)**  The total difference  in rent for one year; or

**(3)**  $25,000 in any one occurrence.

**Contract Penalty Clause**

We will pay the contract penalties you are required to pay to your customers as a result of any written clause in your contract for failure to timely deliver your product or service according to contract terms, provided the contract was executed prior to the loss or damage. The penalties must solely result from direct physical loss or damage by a Covered Cause of Loss to covered property. The most we will pay for penalties for all contracts in any one occurrence is $25,000.

**Food Contamination And Additional Advertising Expense Coverage**

If the Board of Health or other government body orders your location(s) closed because of the discovery of, or suspicion of "food contamination" at the location(s) described in the Declarations:

**(1)** We will pay your cost to clean your equipment per local Board of Health requirements and your cost to replace consumable goods declared contaminated by the local Board of Health.

**(2)** We will pay for necessary medical tests and vaccines for affected employees as required by the Board of Health or other government body. The insurance provided by this coverage is primary insurance.

**(3)** If Business Income and Extra Expense Coverage is shown in the Declarations, we will also pay for the actual loss of Business Income at the closed location(s) described in the Declarations, and paid leave for all employees until the site has been cleared by the local Board of Health for reopening.

**(4)** We will pay additional advertising expenses you incur to restore your reputation.

**(5)** We will pay for the loss or damage to business personal property caused by or resulting from "food contamination".

The most we will pay for all loss under paragraphs **(1), (2), (3)** and **(5)** above is a total of $50,000 for all costs you incur or loss you sustain in any one policy year, regardless of the number of occurrences of "food contamination."

The most we will pay under paragraph **(4)** above is $5,000 for advertising expenses you incur in any one policy year, regardless of the number of occurrences of "food contamination.

"Food contamination" means an incidence of food poisoning to one or more of your customers as a result of:

**(1)** Tainted food you purchased;

**(2)** Food which has been improperly stored, handled or prepared; or

**(3)** A "communicable disease" transmitted through one or more of your employees.

Contamination does not include the wrongful addition or omission of ingredients or substances as part of the production or preparation process; nor improper processing or preparation.

"Communicable disease" means a bacterial microorganism transmitted through human contact with food.

Coverage provided under this Additional Coverage is subject to the Property Deductible shown in the Declarations.

©2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 90 50 01 15**                                                              **Page 3 of 4**

3.   The following  is added to Paragraph **5. Coverage Extensions:**

**Loss To Pair Or Set**

If there is a loss or damage  by a Covered  Cause of Loss to covered  property  which  is a part of a pair or set, we will pay; at our option,  for:

**(1)**   The cost to repair  or replace  any part to restore  the pair or set to its value  before  the loss; or

**(2)**   The difference  between  the value of the pair or set before  and after the loss; or

**(3)**   The full  actual  cash value  for the pair or set at the time  of loss, and you will  give us the remainder  of the pair or set.



**B.**   The following   changes  apply to the **CUSTOM  PROTECTOR™** ENDORSEMENT:

1.   **Outdoor  Property**

The list of items  included  in the Outdoor  Property  provision  **A.15.**  of the Custom  Protector ™ Endorsements  extended  to include  coverage  for statuary  or crosses.

2.   The second  paragraph  in **Personal  Effects  and Property  of Others**  is deleted  and replaced  by the following:

The most  we will  pay for loss or damage  under this Extension  is $25,000 at each described premises.  Our payment  for loss of or damage  to personal  property  of others (including  property  of others  held by you on consignment)   will  only be for the account  of the owner  of the property

**C.**   **Precious  Alloys  Or Metals**

The special  limit  for theft of precious  alloys  or metals  in paragraph  **C.3.b.** Limitat ions of the CAUSES OF LOSS SPECIAL FORM is increased  to $5,000 for any one  occurrence  regardless  of the types  or numbers  of articles  that are lost or damaged  in that occurrence.

**All other  terms and conditions  remain  unchanged.**

COMMERCIAL PROPERTY
CP 90 59 12 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# IDENTITY THEFT ADMINISTRATIVE SERVICES AND EXPENSE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

The following is added to paragraph **A.4. Additional Coverages:**

**IDENTITY THEFT ADMINISTRATIVE SERVICES AND EXPENSE COVERAGE**

We will provide "Identity Theft Administrative Services" and will reimburse up to $25,000 for "Identity Theft Expenses" incurred by an "identity theft insured" as a direct result of any one "identity theft" in the "coverage territory" if all of the following requirements are met:

1. The personal identity of an "identity theft insured" under this policy was the subject of an "identity theft"; and

2. Such "identity theft" is first discovered by the "identity theft insured" during the policy period for which this Identity Theft Expense Coverage is applicable; and

3. Such "identity theft" is reported to us as soon as practicable but in no event later than 60 days after it is first discovered by the "identity theft insured"; and

4. The "identity theft insured" reports the "identity theft" in writing to the appropriate e law enforcement agency.

Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others, against an "identity theft insured" is considered to be one "identity theft", even if a series of acts continues into a subsequent policy period.

**LIMITS**

Regardless of the number of claims or "Identity Theft Insureds", the most we will pay in the aggregate for all "identity theft expenses" resulting from "identity theft" discovered during the policy period is $25,000.

1. The $25,000 Identity Theft Expense Limit shall be reduced by the amount of any payment made by us under the terms of this insurance. If the Identity Theft Expense Limit of Insurance is exhausted, we will have no further liability to pay for loss which may be discovered during the remainder of the policy period.

2. Any recovery made by us after settlement of a loss covered by this insurance shall not be used to increase or reinstate the Limit of Insurance.

3. "Identity Theft Incident Administrative Services" is provided up to 12 consecutive months after service begins.

4. "Identity Theft Administrative Services "do not reduce the "Identity Theft" limit.

This "Identity Theft Administrative Service" and "Identity Theft Expense" Coverage is additional insurance.

**EXCLUSIONS**

The following exclusions are added to the applicable Cause of Loss Form shown on the Declarations.

We do not provide "Identity Theft Administrative Services" or cover "identity theft expenses":

1. Incurred as the result of "identity theft" due to any fraudulent, dishonest, or criminal act by you, your partners, employees, members, "executive officers", managers, directors, or trustees or by any authorized representative of yours, whether acting alone or in collusion with others.

   In the event of any such act, no "identity theft insured" is entitled to "identity theft expenses", even an "identity theft insured" who did not commit or conspire to commit the act causing the "identity theft".

© 2012 Liberty Mutual Insurance

**2.** Arising out of "identity theft" committed by or with knowledge of any relative or former relative of the "identity theft insured".

**3.** Arising out of an "identity theft" first discovered by the "identity theft insured "prior to the policy period or after the policy period, even if the "identity theft" began or continued during the policy period.

**4.** Arising out of an "identity theft" that is not reported to us within 60 days after it is first discovered by the "identity theft insured".

## DEDUCTIBLE

**1.** There is no deductible applicable to the "Identity Theft Administrative Services".

**2.** We will not pay for "identity theft expenses" resulting from an "identity theft" unless the amount exceeds $250. We will then pay the amount of "identity theft expense" in excess of the Deductible Amount, up to the Limit of Insurance. Each "identity theft insured" shall be subject to only one deductible during any one policy period.

## CONDITIONS

The following additional conditions are added for "Identity Theft Administrative Services" and Expense Coverage:

**1.** The coverage provided under this endorsement will be excess over any other insurance covering the same loss or damage, whether you can collect on it or not. But we will not pay any more than the Identity Theft Expense Limits of Insurance applicable to this coverage.

**2.** Reimbursement for "Identity Theft Expense" will be made to the "Identity Theft Insured."

**3.** "Identity Theft Administrative Services" will provide instructions on:

    **a.** How to respond to a potential "Identity Theft";

    **b.** How to submit a request for "Identity Theft Administrative Services"; and

    **c.** Information needed for reimbursement of "Identity Theft Expenses".

We may provide "Identity Theft Administrative Services" prior to a final determination of "Identity Theft." However, if we determine there was not an "Identity Theft" these services will end and we will not have a right or duty to continue these services. Offering "Identity Theft Administrative Service" does not indicate an admission of liability under this policy.

**4.** Identify Theft Administrative Services. The following apply with respect to "Identity Theft Administrative Services":

    **a.** Services will depend on the cooperation, permissions, and assistance provided by the "Identity Theft Insured";

    **b.** There is no warranty or guarantee that "Identity Theft" issues will end and it will not prevent future "Identity Theft" incidences; and

    **c.** All services may not be offered or applicable to all "Identity Theft Insureds." For example, minors may not have credit reports available to be monitored.

## DEFINITIONS

**1.** "Coverage Territory" means:

    **a.** The United States of America (including its territories and possessions);

    **b.** Puerto Rico; and

    **c.** Canada.

**2.** "Executive officers" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**3.** "Identity theft" means the act of knowingly transferring or using, without lawful authority, a means of identification of an "identity theft insured' with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law. "Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.



4. "Identity Theft Expenses" means the following reasonable and necessary items incurred as a result of "identity theft":

    **a.** Costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies.

    **b.** Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors.

    **c.** Costs for obtaining credit reports.

    **d.** Charges incurred for long distance telephone calls to merchants, vendors, suppliers, customers, law enforcement agencies, financial institutions or similar credit grantors, or credit agencies to report or discuss an actual "identity theft".

    **e.** Application fees for re-applying for a loan, or loans when the original application is rejected solely because the lender received incorrect credit information as a result of a covered "identity theft."

    **f.** Lost income resulting from time taken off from work to complete fraud affidavits, meet with or talk to law enforcement agencies, credit agencies and/or legal counsel, up to a maximum of $250 per day. Total payment for loss of income is not to exceed $5,000 per "identity theft insured" and is included within the "identity theft expense" and aggregate limits.

    **g.** Attorney fees to:

        **i.** Defend lawsuits brought against an "identity theft insured" by merchants, vendors, suppliers, financial institutions, or their collection agencies.

        **ii.** Remove any criminal or civil judgments wrongly entered against an "identity theft insured"; and

        **iii.** Challenge the accuracy or completeness of any information in a consumer credit report.

    **h.** Advertising expenses to restore the reputation of your business after an "identity theft insured" has been the victim of "identity theft". Total payment for advertising expenses is not to exceed $5,000 per "identity theft insured" and is included within the "identity theft expense" and aggregate limits.

5. "Identity Theft Administrative Services" means one or more individuals assigned by us to the "identity theft insured" to assist with the communication needed to re-establish the integrity of the "identity theft insured's" identity, including with the "identity's theft insured's" permission and cooperation, written and telephone communication with law enforcement authorities, government agencies, credit agencies, and individual creditors and businesses.

6. "Identity Theft Insured" means the following if you are designated in the Declarations as:

    **a.** An individual or sole proprietorship, you and your spouse are insureds.

    **b.** A partnership or joint venture, your members, your partners, and their spouses are insured's.

    **c.** A limited liability company, your members are insured's.

    **d.** An organization other than a partnership, joint venture, or limited liability company, your "executive officers" and directors are insureds. Your stockholders are not "identity theft insureds."

