UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IGLESIA CRISTIANA CASA DEL
ALTISIMO, INC.,

      Plaintiff,

v.                                  Case No. 8:23-cv-02744-MSS-AAS

OHIO SECURITY INSURANCE
COMPANY,

      Defendant.

_____/

## NOTICE OF RESOLUTION AND SETTLEMENT

Plaintiff Iglesia Cristiana Casa Del Altisimo, Inc. and Defendant Ohio Security Insurance Company notify the Court that this case settled at mediation on June 4, 2024. *See* Local Rule 3.09(a).

                        BUTLER WEIHMULLER KATZ CRAIG LLP

                        s/ Paul Hudson Jones II
                        J. PABLO CÁCERES
                        Florida Bar No.: 131229
                        pcaceres@butler.legal
                        PAUL HUDSON JONES II
                        Florida Bar No.: 44290
                        hjones@butler.legal
                        Secondary: jmohammed@butler.legal
                        400 North Ashley Drive, Suite 2300
                        Tampa, Florida 33602
                        Telephone: (813) 281-1900
                        Facsimile: (813) 281-0900
                        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that a copy has been served on:

> Kai Thompson
> Julianna Weiss
> The Law Offices of Carrington Jones, PLLC
> 3333 South Orange Avenue, Suite 104
> Orlando, Florida 32806
> Kai@Kpt-pa.com
> Kfranklin@ Kpt-pa.com
> Carrington@mylawyercan.com
> Julianna@mylawyercan.com
> Paul@mylawyercan.com
> Attorneys for Plaintiff

by CM/ECF on June 4, 2024.

s/ Paul Hudson Jones II
PAUL HUDSON JONES II

2