© 2012 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL PROPERTY
CP 92 12 12 20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART



**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident** , meaning:

**1.** Unauthorized access to or use of any computer system or computer software (including electronic data).

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system or computer software (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system or computer software (including electronic data) or otherwise disrupt their normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system or computer software (including electronic data), or otherwise disrupts their normal functioning or operation.

**C. Exceptions And Limitations**

**1. Fire Or Explosion**

If a cyber incident as described in Paragraphs **B.1.** through **B.3.** of this exclusion results in fire or explosion, we will pay for the direct physical loss or damage caused by that fire or explosion.

**2. Additional Coverages and Coverage Extension**

The exclusion in Paragraph **B.** does not apply to the Additional Coverages and Coverage Extension listed below, when a part of this policy:

**a.** Additional Coverage - Electronic Data;

**b.** Additional Coverage - Interruption Of Computer Operations;

**c.** Additional Coverage - Computer Fraud; or

**d.** Coverage Extension - Computer Virus And Hacking Coverage

**D. Vandalism**

The following is added to Vandalism, if Vandalism coverage is not otherwise excluded under the Causes of Loss - Basic, Broad or Special Forms and if applicable to the premises described in the Declarations:

Vandalism does not include a cyber incident as described in Paragraph **B.**

© 2020 Liberty Mutual Insurance

**CP 92 12 12 20**      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      **Page 1 of 2**

**E.** The terms of the exclusion in Paragraph **B.** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

© 2020 Liberty Mutual Insurance

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 92 12 12 20**                                                                                                      **Page 2 of 2**

IL 00 17 11 98

# COMMON   POLICY CONDITIONS

All Coverage Parts included  in this policy  are subject to the following   conditions.

## A. CANCELLATION

1.  The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering  to us advance written notice of cancellation.

2.  We may cancel this policy by mailing or delivering  to the first Named Insured written  notice of cancellation  at least:

    a.  10 days before the effective date of cancellation  if we cancel for nonpayment of premium;  or

    b.  30 days before  the effective  date of cancellation  if we cancel for any other reason.

3.  We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4.  Notice of cancellation  will state the effective date of cancellation. The policy period will end on that date.

5.  If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation  will be effective even if we have not made or offered a refund.

6.  If notice is mailed,  proof of mailing will be sufficient  proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning  the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's  terms can be amended or waived only by endorsement  issued by us and made a part of this policy.

## C. EXAMINATION   OF  YOUR  BOOKS  AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1.  We have the right to:

    a.  Make inspections  and surveys at any time;

    b.  Give you reports on the conditions we find; and

    c.  Recommend  changes.

2.  We are not obligated  to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability  and the premiums  to be charged. We do not make safety inspections.  We do not undertake to perform the duty of any person or organization  to provide for the health or safety of workers or the public. And we do not warrant  that conditions:

    a.  Are safe or healthful;  or

    b.  Comply with laws, regulations, codes or standards.

3.  Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4.  Paragraph **2.** of this condition  does not apply to any inspections, surveys, reports or recommendations  we may make relative to certification,   under state or municipal statutes, ordinances  or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1.  Is responsible  for the payment of all premiums;  and

2.  Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without  our written consent except in the case of death of an individual named insured.

Copyright, Insurance Services Office, Inc., 1998

If you die, your rights and duties under this policy will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY



1. The insurance does not apply:

   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

© ISO Properties, Inc., 2007

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

**IL 01 75 09 07**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART



The following replaces the second paragraph of the **Legal Action Against Us** Condition:

**LEGAL ACTION AGAINST US**

Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss occurs.

©ISO Properties, Inc., 2006

IL 02 55 03 16

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES -
# CANCELLATION  AND NONRENEWAL

This endorsement  modifies  insurance  provided  under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL  PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD  PROPERTY POLICY

**A.** Paragraph  **2.** of the **Cancellation** Common Policy Condition  is replaced by the following:

**2. Cancellation  For Policies In Effect 90 Days Or Less**

**a.** If this policy has been in effect for 90 days or less, we may cancel this policy by mailing  or delivering  to the first Named Insured written  notice of cancellation,  accompanied  by the specific reasons for cancellation,  at least:

**(1)** 10 days before the effective date of cancellation  if we cancel for nonpayment  of premium;  or

**(2)** 20 days before the effective date of cancellation  if we cancel for any other reason, except we may cancel immediately  if there has been:

**(a)** A material misstatement  or misrepresentation;  or

**(b)** A failure to comply with underwriting  requirements established  by the insurer.

**b.** We may not cancel:

**(1)** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate,  by claims frequency or otherwise,  that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;  or

**(2)** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate  that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**B.** Paragraph  **5.** of the **Cancellation** Common Policy Condition  is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium  is not refunded with the notice of cancellation  or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation  takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation  with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation,  then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation  will be effective even if we have not made or offered a refund.

© Insurance  Services Office, Inc., 2015



**C.** The following is added to the **Cancellation Common Policy Condition:**

**7. Cancellation For Policies In Effect For More Than 90 Days**

**a.** If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) The policy was obtained by a material misstatement;

(3) In the event of failure to comply, within 90 days after the effective date of coverage, with underwriting requirements established by us before the effective date of coverage;

(4) There has been a substantial change in the risk covered by the policy;

(5) The cancellation is for all insureds under such policies for a given class of insureds;

(6) On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

(7) On the basis of a single property insurance claim which is the result of water damage, if we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

(8) The cancellation of some or all of our policies is necessary to protect the best interests of the public or policyholders and such cancellation is approved by the Florida Office of Insurance Regulation.

**b.** If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

(1) 10 days before the effective date of cancellation if cancellation is for nonpayment of premium;

(2) 45 days before the effective date of cancellation if:

(a) Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above, and this policy does not cover a residential structure or its contents; or

(b) Cancellation is based on the reason stated in Paragraph **7.a.(8)** above;

(3) 120 days before the effective date of cancellation if:

(a) Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above; and

(b) This policy covers a residential structure or its contents.

**c.** If this policy has been in effect for more than 90 days and covers a residential structure or its contents, we may not cancel this policy based on credit information available in public records.

**D.** The following is added:

**Nonrenewal**

**1.** If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

**a.** 45 days prior to the expiration of the policy if this policy does not cover a residential structure or its contents, or if nonrenewal is for the reason stated in Paragraph **D.5.;** or

**b.** 120 days prior to the expiration of the policy if this policy covers a residential structure or its contents.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**3.** We may not refuse to renew this policy:

**a.** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

**b.** On the basis of filing of claims for sinkhole loss. However, we may refuse to renew this policy if:

**(1)** The total of such property insurance claim payments for this policy equals or exceeds the policy limits in effect on the date of loss for property damage to the covered building; or

**(2)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

**c.** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**4.** Notwithstanding the provisions of Paragraph **D.3.,** we may refuse to renew this policy if this policy includes Sinkhole Loss coverage. If we nonrenew this policy for purposes of removing Sinkhole Loss coverage, pursuant to section 627.706, Florida Statutes, we will offer you a policy that includes catastrophic ground cover collapse coverage.

**5.** Notwithstanding the provisions of Paragraph **D.3.,** we may refuse to renew this policy if nonrenewal of some or all of our policies is necessary to protect the best interests of the public or policyholders and such nonrenewal is approved by the Florida Office of Insurance Regulation.

**E. Limitations On Cancellation And Nonrenewal In The Event Of Hurricane Or Wind Loss - Residential Property**

**1.** The following provisions apply to a policy covering a residential structure or its contents, if such property has sustained damage as a result of a hurricane or windstorm that is the subject of a declaration of emergency by the Governor and filing of an order by the Commissioner of Insurance Regulation:

**a.** Except as provided in Paragraph **E.1.b.,** we may not cancel or nonrenew the policy until at least 90 days after repairs to the residential structure or its contents have been substantially completed so that it is restored to the extent that it is insurable by another insurer writing poli-

cies in Florida. If we elect to not renew the policy, we will provide at least 100 days' notice that we intend to nonrenew 90 days after the substantial completion of repairs.

**b.** We may cancel or nonrenew the policy prior to restoration of the structure or its contents for any of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Material misstatement or fraud related to the claim;

**(3)** We determine that you have unreasonably caused a delay in the repair of the structure; or

**(4)** We have paid the policy limits.

If we cancel or nonrenew for nonpayment of premium, we will give you 10 days' notice. If we cancel or nonrenew for a reason listed in Paragraph **b.(2), b.(3)** or **b.(4),** we will give you 45 days' notice.

**2.** With respect to a policy covering a residential structure or its contents, any cancellation or nonrenewal that would otherwise take effect during the duration of a hurricane will not take effect until the end of the duration of such hurricane, unless a replacement policy has been obtained and is in effect for a claim occurring during the duration of the hurricane. We may collect premium for the period of time for which the policy period is extended.

**3.** With respect to Paragraph **E.2.,** a hurricane is a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). The hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the NHC and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY



**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

   **1.** The failure, malfunction or inadequacy of:

   **a.** Any of the following, whether belonging to any insured or to others:

   **(1)** Computer hardware, including microprocessors;

   **(2)** Computer application software;

   **(3)** Computer operating systems and related software;

   **(4)** Computer networks;

   **(5)** Microprocessors (computer chips) not part of any computer system; or

   **(6)** Any other computerized or electronic equipment or components; or

   **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

   due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

   **2.** Any device, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

   **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

   **2.** Under the Commercial Property Coverage Part:

   **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

   **b.** In a Covered Cause of Loss under the Causes of Loss - Basic Form or the Causes of Loss - Broad Form;

   we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

 © ISO Properties, Inc., 2001

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.



IL 88 36 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY COVERAGE PART
PASTORAL PROFESSIONAL LIABILITY COVERAGE PART
PRINTERS ERRORS AND OMISSIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to a pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

  **1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

  **2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any injury, damage, damages, claims, suits, wrongful acts, losses or employment practices that are otherwise excluded under this Coverage Part.

©  2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
**Page 1 of 1**

IL 88 38 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY COVERAGE PART
PASTORAL PROFESSIONAL LIABILITY COVERAGE PART
PRINTERS ERRORS AND OMISSIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any injury, damage, damages, claims, suits, wrongful acts, losses or employment practices that are otherwise excluded under this Coverage Part.

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IL 88 39 05 20

# FLORIDA AGENT COUNTERSIGNATURE  ENDORSEMENT

Policy Number:  BKS (23) 58838541

Company: Ohio Security Insurance Company

Named Insured:  IGLESIA CRISTIANA CASA DEL

This endorsement  applies  on the policy  effective  date shown  in the Declarations.

Countersigning  Agent

© 2020 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IL 88 39 05 20    Page 1 of 1

IL 88 53 11 20

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ACTUAL  CASH  VALUE

This endorsement  modifies  insurance  provided  under  the following:

BUSINESSOWNERS  COVERAGE PART
COMMERCIAL  PROPERTY COVERAGE PART
COMMERCIAL  INLAND  MARINE  COVERAGE PART
CRIME  AND  FIDELITY COVERAGE PART
FARM  COVERAGE PART

The following  is added  to any provision  which  uses the term  actual  cash value  as it pertains  to direct loss  or damage  to covered  property  by a Covered  Cause of Loss  or covered  peril:

Actual  Cash Value is the amount  it would  cost to repair or replace, on the date of loss, with  material  of like  kind  and quality,  with  reasonable  deduction  for physical  depreciation  and obsolescence,  but in no event  more than the fair market  value.

Unless  otherwise  provided  by this policy,  we may deduct  expense depreciation.  Expense depreciati on is defined  as depreciation,  including  but not limited  to the cost of goods,  materials,  overhead and profit, labor and services  necessary  to replace, repair or rebuild  damaged  property.  If expense depreciation  is applied  to loss for damaged  property,  we shall provide  a written  explanation  as to how the expense depreciation  was calculated.

© 2020 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with  its permission.

IL 88 53 11 20                                                                                                                  **Page 1 of 1**

**Policyholder   Information**

Policy Number:
**BKS   (23)  58 83 85 41**

Policy Period:
**From 01/02/2022 To 01/02/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| IGLESIA CRISTIANA CASA DEL ALTISIMO, INC. PO BOX 2683 DAVENPORT, FL 33836 | (863) 422-8782 EWING BLACKWELDER AND DUCE 100 S 10TH ST HAINES CITY, FL 33844-5304 |

## *Dear Policyholder:*

We know you work hard to build your business. We work together with your agent, **EWING BLACKWELDER AND DUCE        (863) 422-8782** to help protect the things you care about. Thank you for selecting us.

Enclosed are Important Notices to Policyholders. This notice is being sent to you in advance of your upcoming policy expiration to alert you of changes in coverage that will apply in the event we offer you a renewal policy. Should we elect to not renew your policy, you will receive a nonrenewal notice.

- Commercial Package

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (863) 422-8782

## You Need To Know

- **NOTICE(S) TO POLICYHOLDER(S)**
The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
|---|---|
| NP 74 06 01 06 | Flood Insurance Notice |

*To report a claim,  call  your Agent or  1-844-325-2467*

RL 00 01 07 17

This page intentionally left blank.

**NP 74 06 01 06**

# FLOOD INSURANCE  NOTICE

Unless a Flood Coverage endorsement  is attached, your policy does not provide flood coverage and you will **not** have coverage for property  damage from floods unless you purchase a separate policy for flood insur-ance through  the Federal Emergency  Management  Agency (FEMA) National  Flood Insurance Program.

If you would  like more information   about obtaining   coverage  under the National  Flood Insurance Program, please contact  your agent.



This page intentionally left blank.

Insured:    Christiana Casa Del Altismo Inc
Property:   201 Oak Ave
            Haines City, FL 33844

**Claim Number:** 24069582          **Policy Number:** BKS 23 58 83 85 41          **Type of Loss:** Hurricane

Date of Loss:   9/28/2022 12:00 AM          Date Received:
Date Inspected:                             Date Entered:    11/1/2022 10:08 AM

Price List:   FLWH8X_JUL23
              Restoration/Service/Remodel
Estimate:     CHRISTIANA_CASA_ROO1



**CHRISTIANA_CASA_ROO1**

### General Items

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 1. Commercial Supervision / Project Management - per hour | 80.00 HR | | 0.00 | 81.98 | 0.00 | 1,311.68 | 7,870.08 |
| also functions as the leading edge supervisor (OSHA). due to the size of the job, additional labor hours were added. | | | | | | | |
| 2. Telehandler/forklift (per week) - no operator | 1.00 WK | | 0.00 | 1,304.29 | 0.00 | 260.86 | 1,565.15 |
| To assist in bringing the roofing materials onto the roof. | | | | | | | |
| 3. Equipment Operator - per hour | 40.00 HR | | 0.00 | 68.46 | 0.00 | 547.68 | 3,286.08 |
| 4. Scissor lift - 26' platform height (per day) | 30.00 DA | | 0.00 | 220.00 | 0.00 | 1,320.00 | 7,920.00 |
| 5. General clean - up | 40.00 HR | | 0.00 | 52.45 | 0.03 | 419.60 | 2,517.63 |
| One persons for .5hrs. for 14 days keeping the project clean, to obey local building permitting requirements and OSHA regulation on site cleanliness and hazard free. | | | | | | | |
| 6. Final cleaning - construction - Residential | 13,126.00 SF | | 0.00 | 0.34 | 0.00 | 892.56 | 5,355.40 |
| Totals: General Items | | | | | 0.03 | 4,752.38 | 28,514.34 |

### Roof

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **Laminated Roof** | | | | | | | |
| 7. Remove 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 185.90 SQ | | 71.90 | 0.00 | 0.00 | 2,673.24 | 16,039.45 |
| 8. 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 214.00 SQ | | 0.00 | 274.31 | 1,881.79 | 12,116.82 | 72,700.95 |
| 15% waste allowance | | | | | | | |
| 9. Remove Additional charge for high roof (2 stories or greater) | 124.80 SQ | | 7.29 | 0.00 | 0.00 | 181.96 | 1,091.75 |
| 10. Additional charge for high roof (2 stories or greater) | 124.80 SQ | | 0.00 | 24.78 | 0.00 | 618.50 | 3,711.04 |
| 11. Roofing felt - 30 lb. | 371.80 SQ | | 0.00 | 48.58 | 435.16 | 3,699.44 | 22,196.64 |
| 12. Asphalt starter - universal starter course | 1,191.00 LF | | 0.00 | 2.33 | 48.35 | 564.68 | 3,388.06 |
| 13. R&R Continuous ridge vent - aluminum | 40.00 LF | | 1.17 | 10.66 | 11.14 | 96.86 | 581.20 |
| 14. Hip / Ridge cap - composition shingles | 1,023.00 LF | | 0.00 | 5.34 | 107.42 | 1,114.04 | 6,684.28 |
| 15. Apply roofing sealant/cement - per LF | 1,787.00 LF | | 0.00 | 0.79 | 33.77 | 289.10 | 1,734.60 |
| 16. R&R Valley metal | 279.00 LF | | 0.81 | 7.00 | 49.41 | 445.68 | 2,674.08 |
| 17. Drip edge | 1,192.00 LF | | 0.00 | 3.27 | 105.97 | 800.76 | 4,804.57 |

### CONTINUED - Roof

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 18. Flashing - pipe jack - lead | 11.00 EA | | 0.00 | 86.66 | 35.87 | 197.84 | 1,186.97 |
| 19. R&R Exhaust cap - through roof - 6" to 8" | 8.00 EA | | 12.40 | 114.63 | 28.28 | 208.90 | 1,253.42 |
| 20. Apply mastic around vent | 19.00 EA | | 0.00 | 33.34 | 1.14 | 126.92 | 761.52 |
| 21. Step flashing | 317.00 LF | | 0.00 | 12.10 | 43.71 | 775.88 | 4,655.29 |
| 22. R&R Gutter / downspout - Detach & reset | 436.00 LF | | 0.00 | 3.59 | 0.00 | 313.04 | 1,878.28 |

| Totals: Roof | | | | | 2,782.01 | 24,223.66 | 145,342.10 |

### Exterior

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 23. R&R Patio Cover - Fabric replacement | 315.00 SF | | 0.22 | 5.64 | 94.59 | 388.10 | 2,328.59 |
| 24. R&R Soffit - metal | 152.00 SF | | 0.42 | 6.41 | 39.58 | 215.54 | 1,293.28 |

| Totals: Exterior | | | | | 134.17 | 603.64 | 3,621.87 |

### First Story



**Storage Area/Room**                                     **Height: 8'**

| | |
|---|---|
| 1,220.00 SF Walls | 1,237.18 SF Ceiling |
| 2,457.18 SF Walls & Ceiling | 1,237.18 SF Floor |
| 137.46 SY Flooring | 152.50 LF Floor Perimeter |
| 152.50 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 25. R&R Acoustic ceiling tile | 32.00 SF | | 0.82 | 3.94 | 3.79 | 31.22 | 187.33 |
| 26. Track for track lighting - Detach & reset | 1.00 LF | | 0.00 | 11.92 | 0.00 | 2.38 | 14.30 |
| 27. Detach & Reset Heat/AC register - Mechanically attached | 1.00 EA | 16.68 | 0.00 | 0.00 | 0.00 | 3.34 | 20.02 |
| 28. Exit sign - Detach & reset | 2.00 EA | | 0.00 | 79.98 | 0.00 | 32.00 | 191.96 |
| 29. R&R 1/2" drywall - hung, taped, floated, ready for paint | 10.00 SF | | 0.58 | 2.58 | 0.46 | 6.42 | 38.48 |
| 30. R&R Blown-in insulation - 6" depth - R13 | 10.00 SF | | 0.89 | 0.78 | 0.33 | 3.40 | 20.43 |
| 31. Mask and prep for paint - plastic, paper, tape (per LF) | 152.50 LF | | 0.00 | 1.63 | 2.88 | 50.30 | 301.76 |

**CONTINUED - Storage Area/Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 32.  Paint door/window trim & jamb - 2 coats (per side) | 6.00 EA | | 0.00 | 38.07 | 2.57 | 46.20 | 277.19 |
| 33.  Seal & paint door slab only (per side) | 9.00 EA | | 0.00 | 46.41 | 6.17 | 84.78 | 508.64 |
| 34.  Seal & paint baseboard - two coats | 152.50 LF | | 0.00 | 1.79 | 1.49 | 54.90 | 329.37 |
| 35.  Seal the walls w/latex based stain blocker - one coat | 1,220.00 SF | | 0.00 | 0.72 | 6.83 | 177.04 | 1,062.27 |
| 36.  Paint part of the walls - two coats | 985.00 SF | | 0.00 | 1.19 | 21.37 | 238.72 | 1,432.24 |
| 37.  Paint the surface area - two coats - 2 colors | 235.00 SF | | 0.00 | 1.48 | 5.10 | 70.58 | 423.48 |
| 38.  Texture drywall - machine | 1,220.00 SF | | 0.00 | 0.65 | 4.27 | 159.46 | 956.73 |
| 39.  Floor prep (scrape rubber back residue) | 1,237.18 SF | | 0.00 | 0.66 | 0.00 | 163.30 | 979.84 |
| 40.  R&R Carpet pad | 1,237.18 SF | | 0.17 | 0.64 | 45.03 | 209.42 | 1,256.57 |
| 41.  Remove Carpet | 1,237.18 SF | | 0.38 | 0.00 | 0.00 | 94.02 | 564.15 |
| 42.  Carpet | 1,422.76 SF | | 0.00 | 3.80 | 295.79 | 1,140.46 | 6,842.74 |

15 % waste added for Carpet.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals:  Storage Area/Room | | | | | 396.08 | 2,567.94 | 15,407.50 |



**Classroom 11**                                                                 **Height: 8'**

| | |
|---|---|
| 634.67 SF Walls | 391.35 SF Ceiling |
| 1,026.02 SF Walls & Ceiling | 391.35 SF Floor |
| 43.48 SY Flooring | 79.33 LF Floor Perimeter |
| 79.33 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 43.  Floor protection - cardboard and tape | 391.35 SF | | 0.00 | 0.73 | 7.67 | 58.68 | 352.04 |
| 44.  R&R Acoustic ceiling tile | 32.00 SF | | 0.82 | 3.94 | 3.79 | 31.22 | 187.33 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals:  Classroom 11 | | | | | 11.46 | 89.90 | 539.37 |

### Classroom Hallways                                                                Height: 8'



| | |
|---|---|
| 423.33 SF Walls | 398.76 SF Ceiling |
| 822.09 SF Walls & Ceiling | 398.76 SF Floor |
| 44.31 SY Flooring | 52.92 LF Floor Perimeter |
| 52.92 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **7' 7" X 8'** | **Opens into Exterior** |
| **Missing Wall** | **52' 7" X 8'** | **Opens into Exterior** |

### Subroom:  Hallway (1)                                                             Height: 8'



| | |
|---|---|
| 913.33 SF Walls | 429.19 SF Ceiling |
| 1,342.52 SF Walls & Ceiling | 429.19 SF Floor |
| 47.69 SY Flooring | 114.17 LF Floor Perimeter |
| 114.17 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **7' 7" X 8'** | **Opens into CLASSROOM_HA** |
| **Missing Wall** | **22' 4" X 8'** | **Opens into Exterior** |
| **Missing Wall** | **7' 7" X 8'** | **Opens into HALLWAY2** |
| **Missing Wall** | **5' 7" X 8'** | **Opens into Exterior** |
| **Missing Wall** | **5' 7" X 8'** | **Opens into Exterior** |

### Subroom:  Hallway (2)                                                             Height: 8'



| | |
|---|---|
| 422.00 SF Walls | 398.76 SF Ceiling |
| 820.76 SF Walls & Ceiling | 398.76 SF Floor |
| 44.31 SY Flooring | 52.75 LF Floor Perimeter |
| 52.75 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **7' 7" X 8'** | **Opens into Exterior** |
| **Missing Wall** | **7' 7" X 8'** | **Opens into HALLWAY1** |
| **Missing Wall** | **52' 7" X 8'** | **Opens into Exterior** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 45.  Floor protection - cardboard and tape | 1,226.70 SF | | 0.00 | 0.73 | 24.04 | 183.90 | 1,103.43 |
| 46.  R&R Acoustic ceiling tile | 32.00 SF | | 0.82 | 3.94 | 3.79 | 31.22 | 187.33 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals:  Classroom Hallways | | | | | 27.83 | 215.12 | 1,290.76 |



## Classroom 1

**Height: 8'**

| | |
|---|---|
| 520.00 SF Walls | 259.37 SF Ceiling |
| 779.37 SF Walls & Ceiling | 259.37 SF Floor |
| 28.82 SY Flooring | 65.00 LF Floor Perimeter |
| 65.00 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 47. Floor protection - cardboard and tape | 259.37 SF | | 0.00 | 0.73 | 5.08 | 38.88 | 233.30 |
| 48. R&R Acoustic ceiling tile | 32.00 SF | | 0.82 | 3.94 | 3.79 | 31.22 | 187.33 |
| Totals: Classroom 1 | | | | | 8.87 | 70.10 | 420.63 |



## Classroom 3

**Height: 8'**

| | |
|---|---|
| 497.33 SF Walls | 233.28 SF Ceiling |
| 730.61 SF Walls & Ceiling | 233.28 SF Floor |
| 25.92 SY Flooring | 62.17 LF Floor Perimeter |
| 62.17 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 49. Floor protection - cardboard and tape | 233.28 SF | | 0.00 | 0.73 | 4.57 | 34.98 | 209.84 |
| 50. R&R Acoustic ceiling tile | 32.00 SF | | 0.82 | 3.94 | 3.79 | 31.22 | 187.33 |
| Totals: Classroom 3 | | | | | 8.36 | 66.20 | 397.17 |



## Classroom 6

**Height: 8'**

| | |
|---|---|
| 482.67 SF Walls | 191.90 SF Ceiling |
| 674.56 SF Walls & Ceiling | 191.90 SF Floor |
| 21.32 SY Flooring | 60.33 LF Floor Perimeter |
| 60.33 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 51. Floor protection - cardboard and tape | 191.90 SF | | 0.00 | 0.73 | 3.76 | 28.78 | 172.63 |
| 52. R&R Acoustic ceiling tile | 32.00 SF | | 0.82 | 3.94 | 3.79 | 31.22 | 187.33 |
| Totals: Classroom 6 | | | | | 7.55 | 60.00 | 359.96 |



## Classroom 2      Height: 8'

| | | | |
|---|---|---|---|
| 496.00 SF Walls | | 231.74 SF Ceiling | |
| 727.74 SF Walls & Ceiling | | 231.74 SF Floor | |
| 25.75 SY Flooring | | 62.00 LF Floor Perimeter | |
| 62.00 LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 53. Floor protection - cardboard and tape | 231.74 SF | | 0.00 | 0.73 | 4.54 | 34.74 | 208.45 |
| 54. R&R Acoustic ceiling tile | 32.00 SF | | 0.82 | 3.94 | 3.79 | 31.22 | 187.33 |
| Totals: Classroom 2 | | | | | 8.33 | 65.96 | 395.78 |



## Classroom 10      Height: 8'

| | | | |
|---|---|---|---|
| 470.67 SF Walls | | 202.58 SF Ceiling | |
| 673.25 SF Walls & Ceiling | | 202.58 SF Floor | |
| 22.51 SY Flooring | | 58.83 LF Floor Perimeter | |
| 58.83 LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 55. Floor protection - cardboard and tape | 202.58 SF | | 0.00 | 0.73 | 3.97 | 30.38 | 182.23 |
| 56. R&R Acoustic ceiling tile | 32.00 SF | | 0.82 | 3.94 | 3.79 | 31.22 | 187.33 |
| Totals: Classroom 10 | | | | | 7.76 | 61.60 | 369.56 |



## Classroom 8      Height: 8'

| | | | |
|---|---|---|---|
| 482.67 SF Walls | | 191.90 SF Ceiling | |
| 674.56 SF Walls & Ceiling | | 191.90 SF Floor | |
| 21.32 SY Flooring | | 60.33 LF Floor Perimeter | |
| 60.33 LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 57. Floor protection - cardboard and tape | 191.90 SF | | 0.00 | 0.73 | 3.76 | 28.78 | 172.63 |
| 58. R&R Acoustic ceiling tile | 32.00 SF | | 0.82 | 3.94 | 3.79 | 31.22 | 187.33 |
| Totals: Classroom 8 | | | | | 7.55 | 60.00 | 359.96 |



### Classroom 9 — Height: 8'

450.67 SF Walls
630.23 SF Walls & Ceiling
19.95 SY Flooring
56.33 LF Ceil. Perimeter

179.56 SF Ceiling
179.56 SF Floor
56.33 LF Floor Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 59. Floor protection - cardboard and tape | 179.56 SF | | 0.00 | 0.73 | 3.52 | 26.92 | 161.52 |
| 60. R&R Acoustic ceiling tile | 32.00 SF | | 0.82 | 3.94 | 3.79 | 31.22 | 187.33 |
| Totals: Classroom 9 | | | | | 7.31 | 58.14 | 348.85 |



### First Floor Hallway — Height: 8'

844.00 SF Walls
1,220.60 SF Walls & Ceiling
41.84 SY Flooring
105.50 LF Ceil. Perimeter

376.60 SF Ceiling
376.60 SF Floor
105.50 LF Floor Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 61. Floor protection - cardboard and tape | 376.60 SF | | 0.00 | 0.73 | 7.38 | 56.46 | 338.76 |
| 62. R&R Acoustic ceiling tile | 32.00 SF | | 0.82 | 3.94 | 3.79 | 31.22 | 187.33 |
| Totals: First Floor Hallway | | | | | 11.17 | 87.68 | 526.09 |



### Ladies Restroom — Height: 8'

463.37 SF Walls
587.03 SF Walls & Ceiling
13.74 SY Flooring
57.92 LF Ceil. Perimeter

123.66 SF Ceiling
123.66 SF Floor
57.92 LF Floor Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 63. Floor protection - cardboard and tape | 123.66 SF | | 0.00 | 0.73 | 2.42 | 18.54 | 111.23 |
| 64. R&R Acoustic ceiling tile | 32.00 SF | | 0.82 | 3.94 | 3.79 | 31.22 | 187.33 |
| Totals: Ladies Restroom | | | | | 6.21 | 49.76 | 298.56 |



### Mens Restroom — Height: 8'

| | |
|---|---|
| 386.67 SF Walls | 92.84 SF Ceiling |
| 479.51 SF Walls & Ceiling | 92.84 SF Floor |
| 10.32 SY Flooring | 48.33 LF Floor Perimeter |
| 48.33 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 65. Floor protection - cardboard and tape | 92.84 SF | | 0.00 | 0.73 | 1.82 | 13.92 | 83.51 |
| 66. R&R Acoustic ceiling tile | 32.00 SF | | 0.82 | 3.94 | 3.79 | 31.22 | 187.33 |
| Totals: Mens Restroom | | | | | 5.61 | 45.14 | 270.84 |
| Total: First Story | | | | | **514.09** | **3,497.54** | **20,985.03** |

## Third Story



### Recording Platform — Height: 8'

| | |
|---|---|
| 1,059.70 SF Walls | 876.05 SF Ceiling |
| 1,935.75 SF Walls & Ceiling | 828.92 SF Floor |
| 92.10 SY Flooring | 132.46 LF Floor Perimeter |
| 132.46 LF Ceil. Perimeter | |



### Subroom:  Stairs6 (1) — Height: 12' 6"

| | |
|---|---|
| 136.33 SF Walls | 19.95 SF Ceiling |
| 156.28 SF Walls & Ceiling | 34.20 SF Floor |
| 3.80 SY Flooring | 15.38 LF Floor Perimeter |
| 13.30 LF Ceil. Perimeter | |

| Missing Wall | 3' X 12' 6" | Opens into RECORDING_P2 |
|---|---|---|
| Missing Wall | 3' X 12' 6" | Opens into RECORDING_P2 |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 67. R&R Blown-in insulation - 12" depth - R30 | 64.00 SF | | 1.35 | 1.43 | 4.88 | 36.56 | 219.36 |
| 68. Two coat plaster over 1/2" gypsum core blueboard | 64.00 SF | | 0.00 | 9.94 | 8.42 | 128.92 | 773.50 |
| 69. Exhaust fan - Detach & reset | 2.00 EA | | 0.00 | 222.97 | 0.00 | 89.18 | 535.12 |
| 70. Cold air return cover - Detach & reset | 1.00 EA | | 0.00 | 22.78 | 0.00 | 4.56 | 27.34 |

**CONTINUED - Recording Platform**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 71.  In-wall / In-ceiling speaker - Detach & reset | 1.00 EA | | 0.00 | 22.30 | 0.00 | 4.46 | 26.76 |
| 72.  Exit sign - Detach & reset | 1.00 EA | | 0.00 | 79.98 | 0.00 | 16.00 | 95.98 |
| 73.  Crown molding - Detach & reset | 145.76 LF | | 0.00 | 4.84 | 0.20 | 141.14 | 846.82 |
| 74.  Mask and prep for paint - plastic, paper, tape (per LF) | 145.76 LF | | 0.00 | 1.63 | 2.76 | 48.08 | 288.43 |
| 75.  Floor protection - cloth - skid resistant, breathable | 863.12 SF | | 1.28 | 0.00 | 35.04 | 227.96 | 1,367.79 |
| 76.  Seal & paint crown molding, oversized - two coats | 331.52 LF | | 0.00 | 1.93 | 4.41 | 128.84 | 773.08 |
| 77.  Seal & paint door/window trim & jamb - (per side) | 4.00 EA | | 0.00 | 38.08 | 1.63 | 30.78 | 184.73 |
| 78.  Seal & paint window stool and apron | 26.00 LF | | 0.00 | 4.77 | 0.78 | 24.96 | 149.76 |
| 79.  Seal & paint trim - two coats | 49.00 LF | | 0.00 | 1.71 | 0.48 | 16.86 | 101.13 |
| 80.  Seal & paint stair skirt/apron (2 coats) | 38.67 LF | | 0.00 | 8.46 | 1.41 | 65.72 | 394.28 |
| 81.  Seal & paint chair rail - two coats | 13.17 LF | | 0.00 | 1.72 | 0.14 | 4.56 | 27.35 |
| 82.  Seal & paint baseboard, oversized - two coats | 147.84 LF | | 0.00 | 1.91 | 1.97 | 56.88 | 341.22 |
| 83.  Seal & paint base shoe or quarter round | 147.84 LF | | 0.00 | 0.97 | 1.35 | 28.96 | 173.71 |
| 84.  Seal the walls and ceiling w/latex based stain blocker - one coat | 2,092.03 SF | | 0.00 | 0.72 | 11.72 | 303.60 | 1,821.58 |
| 85.  Paint the walls and ceiling - two coats | 2,092.03 SF | | 0.00 | 1.19 | 45.40 | 506.98 | 3,041.90 |
| 86.  Texture drywall - heavy hand texture | 896.00 SF | | 0.00 | 1.32 | 11.29 | 238.80 | 1,432.81 |
| 87.  Remove Pews/benches - upholstered (front, back, and seat) | 138.00 LF | | 3.42 | 0.00 | 0.00 | 94.40 | 566.36 |
| 88.  Install Pews/benches - upholstered (front, back, and seat) | 138.00 LF | | 0.00 | 10.68 | 0.00 | 294.76 | 1,768.60 |
| 89.  Floor prep (scrape rubber back residue) | 863.12 SF | | 0.00 | 0.66 | 0.00 | 113.94 | 683.60 |
| 90.  Remove Carpet - Premium grade | 863.12 SF | | 0.38 | 0.00 | 0.00 | 65.60 | 393.59 |
| 91.  Carpet - Premium grade | 992.59 SF | | 0.00 | 7.61 | 471.08 | 1,604.94 | 9,629.63 |
| 15 % waste added for Carpet - Premium grade. | | | | | | | |
| 92.  Step charge for "waterfall" carpet installation | 21.00 EA | | 0.00 | 10.20 | 0.82 | 43.00 | 258.02 |

| Totals:  Recording Platform | | | | | 603.78 | 4,320.44 | 25,922.45 |



**Radio control**                                                                                   **Height: 8'**

| | |
|---|---|
| 322.33 SF Walls | 77.88 SF Ceiling |
| 400.22 SF Walls & Ceiling | 77.88 SF Floor |
| 8.65 SY Flooring | 40.29 LF Floor Perimeter |
| 40.29 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 93. R&R Brick veneer | 27.00 SF | | 3.14 | 16.81 | 11.72 | 110.08 | 660.45 |
| 94. R&R 1/2" - drywall per LF - up to 2' tall | 2.50 LF | | 3.09 | 10.27 | 0.26 | 6.74 | 40.41 |
| 95. Mask and prep for paint - plastic, paper, tape (per LF) | 40.29 LF | | 0.00 | 1.63 | 0.76 | 13.30 | 79.73 |
| 96. Floor protection - cloth - skid resistant, breathable | 77.88 SF | | 1.28 | 0.00 | 3.16 | 20.58 | 123.43 |
| 97. Paint door/window trim & jamb - 2 coats (per side) | 3.00 EA | | 0.00 | 38.07 | 1.28 | 23.10 | 138.59 |
| 98. Seal & paint door slab only (per side) | 2.00 EA | | 0.00 | 46.41 | 1.37 | 18.84 | 113.03 |
| 99. Seal the walls w/latex based stain blocker - one coat | 322.33 SF | | 0.00 | 0.72 | 1.81 | 46.78 | 280.67 |
| 100. Paint the walls - two coats | 322.33 SF | | 0.00 | 1.19 | 6.99 | 78.12 | 468.68 |
| 101. Texture drywall - machine | 322.33 SF | | 0.00 | 0.65 | 1.13 | 42.12 | 252.76 |
| 102. Clean floor - tile | 77.88 SF | | 0.00 | 0.72 | 0.33 | 11.28 | 67.68 |
| 103. Regrout tile | 400.22 SF | | 0.00 | 2.96 | 8.12 | 238.56 | 1,431.33 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Radio control | | | | | 36.93 | 609.50 | 3,656.76 |



**Radio Room**                                                                                   **Height: 8'**

| | |
|---|---|
| 299.09 SF Walls | 87.03 SF Ceiling |
| 386.12 SF Walls & Ceiling | 87.03 SF Floor |
| 9.67 SY Flooring | 37.39 LF Floor Perimeter |
| 37.39 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 104. R&R Carpet pad | 87.03 SF | | 0.17 | 0.64 | 3.17 | 14.74 | 88.41 |
| 105. Remove Carpet - High grade | 87.03 SF | | 0.38 | 0.00 | 0.00 | 6.62 | 39.69 |
| 106. Carpet - High grade | 100.09 SF | | 0.00 | 5.55 | 33.07 | 117.72 | 706.29 |

15 % waste added for Carpet - wool - cut.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Radio Room | | | | | 36.24 | 139.08 | 834.39 |

Total: Third Story                                              **676.95**     **5,069.02**     **30,413.60**

### Second Story



**Congregation Room**                                                              **Height: 25'**

|  |  |
|---|---|
| 3,229.30 SF Walls | 1,867.57 SF Ceiling |
| 5,096.87 SF Walls & Ceiling | 1,867.57 SF Floor |
| 207.51 SY Flooring | 104.88 LF Floor Perimeter |
| 140.61 LF Ceil. Perimeter |  |



**Subroom:  Under Room (3)**                                                       **Height: 8'**

|  |  |
|---|---|
| 619.78 SF Walls | 562.30 SF Ceiling |
| 1,182.08 SF Walls & Ceiling | 562.30 SF Floor |
| 62.48 SY Flooring | 77.47 LF Floor Perimeter |
| 77.47 LF Ceil. Perimeter |  |

**Missing Wall**              **35' 8 3/4" X 8'**              **Opens into CONGREGATIO2**



**Subroom:  Stairs1 (1)**                                                          **Height: 25'**

|  |  |
|---|---|
| 221.88 SF Walls | 122.55 SF Ceiling |
| 344.43 SF Walls & Ceiling | 236.87 SF Floor |
| 26.32 SY Flooring | 11.10 LF Floor Perimeter |
| 9.50 LF Ceil. Perimeter |  |

**Missing Wall**              **33' 2 3/4" X 25'**              **Opens into STAGE**
**Missing Wall**              **35' 8 3/4" X 25'**              **Opens into CONGREGATIO2**



**Subroom:  Stage (2)**                                                            **Height: 21' 11"**

|  |  |
|---|---|
| 481.91 SF Walls | 346.72 SF Ceiling |
| 828.63 SF Walls & Ceiling | 346.72 SF Floor |
| 38.52 SY Flooring | 22.03 LF Floor Perimeter |
| 22.03 LF Ceil. Perimeter |  |

**Missing Wall**              **33' 2 3/4" X 21' 10 1/2"**              **Opens into STAIRS1**
**Missing Wall**              **35' 7 1/16" X 21' 10 1/2"**              **Opens into STAIRS4**

**CONTINUED - Congregation Room**



**Subroom:  Stage (4)**                                                **Height: 19' 5"**

| | |
|---|---|
| 863.81  SF Walls | 248.12  SF Ceiling |
| 1,111.93  SF Walls & Ceiling | 248.12  SF Floor |
| 27.57  SY Flooring | 44.58  LF Floor Perimeter |
| 44.58  LF Ceil. Perimeter | |

**Missing Wall**                      **35' 7 1/16" X 19' 4 9/16"**          **Opens into STAGE**

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 107.  R&R Blown-in insulation - 12" depth - R30 | 240.00 | SF | | 1.35 | 1.43 | 18.31 | 137.10 | 822.61 |
| 108.  Two coat plaster over 1/2" gypsum core blueboard | 240.00 | SF | | 0.00 | 9.94 | 31.58 | 483.44 | 2,900.62 |
| 109.  Remove Crown molding - 3-piece | 60.00 | LF | | 2.08 | 0.00 | 0.00 | 24.96 | 149.76 |
| 110.  Install Crown molding - 3-piece | 60.00 | LF | | 0.00 | 12.48 | 0.00 | 149.76 | 898.56 |

Crown molding unaffected but needs to be removed in order to fix area affected by water.

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 111.  Track for track lighting - Detach & reset | 25.00 | LF | | 0.00 | 11.92 | 0.00 | 59.60 | 357.60 |
| 112.  Fixture (can) for track lighting - Detach & reset | 9.00 | EA | | 0.00 | 19.17 | 0.00 | 34.50 | 207.03 |
| 113.  Exhaust fan - Detach & reset | 4.00 | EA | | 0.00 | 222.97 | 0.00 | 178.38 | 1,070.26 |
| 114.  Detach & Reset Heat/AC register - Mechanically attached | 2.00 | EA | 16.68 | 0.00 | 0.00 | 0.00 | 6.68 | 40.04 |
| 115.  Detach & Reset Recessed light fixture - trim only | 14.00 | EA | 3.98 | 0.00 | 0.00 | 0.00 | 11.14 | 66.86 |
| 116.  Remove Built-in projection screen - fixed | 1.00 | EA | | 103.44 | 0.00 | 0.00 | 20.68 | 124.12 |
| 117.  Install Built-in projection screen - fixed | 1.00 | EA | | 0.00 | 124.67 | 0.00 | 24.94 | 149.61 |
| 118.  Exit sign - Detach & reset | 2.00 | EA | | 0.00 | 79.98 | 0.00 | 32.00 | 191.96 |
| 119.  Cold air return cover - Detach & reset | 2.00 | EA | | 0.00 | 22.78 | 0.00 | 9.12 | 54.68 |
| 120.  Mask and prep for paint - plastic, paper, tape (per LF) | 294.18 | LF | | 0.00 | 1.63 | 5.56 | 97.02 | 582.09 |
| 121.  Floor protection - cloth - skid resistant, breathable | 3,261.58 | SF | | 1.28 | 0.00 | 132.42 | 861.44 | 5,168.68 |
| 122.  Seal & paint crown molding - two coats | 600.11 | LF | | 0.00 | 1.83 | 7.14 | 221.06 | 1,326.40 |

the amount accounts for the perimeter as well as the molding that is attached to the ceiling.

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 123.  Paint door/window trim & jamb - 2 coats (per side) | 11.00 | EA | | 0.00 | 38.07 | 4.70 | 84.70 | 508.17 |
| 124.  Seal & paint door slab only (per side) | 4.00 | EA | | 0.00 | 46.41 | 2.74 | 37.66 | 226.04 |
| 125.  Seal & paint stair skirt/apron (2 coats) | 32.00 | LF | | 0.00 | 8.46 | 1.16 | 54.38 | 326.26 |

**CONTINUED - Congregation Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 126.  Paint baseboard, oversized - two coats | 260.06 LF | | 0.00 | 1.88 | 4.55 | 98.70 | 592.16 |
| 127.  Seal & paint base shoe or quarter round | 260.06 LF | | 0.00 | 0.97 | 2.37 | 50.94 | 305.57 |
| 128.  Seal the walls and ceiling w/latex based stain blocker - one coat | 8,563.94 SF | | 0.00 | 0.72 | 47.96 | 1,242.80 | 7,456.80 |
| 129.  Paint the walls and ceiling - two coats | 8,563.94 SF | | 0.00 | 1.19 | 185.84 | 2,075.38 | 12,452.31 |
| 130.  Texture drywall - heavy hand texture | 3,147.25 SF | | 0.00 | 1.32 | 39.66 | 838.82 | 5,032.85 |
| 131.  Texture drywall - machine | 5,416.68 SF | | 0.00 | 0.65 | 18.96 | 707.96 | 4,247.76 |
| 132.  Remove Pews/benches - upholstered (front, back, and seat) | 418.00 LF | | 3.42 | 0.00 | 0.00 | 285.92 | 1,715.48 |
| 133.  Install Pews/benches - upholstered (front, back, and seat) | 418.00 LF | | 0.00 | 10.68 | 0.00 | 892.84 | 5,357.08 |
| 134.  Floor prep (scrape rubber back residue) | 3,261.58 SF | | 0.00 | 0.66 | 0.00 | 430.52 | 2,583.16 |
| 135.  Remove Carpet - Premium grade | 3,261.58 SF | | 0.38 | 0.00 | 0.00 | 247.88 | 1,487.28 |
| 136.  Carpet - Premium grade | 3,750.82 SF | | 0.00 | 7.61 | 1,780.14 | 6,064.76 | 36,388.64 |

15 % waste added for Carpet - Premium grade.

| Totals:  Congregation Room | | | | | 2,283.09 | 15,465.08 | 92,790.44 |
|---|---|---|---|---|---|---|---|



**Classroom Lobby**                                              **Height: 12'**

| | | | |
|---|---|---|---|
| 1,106.57 SF Walls | | 296.73 SF Ceiling | |
| 1,403.31 SF Walls & Ceiling | | 296.73 SF Floor | |
| 32.97 SY Flooring | | 92.21 LF Floor Perimeter | |
| 98.55 LF Ceil. Perimeter | | | |

**Subroom:  Second floor hallway (1)**                            **Height: 9'**

| | | | |
|---|---|---|---|
| 1,593.80 SF Walls | | 520.23 SF Ceiling | |
| 2,114.03 SF Walls & Ceiling | | 520.23 SF Floor | |
| 57.80 SY Flooring | | 177.09 LF Floor Perimeter | |
| 177.09 LF Ceil. Perimeter | | | |

**Missing Wall**                6' 4" X 9'                Opens into STAIRS7

**CONTINUED - Classroom Lobby**

| **Subroom: Stairs (2)** | | **Height: 11' 1"** |
|---|---|---|
| 64.75 SF Walls | 22.17 SF Ceiling | |
| 86.91 SF Walls & Ceiling | 46.96 SF Floor | |
| 5.22 SY Flooring | 9.22 LF Floor Perimeter | |
| 7.00 LF Ceil. Perimeter | | |

| **Missing Wall** | **6' 4" X 11' 1 1/2"** | **Opens into SECOND_FLOOR** |
|---|---|---|
| **Missing Wall** | **6' 4" X 11' 1 1/2"** | **Opens into CLASSROOM_LO** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 137. Exit sign - Detach & reset | 1.00 EA | | 0.00 | 79.98 | 0.00 | 16.00 | 95.98 |
| 138. Window drapery - hardware - Detach & reset | 1.00 EA | | 0.00 | 40.75 | 0.00 | 8.16 | 48.91 |
| 139. Cabinetry - Labor Minimum | 1.00 EA | | 0.00 | 242.04 | 0.00 | 48.40 | 290.44 |
| to replace the stand that is next to the window. the water damage can be seen on the base. there was no line item i found that matched what was needed for this replacement. | | | | | | | |
| 140. Mask and prep for paint - plastic, paper, tape (per LF) | 282.64 LF | | 0.00 | 1.63 | 5.34 | 93.20 | 559.24 |
| 141. Floor protection - cardboard and tape | 863.92 SF | | 0.00 | 0.73 | 16.93 | 129.52 | 777.11 |
| 142. Seal the walls w/latex based stain blocker - one coat | 2,765.12 SF | | 0.00 | 0.72 | 15.48 | 401.28 | 2,407.65 |
| 143. Paint the walls - two coats | 2,765.12 SF | | 0.00 | 1.19 | 60.00 | 670.10 | 4,020.59 |
| 144. Texture drywall - machine | 2,765.12 SF | | 0.00 | 0.65 | 9.68 | 361.40 | 2,168.41 |
| 145. Floor prep (scrape rubber back residue) | 863.92 SF | | 0.00 | 0.66 | 0.00 | 114.04 | 684.23 |
| 146. Remove Carpet - High grade | 863.92 SF | | 0.38 | 0.00 | 0.00 | 65.66 | 393.95 |
| 147. Carpet - High grade | 993.51 SF | | 0.00 | 5.55 | 328.26 | 1,168.46 | 7,010.70 |
| 15 % waste added for Carpet - wool - cut. | | | | | | | |
| 148. Step charge for "waterfall" carpet installation | 5.00 EA | | 0.00 | 10.20 | 0.20 | 10.24 | 61.44 |

| Totals: Classroom Lobby | | | | | 435.89 | 3,086.46 | 18,518.65 |
|---|---|---|---|---|---|---|---|



### Main Entry · Height: 10'

| | |
|---|---|
| 567.40 SF Walls | 164.30 SF Ceiling |
| 731.70 SF Walls & Ceiling | 164.30 SF Floor |
| 18.26 SY Flooring | 55.00 LF Floor Perimeter |
| 62.50 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**    4' 6" X 6' 8"    Opens into PIANO_FOYER2



### Subroom: Stairs (1) · Height: 9' 2"

| | |
|---|---|
| 55.15 SF Walls | 5.95 SF Ceiling |
| 61.11 SF Walls & Ceiling | 11.60 SF Floor |
| 1.29 SY Flooring | 7.64 LF Floor Perimeter |
| 6.97 LF Ceil. Perimeter | |

**Missing Wall**    3' X 9' 2 3/8"    Opens into MAIN_ENTRY



### Subroom: Stairs5 (3) · Height: 17'

| | |
|---|---|
| 240.34 SF Walls | 19.45 SF Ceiling |
| 259.79 SF Walls & Ceiling | 33.70 SF Floor |
| 3.74 SY Flooring | 18.09 LF Floor Perimeter |
| 15.97 LF Ceil. Perimeter | |

**Missing Wall**    3' X 17'    Opens into LANDING



### Subroom: Landing (2) · Height: 12' 6"

| | |
|---|---|
| 158.33 SF Walls | 20.06 SF Ceiling |
| 178.39 SF Walls & Ceiling | 20.06 SF Floor |
| 2.23 SY Flooring | 12.67 LF Floor Perimeter |
| 12.67 LF Ceil. Perimeter | |

**Missing Wall**    3' X 12' 6"    Opens into Exterior
**Missing Wall**    3' X 12' 6"    Opens into STAIRS5

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 149.  Mask and prep for paint - plastic, paper, tape (per LF) | 98.10 LF | | 0.00 | 1.63 | 1.85 | 32.36 | 194.11 |
| 150.  Floor protection - cloth - skid resistant, breathable | 229.66 SF | | 1.28 | 0.00 | 9.32 | 60.66 | 363.94 |
| 151.  Seal & paint door/window trim & jamb - (per side) | 5.00 EA | | 0.00 | 38.08 | 2.04 | 38.48 | 230.92 |

**CONTINUED - Main Entry**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 152.  Seal & paint door slab only (per side) | 6.00 EA | | 0.00 | 46.41 | 4.12 | 56.52 | 339.10 |
| 153.  Seal & paint baseboard, oversized - two coats | 93.39 LF | | 0.00 | 1.91 | 1.24 | 35.92 | 215.53 |
| 154.  Seal & paint base shoe or quarter round | 93.39 LF | | 0.00 | 0.97 | 0.85 | 18.30 | 109.74 |
| 155.  Seal the walls w/latex based stain blocker - one coat | 1,021.22 SF | | 0.00 | 0.72 | 5.72 | 148.20 | 889.20 |
| 156.  Paint the walls - two coats | 1,021.22 SF | | 0.00 | 1.19 | 22.16 | 247.50 | 1,484.91 |
| 157.  Texture drywall - machine | 1,021.22 SF | | 0.00 | 0.65 | 3.57 | 133.48 | 800.84 |
| 158.  Floor prep (scrape rubber back residue) | 229.66 SF | | 0.00 | 0.66 | 0.00 | 30.32 | 181.90 |
| 159.  Remove Carpet - Premium grade | 229.66 SF | | 0.38 | 0.00 | 0.00 | 17.46 | 104.73 |
| 160.  Carpet - Premium grade | 264.11 SF | | 0.00 | 7.61 | 125.35 | 427.06 | 2,562.29 |
| 15 % waste added for Carpet - Premium grade. | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals:  Main Entry | | | | | 176.22 | 1,246.26 | 7,477.21 |



**Music room** Height: 8'

740.98 SF Walls
1,265.55 SF Walls & Ceiling
58.29 SY Flooring
92.62 LF Ceil. Perimeter

524.57 SF Ceiling
524.57 SF Floor
92.62 LF Floor Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 161.  Floor prep (scrape rubber back residue) | 524.57 SF | | 0.00 | 0.66 | 0.00 | 69.24 | 415.46 |
| 162.  Remove Carpet - High grade | 524.57 SF | | 0.38 | 0.00 | 0.00 | 39.86 | 239.20 |
| 163.  Carpet - High grade | 603.26 SF | | 0.00 | 5.55 | 199.32 | 709.48 | 4,256.89 |
| 15 % waste added for Carpet - wool - cut. | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals:  Music room | | | | | 199.32 | 818.58 | 4,911.55 |



## Second Classroom                                   Height: 8'

| | | | |
|---|---|---|---|
| 722.38 SF Walls | | 501.41 SF Ceiling | |
| 1,223.79 SF Walls & Ceiling | | 501.41 SF Floor | |
| 55.71 SY Flooring | | 90.30 LF Floor Perimeter | |
| 90.30 LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 164. Floor prep (scrape rubber back residue) | 501.41 SF | | 0.00 | 0.66 | 0.00 | 66.18 | 397.11 |
| 165. Remove Carpet - High grade | 501.41 SF | | 0.38 | 0.00 | 0.00 | 38.10 | 228.64 |
| 166. Carpet - High grade | 576.63 SF | | 0.00 | 5.55 | 190.52 | 678.16 | 4,068.98 |
| 15 % waste added for Carpet - wool - cut. | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Second Classroom | | | | | 190.52 | 782.44 | 4,694.73 |



## Piano Foyer                                        Height: 10'

| | | | |
|---|---|---|---|
| 690.00 SF Walls | | 252.97 SF Ceiling | |
| 942.97 SF Walls & Ceiling | | 252.97 SF Floor | |
| 28.11 SY Flooring | | 67.50 LF Floor Perimeter | |
| 72.00 LF Ceil. Perimeter | | | |

**Missing Wall - Goes to Floor**          4' 6" X 6' 8"          **Opens into MAIN_ENTRY**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 167. In-wall / In-ceiling speaker - Detach & reset | 1.00 EA | | 0.00 | 22.30 | 0.00 | 4.46 | 26.76 |
| 168. Mask and prep for paint - plastic, paper, tape (per LF) | 72.00 LF | | 0.00 | 1.63 | 1.36 | 23.76 | 142.48 |
| 169. Floor protection - cardboard and tape | 252.97 SF | | 0.00 | 0.73 | 4.96 | 37.94 | 227.57 |
| 170. Seal & paint door/window trim & jamb - (per side) | 2.00 EA | | 0.00 | 38.08 | 0.81 | 15.40 | 92.37 |
| 171. Seal & paint door slab only (per side) | 1.00 EA | | 0.00 | 46.41 | 0.69 | 9.42 | 56.52 |
| 172. Seal the walls w/latex based stain blocker - one coat | 690.00 SF | | 0.00 | 0.72 | 3.86 | 100.14 | 600.80 |
| 173. Paint the walls - two coats - 2 colors | 690.00 SF | | 0.00 | 1.48 | 14.97 | 207.24 | 1,243.41 |
| 174. Texture drywall - machine | 690.00 SF | | 0.00 | 0.65 | 2.42 | 90.18 | 541.10 |
| 175. Floor prep (scrape rubber back residue) | 252.97 SF | | 0.00 | 0.66 | 0.00 | 33.40 | 200.36 |
| 176. Remove Carpet - High grade | 252.97 SF | | 0.38 | 0.00 | 0.00 | 19.22 | 115.35 |

**CONTINUED - Piano Foyer**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 177.  Carpet - High grade | 290.92 SF | | 0.00 | 5.55 | 96.12 | 342.14 | 2,052.87 |
| 15 % waste added for Carpet - wool - cut. | | | | | | | |
| Totals:  Piano Foyer | | | | | 125.19 | 883.30 | 5,299.59 |



**Adolescence Classroom**                                                     **Height: 8'**

| | | | |
|---|---|---|---|
| 665.17 SF Walls | | 430.93 SF Ceiling | |
| 1,096.09 SF Walls & Ceiling | | 430.93 SF Floor | |
| 47.88 SY Flooring | | 83.15 LF Floor Perimeter | |
| 83.15 LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 178.  Floor prep (scrape rubber back residue) | 430.93 SF | | 0.00 | 0.66 | 0.00 | 56.88 | 341.29 |
| 179.  Remove Carpet - High grade | 430.93 SF | | 0.38 | 0.00 | 0.00 | 32.76 | 196.51 |
| 180.  Carpet - High grade | 495.57 SF | | 0.00 | 5.55 | 163.74 | 582.82 | 3,496.97 |
| 15 % waste added for Carpet - wool - cut. | | | | | | | |
| Totals:  Adolescence Classroom | | | | | 163.74 | 672.46 | 4,034.77 |



**Secretary office**                                                          **Height: 8'**

| | | | |
|---|---|---|---|
| 568.31 SF Walls | | 311.45 SF Ceiling | |
| 879.76 SF Walls & Ceiling | | 311.45 SF Floor | |
| 34.61 SY Flooring | | 71.04 LF Floor Perimeter | |
| 71.04 LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 181.  Floor prep (scrape rubber back residue) | 311.45 SF | | 0.00 | 0.66 | 0.00 | 41.12 | 246.68 |
| 182.  Remove Carpet - High grade | 311.45 SF | | 0.38 | 0.00 | 0.00 | 23.68 | 142.03 |
| 183.  Carpet - High grade | 358.17 SF | | 0.00 | 5.55 | 118.34 | 421.22 | 2,527.40 |
| 15 % waste added for Carpet - wool - cut. | | | | | | | |
| 184.  R&R Aluminum window - jalousie, 12-23 sf | 1.00 EA | | 31.15 | 526.95 | 30.00 | 117.64 | 705.74 |
| Totals:  Secretary office | | | | | 148.34 | 603.66 | 3,621.85 |



### 1st classroom
**Height: 8'**

| | | |
|---|---|---|
| 507.49 SF Walls | 236.39 SF Ceiling | |
| 743.88 SF Walls & Ceiling | 236.39 SF Floor | |
| 26.27 SY Flooring | 63.44 LF Floor Perimeter | |
| 63.44 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 185. Floor prep (scrape rubber back residue) | 236.39 SF | | 0.00 | 0.66 | 0.00 | 31.20 | 187.22 |
| 186. Remove Carpet - High grade | 236.39 SF | | 0.38 | 0.00 | 0.00 | 17.96 | 107.79 |
| 187. Carpet - High grade | 271.84 SF | | 0.00 | 5.55 | 89.82 | 319.70 | 1,918.23 |
| 15 % waste added for Carpet - wool - cut. | | | | | | | |
| 188. R&R Aluminum window - jalousie, 12-23 sf | 1.00 EA | | 31.15 | 526.95 | 30.00 | 117.64 | 705.74 |
| Totals: 1st classroom | | | | | 119.82 | 486.50 | 2,918.98 |



### Gentlemans bathroom
**Height: 8'**

| | | |
|---|---|---|
| 312.00 SF Walls | 90.37 SF Ceiling | |
| 402.37 SF Walls & Ceiling | 90.37 SF Floor | |
| 10.04 SY Flooring | 39.00 LF Floor Perimeter | |
| 39.00 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 189. Floor protection - cardboard and tape | 90.37 SF | | 0.00 | 0.73 | 1.77 | 13.56 | 81.30 |
| 190. R&R Acoustic ceiling tile | 32.00 SF | | 0.82 | 3.94 | 3.79 | 31.22 | 187.33 |
| Totals: Gentlemans bathroom | | | | | 5.56 | 44.78 | 268.63 |



### Second office
**Height: 8'**

| | | |
|---|---|---|
| 443.84 SF Walls | 190.27 SF Ceiling | |
| 634.11 SF Walls & Ceiling | 190.27 SF Floor | |
| 21.14 SY Flooring | 55.48 LF Floor Perimeter | |
| 55.48 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|

**CONTINUED - Second office**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 191.  Floor prep (scrape rubber back residue) | 190.27 SF | | 0.00 | 0.66 | 0.00 | 25.12 | 150.70 |
| 192.  Remove Carpet - High grade | 190.27 SF | | 0.38 | 0.00 | 0.00 | 14.46 | 86.76 |
| 193.  Carpet - High grade | 218.81 SF | | 0.00 | 5.55 | 72.29 | 257.34 | 1,544.03 |
| 15 % waste added for Carpet - wool - cut. | | | | | | | |

| Totals:  Second office | | | | | 72.29 | 296.92 | 1,781.49 |
|---|---|---|---|---|---|---|---|



| **Pastor office** | | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|---|

| | 440.00 SF Walls | | | 187.28 SF Ceiling | | | |
| 627.28 SF Walls & Ceiling | | | | 187.28 SF Floor | | | |
| 20.81 SY Flooring | | | | 55.00 LF Floor Perimeter | | | |
| 55.00 LF Ceil. Perimeter | | | | | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 194.  Floor prep (scrape rubber back residue) | 187.28 SF | | 0.00 | 0.66 | 0.00 | 24.72 | 148.32 |
| 195.  Remove Carpet - High grade | 187.28 SF | | 0.38 | 0.00 | 0.00 | 14.24 | 85.41 |
| 196.  Carpet - High grade | 215.38 SF | | 0.00 | 5.55 | 71.16 | 253.32 | 1,519.84 |
| 15 % waste added for Carpet - wool - cut. | | | | | | | |

| Totals:  Pastor office | | | | | 71.16 | 292.28 | 1,753.57 |
|---|---|---|---|---|---|---|---|



| **Ladies Restroom** | | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|---|

| | 502.48 SF Walls | | | 139.23 SF Ceiling | | | |
| 641.71 SF Walls & Ceiling | | | | 139.23 SF Floor | | | |
| 15.47 SY Flooring | | | | 62.81 LF Floor Perimeter | | | |
| 62.81 LF Ceil. Perimeter | | | | | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 197.  Floor protection - cardboard and tape | 139.23 SF | | 0.00 | 0.73 | 2.73 | 20.86 | 125.23 |
| 198.  R&R Acoustic ceiling tile | 32.00 SF | | 0.82 | 3.94 | 3.79 | 31.22 | 187.33 |

| Totals:  Ladies Restroom | | | | | 6.52 | 52.08 | 312.56 |
|---|---|---|---|---|---|---|---|



**ED supply room**                                                                 **Height: 8'**

| | | |
|---|---|---|
| 165.08 SF Walls | | 26.51 SF Ceiling |
| 191.59 SF Walls & Ceiling | | 26.51 SF Floor |
| 2.95 SY Flooring | | 20.64 LF Floor Perimeter |
| 20.64 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 199.  Floor prep (scrape rubber back residue) | 26.51 SF | | 0.00 | 0.66 | 0.00 | 3.50 | 21.00 |
| 200.  Remove Carpet - High grade | 26.51 SF | | 0.38 | 0.00 | 0.00 | 2.02 | 12.09 |
| 201.  Carpet - High grade | 30.48 SF | | 0.00 | 5.55 | 10.07 | 35.86 | 215.09 |
| 15 % waste added for Carpet - wool - cut. | | | | | | | |
| | | | | | | | |
| Totals:  ED supply room | | | | | 10.07 | 41.38 | 248.18 |
| | | | | | | | |
| Total: Second Story | | | | | **4,007.73** | **24,772.18** | **148,632.20** |

### Contents

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 202.  Content Manipulation charge - per hour | 20.00 HR | | 0.00 | 51.45 | 0.00 | 205.80 | 1,234.80 |
| 203.  On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 8.00 HR | | 0.00 | 52.44 | 10.07 | 83.90 | 513.49 |
| 204.  Provide box, packing paper & tape - large size | 150.00 EA | | 0.00 | 5.06 | 18.22 | 151.80 | 929.02 |
| 205.  Job-site cargo/storage container - 40' long - per month | 4.00 MO | | 0.00 | 115.84 | 32.44 | 99.16 | 594.96 |
| | | | | | | | |
| Totals:  Contents | | | | | 60.73 | 540.66 | 3,272.27 |

### HVAC

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 206.  R&R Packaged air conditioning unit - 5 ton 14-16 SEER | 1.00 EA | | 191.22 | 4,081.57 | 210.00 | 896.56 | 5,379.35 |
| 207.  HVAC Technician - per hour | 40.00 HR | | 0.00 | 111.54 | 0.00 | 892.32 | 5,353.92 |
| Adjustment for commercial packaged unit.  Xactimate doesn't have a line item for this.  Incurred prices may vary | | | | | | | |
| | | | | | | | |
| Totals:  HVAC | | | | | 210.00 | 1,788.88 | 10,733.27 |

**Labor Minimums Applied**

**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 208.  Floor cleaning labor minimum | 1.00 EA | | 0.00 | 113.40 | 0.00 | 22.68 | 136.08 |
| 209.  Window treatment repair | 1.00 EA | | 0.00 | 130.31 | 0.00 | 26.06 | 156.37 |
| 210.  Window labor minimum | 1.00 EA | | 0.00 | 10.17 | 0.00 | 2.04 | 12.21 |
| Totals:  Labor Minimums Applied | | | | | 0.00 | 50.78 | 304.66 |
| **Line Item Totals: CHRISTIANA_CASA_ROO1** | | | | | **8,385.71** | **65,298.74** | **391,819.34** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 25,485.57 | SF Walls | 13,087.10 | SF Ceiling | 38,572.68 | SF Walls and Ceiling |
| 13,213.24 | SF Floor | 1,468.14 | SY Flooring | 2,646.87 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 2,692.25 | LF Ceil. Perimeter |
| | | | | | |
| 13,213.24 | Floor Area | 13,738.98 | Total Area | 23,281.98 | Interior Wall Area |
| 14,471.15 | Exterior Wall Area | 1,507.84 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 318,134.89 |
| Material Sales Tax | 8,324.98 |
| Storage Rental Tax | 32.44 |
| Subtotal | 326,492.31 |
| Overhead | 32,649.37 |
| Profit | 32,649.37 |
| Laundering Tax | 28.29 |
| **Replacement Cost Value** | **$391,819.34** |
| Less Deductible | (98,821.34) |
| **Net Claim** | **$292,998.00** |

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (7%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (7%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 32,649.37 | 32,649.37 | 8,324.98 | 28.29 | 0.00 | 32.44 |
| **Total** | | | | | | |
| | **32,649.37** | **32,649.37** | **8,324.98** | **28.29** | **0.00** | **32.44** |

## Recap by Room

**Estimate: CHRISTIANA_CASA_ROO1**

| | | |
|---|---:|---:|
| General Items | 23,761.93 | 7.47% |
| Roof | 118,336.43 | 37.20% |
| Exterior | 2,884.06 | 0.91% |

**Area: First Story**

| | | |
|---|---:|---:|
| Storage Area/Room | 12,443.48 | 3.91% |
| Classroom 11 | 438.01 | 0.14% |
| Classroom Hallways | 1,047.81 | 0.33% |
| Classroom 1 | 341.66 | 0.11% |
| Classroom 3 | 322.61 | 0.10% |
| Classroom 6 | 292.41 | 0.09% |
| Classroom 2 | 321.49 | 0.10% |
| Classroom 10 | 300.20 | 0.09% |
| Classroom 8 | 292.41 | 0.09% |
| Classroom 9 | 283.40 | 0.09% |
| First Floor Hallway | 427.24 | 0.13% |
| Ladies Restroom | 242.59 | 0.08% |
| Mens Restroom | 220.09 | 0.07% |
| **Area Subtotal:  First Story** | **16,973.40** | **5.34%** |

**Area: Third Story**

| | | |
|---|---:|---:|
| Recording Platform | 20,998.23 | 6.60% |
| Radio control | 3,010.33 | 0.95% |
| Radio Room | 659.07 | 0.21% |
| **Area Subtotal:  Third Story** | **24,667.63** | **7.75%** |

**Area: Second Story**

| | | |
|---|---:|---:|
| Congregation Room | 75,042.27 | 23.59% |
| Classroom Lobby | 14,996.30 | 4.71% |
| Main Entry | 6,054.73 | 1.90% |
| Music room | 3,893.65 | 1.22% |
| Second Classroom | 3,721.77 | 1.17% |
| Piano Foyer | 4,291.10 | 1.35% |
| Adolescence Classroom | 3,198.57 | 1.01% |
| Secretary office | 2,869.85 | 0.90% |
| 1st classroom | 2,312.66 | 0.73% |
| Gentlemans bathroom | 218.29 | 0.07% |
| Second office | 1,412.28 | 0.44% |
| Pastor office | 1,390.13 | 0.44% |
| Ladies Restroom | 253.96 | 0.08% |
| ED supply room | 196.73 | 0.06% |
| **Area Subtotal:  Second Story** | **119,852.29** | **37.67%** |

| | | |
|---|---:|---:|
| **Contents** | **2,670.88** | **0.84%** |
| **HVAC** | **8,734.39** | **2.75%** |
| **Labor Minimums Applied** | **253.88** | **0.08%** |
| **Subtotal of Areas** | **318,134.89** | **100.00%** |
| **Total** | **318,134.89** | **100.00%** |

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| ACOUSTICAL TREATMENTS | 1,891.20 | 0.48% |
| AWNINGS & PATIO COVERS | 1,776.60 | 0.45% |
| CABINETRY | 242.04 | 0.06% |
| CONT: GARMENT & SOFT GOODS CLN | 1,178.52 | 0.30% |
| CLEANING | 6,730.31 | 1.72% |
| CONTENT MANIPULATION | 1,492.36 | 0.38% |
| GENERAL DEMOLITION | 27,471.63 | 7.01% |
| DRYWALL | 12,821.54 | 3.27% |
| ELECTRICAL | 1,337.82 | 0.34% |
| MISC. EQUIPMENT - COMMERCIAL | 5,938.08 | 1.52% |
| HEAVY EQUIPMENT | 10,642.69 | 2.72% |
| FLOOR COVERING - CARPET | 73,702.17 | 18.81% |
| FINISH CARPENTRY / TRIMWORK | 1,454.28 | 0.37% |
| HEAT, VENT & AIR CONDITIONING | 8,661.55 | 2.21% |
| INSULATION | 442.52 | 0.11% |
| LABOR ONLY | 6,558.40 | 1.67% |
| LIGHT FIXTURES | 1,018.05 | 0.26% |
| MASONRY | 453.87 | 0.12% |
| INTERIOR LATH & PLASTER | 3,021.76 | 0.77% |
| PAINTING | 44,047.69 | 11.24% |
| ROOFING | 102,123.20 | 26.06% |
| SOFFIT, FASCIA, & GUTTER | 2,539.56 | 0.65% |
| SPECIALTY ITEMS | 169.27 | 0.04% |
| TILE | 1,184.65 | 0.30% |
| WINDOWS - ALUMINUM | 1,053.90 | 0.27% |
| WINDOW TREATMENT | 171.06 | 0.04% |
| WINDOWS - WOOD | 10.17 | 0.00% |
| O&P Items Subtotal | 318,134.89 | 81.19% |
| Material Sales Tax | 8,324.98 | 2.12% |
| Storage Rental Tax | 32.44 | 0.01% |
| Overhead | 32,649.37 | 8.33% |
| Profit | 32,649.37 | 8.33% |
| Laundering Tax | 28.29 | 0.01% |
| **Total** | **391,819.34** | **100.00%** |

Sworn Statement in Proof of Loss: Actual Cash Value and Replacement Cost

Event #: _____

This form must be signed and notarized at the bottom of the page. Complete all sections.

| Policy Number | BKS (23) 58 83 85 41 | Claim Number | 24009582 | | |
|---|---|---|---|---|---|
| Policy Amount | $2,162,040 | | | Effective Dates | 01-02-2022 to 01-02-2023 (mm/dd/yyyy) |

__Ohio Security Insurance Company__ by the above numbered policy insured __Iglesia Cristiana Casa Del Altisimo, Inc.__
(Underwriting Company)                                                                    (Policy Holder)
under said policy, and according to the terms and conditions, all forms and endorsements attached thereto.

TIME AND ORIGIN: A __Hurricane__ occurred about the hour of _____ on the __28th__
                              (state kind)

day of __Sept.__ __2022__ at __201 Oak Ave., Haines City, FL 33844__

The cause and origin of the loss was: __Hurricane Ian__

OCCUPANCY: The building described, or containing the property described, was occupied at the time of the loss as follows, and for
no other purpose whatever: __Commercial__

TITLE AND INTEREST: At the time of loss the interest of the insured in the property described was __NO changes__

and no other person(s) had any interest therein or encumbrance thereon except: _____

CHANGES: Since the said policy was acquired there has been no assignment thereof, or change of ownership or interest, use,
occupancy, possession, location or exposure of the property, except: __N/A__

1. Replacement Cost of Property: at the time of loss ........................................ $ __391,819.34__
2. Replacement or Repair Cost: at the time of the loss was ................................ $ __Unknown__
3. Applicable Depreciation or Betterment: ................................................. $ __Unknown__
4. Actual Cash Value Loss: (line 2 minus line 3) .......................................... $ __Unknown__
5. Deductible: ............................................................................ $ __98,821.84__
6. ACTUAL CASH VALUE CLAIM: (line 4 minus line 5) ........................................ $ __Unknown__
7. Replacement Cost Claim, Eligibility Requirement: The insured must first comply with the terms and conditions of the replacement cost provisions of the policy. If the insured elects to file a replacement cost claim, said supplemental claim must be filed within a reasonable time, but no later than _____

The amount should not exceed _____

STATEMENT OF INSURED: The insured under the above numbered policy, hereby claims and agrees to accept from the insurer,
in ☐ __Full__ satisfaction and indemnity for the replacement cost of all claims of loss or damage, the sum of $ __391,819.34__

Nothing has been done by or with the insured's knowledge or consent to violate the conditions of the policy or render it void; no property
articles are mentioned herein or in annexed schedules, but such as were damaged or destroyed at the time of the loss; no property
saved has been in any manner concealed, and no attempt to deceive the said company as to the extent of said loss has in any manner
been made, and no material fact is withheld of which the company should be informed

*Any other information that may be required will be furnished and be considered part of this proof. It is expressly understood that the furnishing of this
blank form to the insured, or any investigation undertaken, or the preparing of proof of loss by a company representative, is not a waiver of any of its rights.*

Loss State
__FL__

*Pursuant to s. 817.234, Florida Statutes, any person who, with the intent to injure, defraud, or deceive any insurer or insured, prepares, presents, or
causes to be presented a proof of loss or estimate of cost or repair of damaged property in support of a claim under an insurance policy knowing
that the proof of loss or estimate of claim or repairs contains any false, incomplete, or misleading information concerning any fact or thing material
to the claim commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084, Florida Statutes.*

State of __Florida__                          Insured __Maribel Jaimez Espinosa__
                                                          Print name and company
County of __Polk__                            Signature & title __[signature] – Owner__

Subscribed and sworn to me this __2nd__ day of __August__ 20 __23__   __[signature]__
                                                                      NOTARY PUBLIC, OR JUSTICE OF THE PEACE

ACV RC POL July 2014

EXHIBIT
E

Stamp on Back



**KENYONA LATRICE NASH**
Notary Public
State of Florida
Comm# HH307209
Expires 8/31/2026